AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Signode Industrial Group LLC<br><br>*Plaintiff(s)*<br>v.<br>SAMUEL, SON & CO., LTD. and SAMUEL, SON & CO. (USA) INC. d/b/a SAMUEL PACKAGING SYSTEMS GROUP and SAMUEL STRAPPING SYSTEMS<br>*Defendant(s)* | Civil Action No. 2:24-CV-00080 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Samuel, Son & Co. (USA) Inc.
C/O CORPORATION SERVICE COMPANY DBA CSC - LAWYERS INCORPORATING SERVICE COMPANY
211 E 7TH ST STE 620
AUSTIN, TX 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Devon Beane; K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __2/20/2024__



CLERK OF COURT

_David A. O'Toole_
*Signature of Clerk or Deputy Clerk*

**SERVICE RETURN ATTACHED**

**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-CV-00080

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address* **SERVICE RETURN ATTACHED**

Additional information regarding attempted service, etc:

**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

[Print]  [Save As...]                                              [Reset]

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:24-CV-00080

Plaintiff:
**Signode Industrial Group, LLC**

vs.

Defendant:
**Samuel, Son & Co., Ltd., et al.**

For:
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604

Received by Dane Ray Cuppett on the 20th day of February, 2024 at 2:14 pm to be served on **Samuel, Son & Co. (USA) Inc. c/o Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Ste. 620, Austin, Travis County, TX 78701**.

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **20th day of February, 2024** at **3:29 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action and Complaint for Patent Infringement with Exhibits A and B** with the date of delivery endorsed thereon by me, to **Kaneisha Gross, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company** as the designated agent to accept delivery of process at the address of **211 E. 7th Street, Ste. 620, Austin, Travis County, TX 78701** on behalf of **Samuel, Son & Co. (USA) Inc.** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 21st day of February, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

**Dane Ray Cuppett**
PSC-7114, Exp. 10/31/2025

Date: 2/21/2024

ATX Process, LLC
1411 W. 6th Street
Austin, TX 78703
(512) 717-5600

Our Job Serial Number: ATX-2024002276
Ref: Signode Industrial v. Samuel Son and Co.

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m