IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC, § <br> § <br> *Plaintiff*, § <br> § <br> § <br> v. § <br> § <br> SAMUEL, SON & CO., LTD. et al, § <br> § <br> § <br> *Defendants*. § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 2:24-CV-00080-JRG |

**<u>ORDER</u>**

Before the Court is the Unopposed Motion for Extension of Time to Move, Answer or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement (the "Motion") filed by Defendants Samuel, Son & Co., Ltd., Samuel, Son & Co. (USA) Inc. d/b/a Samuel Packaging Systems Group, and Samuel Strapping Systems ("Defendants"). (Dkt. No. 11.) In the Motion, the Defendants have "agreed to waive service under the Hague Convention for Samuel, Son & Co., Ltd., a foreign entity, in exchange for a 90-day extension of time for all defendants to answer or otherwise plead by June 10, 2024." (*Id.* at 2.) The Motion is unopposed. (*Id.* at 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for the Defendants to answer or otherwise respond to the Complaint is **extended** up to and including June 10, 2024. However, this Order shall not excuse the parties from appearing at any future Scheduling Conference, as noticed by the Court, and occurring prior to June 10, 2024.

**So ORDERED and SIGNED this 1st day of March, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE