IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL, SON & CO. LTD. and SAMUEL, SON & CO. (USA) INC. d/b/a SAMUEL PACKAGING SYSTEMS GROUP and SAMUEL STRAPPING SYSTEMS,<br><br>Defendants. | Civil Action No. 2:24-cv-00080-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Gabriella M. Salek of Foley & Lardner LLP enters her appearance on behalf of Defendants Samuel, Son & Co. Ltd. and Samuel, Son & Co. (USA) Inc. d/b/a Samuel Packaging Systems Group and Samuel Strapping Systems in this matter.

Gabriella M. Salek may receive all communications from the Court and from other parties at Foley & Lardner LLP, 321 N. Clark Street, Suite 3000, Chicago, IL 60654, Telephone: (312) 832-4924; Facsimile: (312) 832-4700; email gsalek@foley.com.

Dated: May 13, 2024

Respectfully submitted,

*/s/ Gabriella M. Salek*
Gabriella M. Salek
IL Bar No. 6342686
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4924
Facsimile: (312) 832-4700
Email: gsalek@foley.com

***Attorney for Defendants***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of May 2024.

Respectfully submitted,

*/s/ Gabriella M. Salek*
Gabriella M. Salek
IL Bar No. 6342686
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4924
Facsimile: (312) 832-4700
Email: gsalek@foley.com

***Attorney for Defendants***