IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL, SON & CO. LTD. and SAMUEL, SON & CO. (USA) INC. d/b/a SAMUEL PACKAGING SYSTEMS GROUP and SAMUEL STRAPPING SYSTEMS,<br><br>Defendants. | Civil Action No. 2:24-cv-00080-JRG |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Pavan K. Agarwal of Foley & Lardner LLP enters his appearance on behalf of Defendants Samuel, Son & Co. Ltd. and Samuel, Son & Co. (USA) Inc. d/b/a Samuel Packaging Systems Group and Samuel Strapping Systems in this matter.

Pavan K. Agarwal may receive all communications from the Court and from other parties at Foley & Lardner LLP, Washington Harbor, 3000 K Street, N.W., Suite 600, Washington, D.C. 20007, Telephone: (202) 945-6162; Facsimile: (202) 672-5399; email pagarwal@foley.com.

Dated: May 13, 2024                                     Respectfully submitted,

                                                        */s/ Pavan K. Agarwal*
                                                        Pavan K. Agarwal
                                                        D.C. Bar No. 459614
                                                        FOLEY & LARDNER LLP
                                                        Washington Harbor, 3000 K Street, N.W.,
                                                        Suite 600
                                                        Washington, D.C. 20007
                                                        Telephone: (202) 945-6162
                                                        Facsimile: (202) 672-5399
                                                        Email: pagarwal@foley.com

                                                        ***Attorney for Defendants***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of May 2024.

                                                        Respectfully submitted,

                                                        */s/ Pavan K. Agarwal*
                                                        Pavan K. Agarwal
                                                        D.C. Bar No. 459614
                                                        FOLEY & LARDNER LLP
                                                        Washington Harbor, 3000 K Street, N.W.,
                                                        Suite 600
                                                        Washington, D.C. 20007
                                                        Telephone: (202) 945-6162
                                                        Facsimile: (202) 672-5399
                                                        Email: pagarwal@foley.com

                                                        ***Attorney for Defendants***