### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

SIGNODE INDUSTRIAL GROUP LLC,

                Plaintiff,

v.

SAMUEL, SON & CO. LTD. and SAMUEL,
SON & CO. (USA) INC. d/b/a SAMUEL
PACKAGING SYSTEMS GROUP and
SAMUEL STRAPPING SYSTEMS,

                Defendants.

Civil Action No. 2:24-cv-00080-JRG

## NOTICE OF APPEARANCE OF COUNSEL

       Notice is hereby given that Michael R. Houston of Foley & Lardner LLP enters his

appearance on behalf of Defendants Samuel, Son & Co. Ltd. and Samuel, Son & Co. (USA) Inc.

d/b/a Samuel Packaging Systems Group and Samuel Strapping Systems in this matter.

       Michael R. Houston may receive all communications from the Court and from other

parties at Foley & Lardner LLP, 321 N. Clark Street, Suite 3000, Chicago, IL 60654, Telephone:

(312) 832-4378; Facsimile: (312) 832-4700; email mhouston@foley.com.

Dated: May 13, 2024

Respectfully submitted,

*/s/ Michael R. Houston*
Michael R. Houston
IL Bar No. 6286431
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4378
Facsimile: (312) 832-4700
Email: mhouston@foley.com

***Attorney for Defendants***

1

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of May 2024.

Respectfully submitted,

*/s/ Michael R. Houston*

Michael R. Houston
IL Bar No. 6286431
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4378
Facsimile: (312) 832-4700
Email: mhouston@foley.com

***Attorney for Defendants***

2