IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL, SON & CO. LTD. and SAMUEL, SON & CO. (USA) INC. d/b/a SAMUEL PACKAGING SYSTEMS GROUP and SAMUEL STRAPPING SYSTEMS,<br><br>Defendants. | Civil Action No. 2:24-cv-00080-JRG |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Tiffany K. Sung of Foley & Lardner LLP enters her appearance on behalf of Defendants Samuel, Son & Co. Ltd. and Samuel, Son & Co. (USA) Inc. d/b/a Samuel Packaging Systems Group and Samuel Strapping Systems in this matter.

Tiffany K. Sung may receive all communications from the Court and from other parties at Foley & Lardner LLP, 555 S. Flower Street, Suite 3300, Los Angeles, CA 90071-2418, Telephone: (213) 972-4503; Facsimile: (213) 486-0065; email tsung@foley.com.

Dated: May 13, 2024                                             Respectfully submitted,

*/s/ Tiffany K. Sung*
Tiffany K. Sung
CA Bar No. 323077
FOLEY & LARDNER LLP
555 S. Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Telephone: (213) 972-4503
Facsimile: (213) 486-0065
Email: tsung@foley.com

***Attorney for Defendants***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of May 2024.

Respectfully submitted,

*/s/ Tiffany K. Sung*
Tiffany K. Sung
CA Bar No. 323077
FOLEY & LARDNER LLP
555 S. Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Telephone: (213) 972-4503
Facsimile: (213) 486-0065
Email: tsung@foley.com

***Attorney for Defendants***