**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL, SON & CO. LTD. and SAMUEL,<br>SON & CO. (USA) INC. d/b/a SAMUEL<br>PACKAGING SYSTEMS GROUP and<br>SAMUEL STRAPPING SYSTEMS,<br><br>Defendants. | Civil Action No. 2:24-cv-00080-JRG |

**DEFENDANTS SAMUEL, SON & CO. LTD.'S AND SAMUEL, SON & CO. (USA) INC.'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Samuel, Son & Co. Limited and Samuel, Son & Co. (USA) Inc. state as follows:

1.      Samuel, Son & Co. Limited is a non-governmental corporation with no parent corporation.  No publicly held corporation owns 10% or more of Samuel, Son & Co. Limited's stock.

2.      Samuel, Son & Co. (USA) Inc. is a non-governmental corporation, whose parent corporation is Samuel, Son & Co. Ltd.  No publicly held corporation owns 10% or more of Samuel, Son & Co. (USA) Inc.'s stock.

Dated: May 13, 2024

Respectfully submitted,

*/s/ Michael R. Houston*

Michael R. Houston (IL Bar No. 6286431)
Pavan K. Agarwal (D.C. Bar No. 459614)
Tiffany K. Sung (CA Bar No. 323077)
Gabriella M. Salek (IL Bar No. 6342686)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4378
Facsimile: (312) 832-4700
Email: mhouston@foley.com
        pagarwal@foley.com
        tsung@foley.com
        gsalek@foley.com

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

**Attorney for Defendants**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of May 2024.

Dated: May 13, 2024

Respectfully submitted,

*/s/ Michael R. Houston*
Michael R. Houston (IL Bar No. 6286431)
Pavan K. Agarwal (D.C. Bar No. 459614)
Tiffany K. Sung (CA Bar No. 323077)
Gabriella M. Salek (IL Bar No. 6342686)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4378
Facsimile: (312) 832-4700
Email: mhouston@foley.com
  pagarwal@foley.com
  tsung@foley.com
  gsalek@foley.com

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorney for Defendants*

3