IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL, SON & CO., LTD. and SAMUEL, SON & CO. (USA) INC. d/b/a SAMUEL PACKAGING SYSTEMS GROUP and SAMUEL STRAPPING SYSTEMS,<br><br>    Defendants. | Civil Action No. 2:24-cv-00080-JRG |

**DEFENDANTS' NOTICE OF DESIGNATION OF LEAD ATTORNEY**

Pursuant to Local Rule CV-11(a), Defendants' file this Designation of Lead Attorney and hereby notify the Court that Michael R. Houston of the law firm Foley & Lardner LLP, 321 North Clark Street, Suite 3000, Chicago, IL 60654, should be designated as lead attorney for Defendants in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: June 10, 2024 /s/ *Melissa R. Smith*

        Michael R. Houston (IL Bar No. 6286431)
        Pavan K. Agarwal (D.C. Bar No. 459614)
        Tiffany K. Sung (CA Bar No. 323077)
        Gabriella M. Salek (IL Bar No. 6342686)
        FOLEY & LARDNER LLP
        321 North Clark Street, Suite 3000
        Chicago, IL 60654
        Telephone: (312) 832-4378
        Facsimile: (312) 832-4700
        Email: mhouston@foley.com
               pagarwal@foley.com
               tsung@foley.com
               gsalek@foley.com

        Melissa R. Smith
        State Bar No. 24001351
        GILLAM & SMITH, LLP
        303 South Washington Avenue
        Marshall, Texas  75670
        Tel: (903) 934-8450
        Fax: (903) 934-9257
        melissa@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served today, June 10, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*