# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMUEL, SON & CO., LTD. And SAMUEL, SON & CO. (USA) INC. d/b/a SAMUEL PACKAGING SYSTEMS GROUP and SAMUEL STRAPPING SYSTEMS,<br><br>　　　　Defendants. | Civil Action No. 2:24-cv-00080-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendants Samuel, Son & Co., LTD. and Samuel, Son & Co. (USA) Inc. d/b/a Samuel Packaging Systems Group and Samuel Strapping Systems (collectively "Samuel") hereby notify the Court that they have served their Initial and Additional Disclosures upon counsel for Plaintiff *via* electronic mail on June 20, 2024.

Dated: June 20, 2024

Respectfully submitted,

 */s/ Melissa R. Smith*
_____
Michael R. Houston (IL Bar No. 6286431)
Pavan K. Agarwal (D.C. Bar No. 459614)
Tiffany K. Sung (CA Bar No. 323077)
Gabriella M. Salek (IL Bar No. 6342686)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4378
Facsimile: (312) 832-4700
Email: mhouston@foley.com
Email: pagarwal@foley.com
Email: tsung@foley.com
Email: gsalek@foley.com

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendants*
*Samuel, Son & Co., LTD. and*
*Samuel, Son & Co. (USA) Inc.*
*d/b/a Samuel Packaging Systems Group*
*and Samuel Strapping Systems*

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that all counsel of record are being served with a copy of this document in accordance with Local Rule CV-5(a)(3) *via* the Court's CM/ECF system on this the 20th day of June 2024.

         */s/ Melissa R. Smith*
         _____
         Melissa R. Smith