# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC, § | CASE NO. 2:24-cv-00080-JRG |
| § | |
| Plaintiff, § | |
| § | **JURY TRIAL DEMANDED** |
| v. § | |
| § | |
| SAMUEL, SON & CO., LTD. and § | |
| SAMUEL, SON & CO. (USA) INC. d/b/a § | |
| SAMUEL PACKAGING SYSTEMS § | |
| GROUP and SAMUEL STRAPPING § | |
| SYSTEMS, § | |
| § | |
| Defendants. § | |

## NOTICE OF COMPLIANCE

Plaintiff Signode Industrial Group LLC notifies the Court that on June 20, 2024, it served disclosures as identified in Paragraph 1 of the Discovery Order (Dkt. 27).

Dated: June 21, 2024

Respectfully submitted

/s/ *Devon Beane by permission Andrea L. Fair*

Devon Beane (Lead Counsel) (admitted *pro hac vice*)
Jason Engel (admitted *pro hac vice*)
Nathan Fuller (admitted *pro hac vice*)
Jared Lund (admitted *pro hac vice*)
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
devon.beane@klgates.com
jason.engel@klgates.com
nathan.fuller@klgates.com
jared.lund@klgates.com

Erik Halverson (admitted to practice in the district)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, California 94111

Tel.: (415) 882-8238
erik.halverson@klgates.com

Caroline M. Vermillion (admitted *pro hac vice*)
**K&L GATES LLP**
599 Lexington Avenue
New York, NY 10022
Tel: (212) 536-3987
caroline.vermillion@klgates.com

Andrea Fair
Texas Bar No. 24032294
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
Fax (903) 757-2323
andrea@wsfirm.com

*Attorneys for Plaintiff Signode Industrial Group LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's CM/ECF system on all counsel of record on June 21, 2024.

/s/ *Andrea L. Fair*
Andrea Fair