IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SIGNODE INDUSTRIAL GROUP LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00080-JRG |
| SAMUEL, SON & CO., LTD. et al, | § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Joint Motion for Extension of Time to Submit Protective Order and to Comply with the Document Production Requirements Under Paragraph 3 of the Discovery Order (the "Motion") filed by Plaintiff Signode Industrial Group LLC and Samuel, Son & Co., Ltd. et al. (the "Parties"). (Dkt. No. 30.) In the Motion, the Parties request an extension of time from June 19, 2024 to June 27, 2024 to (1) submit a proposed protective order, and (2) comply with the document production requirements under Paragraph 3 of the Discovery Order. (*Id*. at 1.) The Parties state that they "have been, and are actively, working together to narrow the disputed issues in the Proposed Protective Order. Extending the deadline to file a Proposed Protective Order until June 27, 2024 will allow the parties an opportunity to further reduce their disputed issues in an attempt to reach an agreement on the issues therein." (*Id*.) The Parties also request an extension of the deadline to comply with Paragraph 3 of the Discovery Order "to coincide with the parties' submission of the Proposed Protective Order." (*Id*.)

Having considered the Motion, and noting its joint nature, the Court finds that good cause exists to modify the Docket Control Order and that the Motion should be and hereby is **GRANTED**. Accordingly, the deadline for the Parties to file their proposed protective order and

to comply with the document production requirements under Paragraph 3 of the Discovery Order is **extended** up to and including Thursday, June 27, 2024.

**So Ordered this**

**Jun 21, 2024**

```
_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE
```