IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>SAMUEL, SON & CO., LTD. and SAMUEL, SON & CO. (USA) INC. d/b/a SAMUEL PACKAGING SYSTEMS GROUP and SAMUEL STRAPPING SYSTEMS,<br><br>      Defendants. | Civil Action No. 2:24-cv-00080-JRG<br><br>JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE

Defendant Samuel, Son & Co., LTD. and Samuel, Son & Co. (USA) Inc. d/b/a Samuel Packaging Systems Group and Samuel Strapping Systems hereby notify the Court that pursuant to the Court's June 14, 2024, Docket Control Order [Dkt. No.28] they have served their Invalidity Contentions with respect to U.S. Patent No. 11,932,430 on counsel for Plaintiff *via* electronic mail on July 24, 2024.

Dated: July 25, 2024

Respectfully submitted,

*/s/ Melissa R. Smith*
Michael R. Houston (IL Bar No. 6286431)
Pavan K. Agarwal (D.C. Bar No. 459614)
Tiffany K. Sung (CA Bar No. 323077)
Gabriella M. Salek (IL Bar No. 6342686)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4378
Facsimile: (312) 832-4700
Email: mhouston@foley.com
　　　　pagarwal@foley.com
　　　　tsung@foley.com
　　　　gsalek@foley.com

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

***Attorney for Defendants***

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the above and foregoing document has been served via the Court's CM/ECF system per Local Rule CV-5(a)(3) upon all counsel of record on July 25, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith