## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SIGNODE INDUSTRIAL GROUP LLC, | § | |
| *Plaintiff*, | § § | CIVIL ACTION NO.  2:24-CV-00080-JRG |
| v. | § § | |
| SAMUEL, SON & CO., LTD. et al, | § | |
| *Defendants*. | § § | |

## <u>ORDER</u>

Before the Court is the Unopposed Motion to Extend Deadline for Plaintiff to Respond to Defendants' Motion to Transfer (the "Motion") filed by Plaintiff Signode Industrial Group, LLC ("Plaintiff"). (Dkt. No. 43.) In the Motion, Plaintiff requests a seven-day extension of time from August 28, 2024 to September 4, 2024 to respond to Defendants Samuel, Son & Co., Ltd.'s and Samuel, Son & Co. (USA) Inc.'s Motion to Transfer to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404(a) (Dkt. No. 41). (Dkt. No. 43 at 1.) Plaintiff argues that the requested extension will provide "additional time to further investigate additional information in support of its response and will not create any undue prejudice." (*Id*.) The Motion is not opposed. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, Plaintiff's deadline to respond to Defendants Samuel, Son & Co., Ltd.'s and Samuel, Son & Co. (USA) Inc.'s Motion to Transfer to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404(a) (Dkt. No. 41) is **extended** up to and including Wednesday September 4, 2024.

**So ORDERED and SIGNED this 22nd day of August, 2024.**

_____

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE