# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL, SON & CO., LTD., ET AL.<br><br>Defendants. | Case No. 2:24-CV-00080-JRG |

**PLAINTIFF SIGNODE INDUSTRIAL GROUP LLC'S OPPOSITION TO SAMUEL'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

**ADDITIONAL ATTACHMENTS TO MAIN DOCUMENT**

Index of Additional Attachments:

1. Keller Declaration;

2. Beane Declaration;

3. Exhibit A;

4. Exhibit C;

5. Exhibit D;

6. Exhibit E;

7. Exhibit F; and

8. Exhibit G;

| | |
|---|---|
| Dated: September 4, 2024 | Respectfully submitted |

/s/ *Devon Beane by permission Andrea L. Fair*
Devon Beane (Lead Counsel) (admitted *pro hac vice*)
Jason Engel (admitted *pro hac vice*)
Nathan Fuller (admitted *pro hac vice*)
Jared Lund (admitted *pro hac vice*)
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
devon.beane@klgates.com
jason.engel@klgates.com
nathan.fuller@klgates.com
jared.lund@klgates.com

Erik Halverson (admitted to practice in the district)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel.: (415) 882-8238
erik.halverson@klgates.com

Caroline M. Vermillion (admitted *pro hac vice*)
**K&L GATES LLP**
599 Lexington Avenue
New York, NY 10022
Tel: (212) 536-3987
caroline.vermillion@klgates.com

Andrea Fair
Texas Bar No. 24032294
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
Fax (903) 757-2323
andrea@wsfirm.com

*Attorneys for Plaintiff Signode Industrial Group LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 4th day of September, 2024.

/s/ Andrea Fair
Andrea Fair