# Exhibit C

**14025 Riveredge Dr, Tampa, FL 33637 to 100 E Houston St, Marshall, TX 75670** — Drive 949 miles, 13 hr 35 min



Map data ©2024 Google, INEGI   50 mi

| | via I-10 W and I-20 W | 13 hr 35 min |
|---|---|---|
| | Fastest route, the usual traffic | 949 miles |
| | ⚠ Your destination is in a different time zone. | |

| | via I-10 W | 13 hr 45 min |
|---|---|---|
| | | 984 miles |

| | Tampa, FL—Shreveport, LA | 4 hr 25 min |
|---|---|---|
| | | from $268 |

**Explore new places along this route**
Add suggested stops

Three Sisters Springs
4.6   (3,290)

Ellie Schiller Homosassa Springs W...
4.8   (8,220)

Florida Museum of Natural History-...
4.8   (2,996)

Ichetucknee Springs
4.7   (645)

Tallahassee Museum
4.6   (2,525)

Gulf World Marine Park
4.1   (5,361)

Henderson Beach State Park
4.8   (8,086)

Fort Pickens
4.8   (5,924)

See more stops