# Exhibit D

**Google Maps**  14025 Riveredge Dr, Tampa, FL 33637 to Dirksen Federal Bldg, 219 S Dearborn St, Chicago, IL 60604   Drive 1,165 miles, 16 hr 33 min



| via I-75 N and I-65 N | 16 hr 33 min |
|---|---|
| Fastest route, the usual traffic ⚠ This route has tolls. ⚠ Your destination is in a different time zone. | 1,165 miles |

| via I-75 N | 16 hr 54 min |
|---|---|
| | 1,135 miles |

| ✈ Tampa, FL—Chicago, IL | 2 hr 35 min |
|---|---|
| | from $96 |

**Explore new places along this route**
Add suggested stops

Three Sisters Springs
4.6   (3,290)

Magic Kingdom Park
4.6   (225,899)

Florida Museum of Natural History-...
4.8   (2,996)

Jacksonville Zoo and Gardens
4.6   (18,755)

Ocmulgee Mounds National Historica...
4.8   (2,225)

Zoo Atlanta
4.5   (21,071)

Booth Western Art Museum
4.8   (1,382)

Ruby Falls
4.5   (4,221)

See more stops