# Exhibit E



3,203 Federal District Court Cases in E.D.Tex.

Lex Machina

Page 1 of 1

## U.S. District Court for the Eastern District of Texas *E.D.Tex.*

Showing **3,203** Patent cases in E.D.Tex.; pending between 2019-08-19 and 2024-08-19.; sorted by most recent docket activity.

**Timing**



| Event | Cases Reaching Event | Median Days from Case Filing to Order |
|---|---|---|
| **Preliminary Injunction (Grant)** | 1 | n/a |
| **Preliminary Injunction (Deny)** | 2 | n/a |
| **Permanent Injunction (Grant)** | 22 | 309 |
| **Permanent Injunction (Deny)** | 2 | n/a |
| **Claim Construction Hearing** | 331 | 379 |

https://law.lexmachina.com/court/txed/cases?case_types-include=27&pending-from=2019-08-19&pending-