# Exhibit F




| Event | Cases Reaching Event | Median Days from Case Filing to Order |
|---|---|---|
| **Temporary Restraining Order (Grant)** | 426 | 13 |
| **Temporary Restraining Order (Deny)** | 3 | n/a |
| **Preliminary Injunction (Grant)** | 358 | 41 |
| **Preliminary Injunction (Deny)** | 8 | n/a |
| **Permanent Injunction (Grant)** | 341 | 105 |
| **Claim Construction Hearing** | 44 | 734 |