# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC, | § |
| *Plaintiff*, | § |
| | § CIVIL ACTION NO. 2:24-CV-00080-JRG |
| v. | § |
| SAMUEL, SON & CO., LTD. et al, | § |
| *Defendants*. | § |

## ORDER

Before the Court is Defendants Samuel, Son & Co., Ltd.'s and Samuel, Son & Co. (USA) Inc.'s (collectively, "Defendants") Unopposed Motion for Extension of Time to File Reply Brief in Support of Motion Transfer to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404(a) (the "Motion"). (Dkt. No. 48.) In the Motion, Defendants request a seven-day extension of time from September 11, 2024 to September 18, 2024 to file a reply brief in support of Defendants Samuel, Son & Co., Ltd.'s and Samuel, Son & Co. (USA) Inc.'s Motion to Transfer to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404(a) (Dkt. No. 41). (Dkt. No. 48 at 1.) The Motion is unopposed. (*Id*. at 1, 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, Defendants' deadline to file a reply in support of Defendants Samuel, Son & Co., Ltd.'s and Samuel, Son & Co. (USA) Inc.'s Motion to Transfer to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404(a) (Dkt. No. 41) is **extended** up to and including Wednesday September 18, 2024.

So Ordered this

**Sep 11, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2