**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>SAMUEL, SON & CO., LTD. and SAMUEL, SON & CO. (USA) INC. d/b/a SAMUEL PACKAGING SYSTEMS GROUP and SAMUEL STRAPPING SYSTEMS,<br><br>      Defendants. | Civil Action No. 2:24-cv-00080-JRG |

**DECLARATION OF GABRIELLA SALEK IN SUPPORT OF DEFENDANTS SAMUEL, SON & CO., LTD.'S AND SAMUEL, SON & CO. (USA) INC.'S MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF ILLINOIS PURSUANT TO 28 U.S.C. § 1404(a)**

I, Gabriella Salek, declare as follows:

1. I am an associate at the law firm of Foley & Lardner LLP and counsel of record for Samuel, Son & Co., Ltd. and Samuel, Son & Co. (USA) Inc. ("Samuel") in the above-captioned case. I am submitting this declaration in support of Samuel's Reply in Support of its Motion to Transfer to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404(a).

2. Attached as **Exhibit 1** is a true and correct copy of Signode Industrial Group LLC's ("Signode") Document Subpoena to DiMonte Group, Inc. ("DiMonte"), emailed to counsel for Samuel on September 6, 2024, seeking documents relating to product features (*see, e.g.*, topic #1). And 173 documents DiMonte documents have already been produced in this case.

3. Attached as **Exhibits 2 and 3** are true and correct copies from the Hilton website and Google Maps, showing that a four-night stay for a single king bed nonsmoking room during the second full week of December 2024 at the Hampton Inn located approximately 0.7 miles from the N.D. Ill. courthouse costs $93 per night, and showing that the Hampton Inn located 4.2 miles from the Eastern District of Texas courthouse costs $110 per night. Trial is currently scheduled to begin the second full week of December 2025, but hotel rates are not yet available for that period, so the same week of December 2024 was used as representative. These exhibits show that a comparable room for the Hampton Inn in Chicago costs (including taxes) approximately 12% less than the Hampton Inn in Marshall, and is over three miles closer to the N.D. Ill. federal courthouse.

4. Attached as **Exhibits 4, 5, and 6** are true and correct copies of Google Maps, showing that travel on a non-stop flight from Zurich, Switzerland to Chicago's airport takes less than 10 hours, with an additional 43 minutes of drive time to the N.D. Ill. courthouse. Travel from Zurich, Switzerland to Dallas' airport takes approximately 13 hours, with an additional drive time of over 2.5 hours to the Eastern District of Texas courthouse. Travel from Zurich, Switzerland to

1

the Shreveport, LA airport takes approximately 15 hours, with an additional drive time of 38 minutes to the Eastern District of Texas courthouse.

5.   Attached as **Exhibit 7** is a true and correct copy of a screenshot of a report from Docket Navigator for the Northern District of Illinois, showing that for the pre-pandemic period between 2015-2020, the average time-to-trial for patent cases was 37 months. Attached as **Exhibits 8 and 9** are true and correct copies of the first General Order for the N.D. Ill. Court's continuance of civil jury trials dated March 12, 2020, stating that all civil jury trials scheduled to begin before April 3, 2020 were continued, and the final – tenth amended General Order for the N.D. Ill. Court's suspension of civil jury trials dated February 12, 2021, stating that all civil jury trials would continue to be suspended until April 5, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 18, 2024

/s/ *Gabriella M. Salek*
Gabriella M. Salek

2