# EXHIBIT 2





Language English | Find Stay | Join | Sign In

Your Stay — Hampton Inn Chicago Downtown/N Loop/Michigan Ave — Mon, Dec 9 – Fri, Dec 13, 2024 (4 nights) — 1 room for 1 adult — Edit Stay

Step 3 of 3

# Payment and Guest Details

### Total for stay        $440.48
Hide price details

Price in $USD

1 King Nonsmoking
Honors Escape and Explore

| | |
|---|---|
| 09 Dec 2024 | $93.60 |
| 10 Dec 2024 | $92.00 |
| 11 Dec 2024 | $92.00 |
| 12 Dec 2024 | $97.60 |
| **Total room charge** | **$375.20** |

17.40 % per room, per night
**Total taxes**                                    **$65.28**

Total for stay: **$440.48**

All fields are required unless marked optional.



**Hampton Inn Chicago Downtown/N Loop/Michigan Ave**

68 E. Wacker Place
Chicago, Illinois 60601 USA

Hotel details >

○ 1 King Nonsmoking
   Change Room

○ Honors Escape and Explore
   Change Rate

● Payment and Guest Details

## 💳 Payment

**Card number**

[                                    ]

**Month**              **Year**




