# EXHIBIT 3



Language English | Find Stay | Join | Sign In

Your Stay  🏨 Hampton Inn Marshall  📅 Mon, Dec 9 – Fri, Dec 13, 2024 (4 nights)  👤 1 room for 1 adult   Edit Stay

Step 2 of 3
## Select a Rate

[ Special Rates ]   ☐ Use Points & Money

Prices shown are average per night.    Select currency ⓘ   [ USD - US Dollar ▼ ]



**Hampton Inn Marshall**
5100 South East End Boulevard
Marshall, Texas 75672 USA ⧉
Hotel details >

○ 1 King Bed Nonsmoking
  Change Room
● Select a Rate
○ Payment and Guest Details

### Honors Escape and Explore
[Sale]
Stay 3 or more nights and save up to 20% off. Hilton Honors Membership Required.

$110  Rate details >
[ Select ]

Honors Discount
Not available

### Escape and Explore
[Sale]
Stay 3 or more nights and save up to 15% off.

$117  Rate details >
[ Select ]

Honors Discount
Not available

### Flexible Rate
Change or cancel up to 1 day before arrival. Free breakfast.

$138  Rate details >
[ Select ]

Honors Discount
~~$138~~
$135  Rate details >
[ **Select** ]

### Semi-Flex
Change or cancel up to 5 days before arrival. Free breakfast.

$135  Rate details >
[ Select ]

Honors Discount
~~$135~~
$133  Rate details >
[ **Select** ]

### Non-refundable
Free breakfast. No cancellations. Pay now.

$122  Rate details >
[ Select ]

Honors Discount
~~$122~~
$120  Rate details >
[ **Select** ]

### 2X Points
[Package]
Change or cancel up to 1 day before arrival. Earn Double Hilton Honors Points. Hilton Honors Membership Required.

$147  Rate details >
[ Select ]

---

How can we help?


📞 Request a Call

Customer Support ⧉
Online reservation assistance.

Hilton Honors Discount Terms & Conditions ⧉
Global Privacy Statement ⧉
Web Accessibility ⧉
Site Usage Agreement ⧉

Modern Slavery and Human Trafficking ⧉
AdChoices ⧉
Hilton Hotline ⧉

©2024 Hilton

Case 2:24-cv-00080-JRG   Document 52-5   Filed 09/18/24   Page 3 of 4 PageID #:  1005

## Honors Escape and Explore

Stay 3 or more nights and save up to 20% off. Hilton Honors Membership Required.

**1 King Bed Nonsmoking**
1 adult

**Price in $USD**

| | |
|---|---|
| 1 King Bed Nonsmoking | |
| 09 Dec 2024 | $104.80 |
| 10 Dec 2024 | $124.80 |
| 11 Dec 2024 | $108.00 |
| 12 Dec 2024 | $105.60 |
| **Total room charge** | **$443.20** |
| 13.00 % per room, per night | |
| **Total taxes** | **$57.62** |

[Select]   Total for stay:  **$500.82**

### Guarantee policy

There is a Credit Card required for this reservation.

If you use a debit/credit card to check in, a hold may be placed on your card account for the full anticipated amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such hold may not be released for 72 hours from the date of check-out or longer at the discretion of your card issuer.

### Cancellation policy

Free cancellation before 11:59 PM local hotel time on 10 Sep 2024.

At check in, the front desk will verify your check-out date. Rates quoted are based on check-in date and length of stay. Should you choose to depart early, price is subject to change.

We reserve the right to cancel or modify reservations where it appears that a customer has engaged in fraudulent or inappropriate activity or under other circumstances where it appears that the reservations contain or resulted from a mistake or error.

Totals listed here are estimated based on current taxes and exchange rates (if applicable) and do not include additional fees/charges that may be incurred during your stay.

### Optional services for an additional charge

