# EXHIBIT 4



# Zurich Airport to Chicago O'Hare International Airport

Map data ©2024 Google, INEGI   500 mi



**Zürich, Switzerland—Chicago, IL**

| | |
|---|---|
| Nonstop (2 per day) | 9 hr 45 min |
| Connecting | 11 hr 20 min+ |
| Round trip price, Oct 4 – 8 | from $634 |

SWISS, United, Brussels Airlines…

 See results on Google Flights

## Explore nearby Chicago O'Hare International Airport

Restaurants   Hotels   Bars   Coffee   More



**Chicago O'Hare International Airport to Dirksen Federal Bldg, 219 S Dearborn St, Chicago, IL 60604**

Drive 25.6 miles, 43 min



Map data ©2024 Google   2 mi

- **via I-294 S and I-290 E** — 43 min — 25.6 miles
  Fastest route now, avoids road closures on I-90
  ⚠ This route has tolls.

- **via I-90 E** — 45 min — 18.0 miles
  Crash on I-90 E causing 22-min delay

- 🛈 **11:35 AM—12:20 PM** — 45 min
  Blue Line

### Explore nearby Dirksen Federal Bldg



Restaurants   Hotels   Gas stations   Parking Lots   More