# EXHIBIT 5





**Dallas Fort Worth International Airport to 100 E Houston St, Marshall, TX 75670**

Drive 172 miles, 2 hr 34 min



Map data ©2024 Google   10 mi

- **via I-20 E** — 2 hr 34 min — 172 miles
  Fastest route now, avoids road closure on I-635
  ⚠ This route has tolls.

- **via US-80 E and I-20 E** — 2 hr 40 min — 170 miles

- ⚠ **2:35 PM—7:36 PM** — 5 hr 1 min
  ORANGE → TRE → Texas Eagle → 🚶

**Explore new places along this route**
Add suggested stops



# Explore nearby 100 E Houston St