# EXHIBIT 6



Zurich Airport to Shreveport Regional Airport, 5103 Hollywood Ave, Shreveport, LA 71109



Map data ©2024 Google, INEGI     500 mi



### Zürich, Switzerland—Shreveport, LA

Connecting 1 or more stops            14 hr 50 min+
Round trip price, Oct 4 – 8           from $829
Delta, United, KLM…

 See results on Google Flights

## Explore nearby Shreveport Regional Airport



Restaurants    Hotels    Bars    Coffee    More



**Shreveport Regional Airport, 5103 Hollywood Ave, Shreveport, LA 71109 to 100 E Houston St, Marshall, TX 75670**

Drive 35.0 miles, 38 min



Map data ©2024 Google    5 mi

| | via I-20 W | 38 min |
|---|---|---|
| 🚗 | Fastest route, the usual traffic | 35.0 miles |

| | via I-20 W and US-80 W | 39 min |
|---|---|---|
| 🚗 | | 34.2 miles |

| | 3:45 PM — 7:36 PM | 3 hr 51 min |
|---|---|---|
| 🚆 | 🚌 7 > 🚌 Amtrak Thruway Connecting Service > 🚆 Texas Eagle > 🚶 | |

## Explore nearby 100 E Houston St



Restaurants    Hotels    Gas stations    Parking Lots    More