# EXHIBIT 9

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# TENTH AMENDED GENERAL ORDER 20-0012

## February 12, 2021

## IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY

Given the public health emergency arising from the COVID-19 pandemic and consistent with guidance and orders from federal executive authorities, the State of Illinois, and local governments, it is hereby ORDERED:

### Court Remains Open

1. This Court remains open and accessible, subject to the limitations and procedures set forth below.

### Suspension of In-Person Proceedings

2. All civil and criminal jury trials are suspended until April 5, 2021. The presiding judge in cases affected by this order shall enter any appropriate orders, including findings under the Speedy Trial Act, on the docket of the individual cases. Under 18 U.S.C. § 3161(h)(7)(A), the Court finds that the period of any continuance entered as a result of this Order through April 5, 2021, shall be excluded under the Speedy Trial Act, to serve the ends of justice. The Court finds that the delay outweighs the interests of the parties and the public in a speedy trial given the need to protect the health and safety of defendants, defense counsel, prosecutors, court staff, and the public by reducing the number of in-person hearings to the greatest extent possible.

3. All civil hearings, including bench trials, shall be conducted by means of remote telephone or video conference unless an in-person hearing is required by law.

4. Criminal case procedures remain governed by General Order 20-0022 and its amendments.

**Suspension of Local Rules 5.2(f) and 5.3(b)**

5. The Court suspends Local Rule 5.2(f), which requires in many instances that paper courtesy copies of filings be delivered to the judge. No courtesy copies may be submitted for filings unless the parties receive case-specific requests for copies from the presiding judge.

6. The Court suspends Local Rule 5.3(b), which otherwise requires that all motions be noticed for presentment. **No motions may be noticed for in-person presentment**; the presiding judge will notify parties of the need, if any, for a hearing by electronic means or in-court proceeding.

**Email Filing Option for Pro Se Parties**

7. The Court suspends the prohibition against pro se parties emailing their filings to the Clerk's Office. The Court will accept filings from pro se litigants via email that comply with these requirements: (a) the filing must be in PDF format; (b) the filing must be signed s/ [filer's name] or bear a handwritten signature; (c) the email must be sent to Temporary_E-Filing@ilnd.uscourts.gov; (d) the email must state the party's name, address, and phone number; (e) for existing cases, the email's subject line must read: "Pro Se Filing [Insert Your Case Number]", and for new cases, the email's subject line must read: "Pro Se Filing in New Case". E-mails that do not comply with these requirements will not be reviewed and will not be considered a proper filing.

**Clerk's Office Operations**

8. The Clerk's Office is open during normal business hours by telephone and email. Filings may be: (a) electronically filed via CM/ECF; (b) deposited during business hours in the drop-box in the lobby of the Dirksen Courthouse for Eastern Division filings or in the drop box located on the 2nd floor of the Roszkowski United States Courthouse for Western Division filings; or (c) mailed to the U.S. District Court Clerk's Office, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604 for Eastern Division filings or to U.S.

District Court Clerk's Office, 327 South Church Street, Rockford, IL 61101 for Western Division filings. If a filing is mailed by a prisoner, the traditional "mail box" rule shall govern its filing date. If a filing is mailed by a non-prisoner, the filing date shall be deemed to be the postmark date, subject to any party's right to move that a different date be used. No in-person deliveries of any kind may be made to a judge's chambers.

### Suspension of Public Gatherings

9. All public gatherings are suspended at both the Everett McKinley Dirksen U.S. Courthouse in Chicago and the Stanley J. Roszkowski U.S. Courthouse in Rockford, unless specifically authorized by the Chief Judge and until further order of this Court.

### Additional Provisions

10. This Tenth Amended General Order does not affect the authority of judges to enter orders in any civil or criminal cases.

11. The Court will vacate, amend, or extend this Tenth Amended General Order no later than April 5, 2021.

12. The Clerk of Court shall distribute this Tenth Amended General Order by electronically posting the Order on the Court's public website.

13. This Tenth Amended General Order supersedes General Order 20-0033.

ENTER:

FOR THE COURT:

_____
Chief Judge

Dated at Chicago, Illinois this 12th day of February 2021