IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC, § <br> *Plaintiff*, § <br> § <br> v. § CIVIL ACTION NO. 2:24-CV-00080-JRG <br> § <br> SAMUEL, SON & CO., LTD. et al, § <br> § <br> *Defendants*. § | |

## ORDER

Before the Court is Defendants Samuel, Son & Co., Ltd.'s and Samuel, Son & Co. (USA) Inc.'s (collectively, "Defendants") Unopposed Motion for Extension of Time to File Its Response to Signode's Motion to Strike Samuel's Twelfth Affirmative Defenses of Unclean Hands, Patent Misuse, and Other Equitable Doctrines (the "Motion"). (Dkt. No. 55.) In the Motion, Defendants request a seven-day extension of time from October 10, 2024 to October 17, 2024 to file a response to Plaintiff Signode Industrial Group LLC's Motion to Strike Samuel's Twelfth Affirmative Defenses of Unclean Hands, Patent Misuse, and Other Equitable Doctrines (Dkt. No. 54). (Dkt. No. 55 at 1.) The Motion is unopposed. (*Id*. at 1, 4.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, Defendants' deadline to file a response to Plaintiff Signode Industrial Group LLC's Motion to Strike Samuel's Twelfth Affirmative Defenses of Unclean Hands, Patent Misuse, and Other Equitable Doctrines (Dkt. No. 54) is **extended** up to and including October 17, 2024.

**So ORDERED and SIGNED this 10th day of October, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE