# EXHIBIT 3



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Eidgenössisches Institut für Geistiges Eigentum
Institut Fédéral de la Propriété Intellectuelle
Istituto Federale della Proprietà Intellettuale
Institut Federal da Proprietad Intellectuala

IB13 / 2116

## Bescheinigung

Die beiliegenden Akten stimmen mit den ursprünglichen technischen Unterlagen der auf der nächsten Seite bezeichneten Patentanmeldung für die Schweiz und Liechtenstein überein. Die Schweiz und das Fürstentum Liechtenstein bilden ein einheitliches Schutzgebiet. Der Schutz kann deshalb nur für beide Länder gemeinsam beantragt werden.

## Attestation

Les documents ci-joints sont conformes aux pièces techniques originales de la demande de brevet pour la Suisse et le Liechtenstein spécifiée à la page suivante. La Suisse et la Principauté de Liechtenstein constituent un territoire unitaire de protection. La protection ne peut donc être revendiquée que pour l'ensemble des deux Etats.

## Attestazione

I documenti allegati sono conformi agli atti tecnici originali della domanda di brevetto per la Svizzera e il Liechtenstein specificata nella pagina seguente. La Svizzera e il Principato di Liechtenstein formano un unico territorio di protezione. La protezione può dunque essere rivendicata solamente per l'insieme dei due Stati.

Bern,  **0 2. Mai 2014**

Administration Patente
Administration des brevets
Amministrazione dei brevetti



Cristiani, Jean-Claude

**Hinterlegungsbescheinigung zu Patentanmeldung Nr. 01724/12 (Art. 46b Abs.1 PatV)**

Das Eidgenössische Institut für Geistiges Eigentum bescheinigt den Eingang der unten näher bezeichneten schweizerischen Patentanmeldung.

Titel:
Umreifungsvorrichtung mit einem an einer schwenkbaren Wippe angeordneten Spannrad.

Patentbewerber:
ILLINOIS TOOL WORKS INC.
3600 West Lake Avenue
Glenview, Illinois 60026
US-Vereinigte Staaten v. Amerika

Vertreter:
Patentanwälte Klein & Klein
Grienbachstrasse 17
6300 Zug

Anmeldedatum: 24.09.2012

Voraussichtliche Klassen: B65B

Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile

1

1724 / 12

## Umreifungsvorrichtung mit einem an einer schwenkbaren Wippe angeordneten Spannrad

5  Die Erfindung betrifft eine Mobile Umreifungsvorrichtung zur Umreifung von Packgut mit einem Umreifungsband, die eine Spanneinrichtung zur Aufbringung einer Bandspannung auf eine Schlaufe eines Umreifungsbandes aufweist, wobei die Spanneinrichtung mit einem motorisch rotativ um eine Spannachse antreibbarem Spannrad versehen ist, das zum Eingriff in das Umreifungsband vorgesehen ist, und

10  das Spannrad auf einer um eine motorisch um eine Wippenachse schwenkbaren Wippe angeordnet ist, um das Spannrad auf eine Spannplatte zu oder von ihr weg zu schwenken, sowie eine Schweisseinrichtung zur Erzeugung einer Schweissverbindung, insbesondere einer Reibschweissverbindung, an zwei übereinander liegenden Bereichen der Schlaufe des Umreifungsbandes mittels eines

15  Schweisselements, das zur lokalen Erwärmung des Umreifungsbandes vorgesehen ist, und mit einen aufladbaren Energiespeicher zur Speicherung von elektrischer Energie versehen ist, die als Antriebsenergie für motorische Antriebsbewegungen zumindest für die Schweisseinrichtung zur Erzeugung einer Schweissverbindung freigebbar ist.

20

Derartige mobile Umreifungsvorrichtung werden zur Umreifung von Packgut mit einem Kunststoffband eingesetzt. Dazu wird um das Packgut eine Schlaufe des jeweiligen Kunststoffbandes gelegt. In der Regel wird das Kunststoffband hierbei von einer Vorratsrolle abgezogen. Nachdem die Schlaufe um das Packgut vollständig gelegt ist,

25  überlappt der Endbereich des Bandes mit einem Abschnitt der Bandschlaufe. An diesen zweilagigen Bereich des Bandes wird nun die Umreifungsvorrichtung angelegt, hierbei das Band in der Umreifungsvorrichtung geklemmt, mittels der Spanneinrichtung auf die Bandschlaufe eine Bandspannung aufgebracht, durch Reibschweissung an der Schlaufe zwischen den beiden Bandlagen ein Verschluss

30  erzeugt. Hierbei wird mit einem sich oszillierend bewegenden Reibschuh im Bereich zweier Enden der Bandschlaufe auf das Band gedrückt. Der Druck und die durch die Bewegung entstehende Wärme schmilzt das in der Regel Kunststoff aufweisende

2

Band lokal für kurze Zeit auf. Hierdurch entsteht zwischen den beiden Bandlagen eine dauerhafte und höchstens mit grosser Kraft wieder zu lösende Verbindung zwischen den beiden Bandlagen. Danach wird die Schlaufe von der Vorratsrolle abgetrennt. Das jeweilige Packgut ist hierdurch umreift.

5

Gattungsgemäße Umreifungsvorrichtungen sind für den mobilen Einsatz vorgesehen, bei dem die Geräte von einem Benutzer zum jeweiligen Einsatzort mitgeführt und dort nicht auf den Einsatz von extern zugeführter Versorgungsenergie angewiesen sein sollten. Die für den vorgesehenen Einsatz solcher Umreifungsgeräte erforderliche

10 Energie zum Spannen eines Umreifungsbandes um beliebiges Packgut und zur Verschlusserzeugung wird bei vorbekannten Umreifungsgeräten in der Regel durch einen elektrischen Akkumulator oder durch Druckluft zur Verfügung gestellt. Mit dieser Energie wird die mittels der Spanneinrichtung auf das Band eingebrachte Bandspannung und ein Verschluss am Umreifungsband erzeugt. Gattungsgemässe

15 Umreifungsvorrichtungen sind zudem dazu vorgesehen ausschliesslich verschweissbare Kunststoffbänder miteinander zu verbinden.

Bei mobilen Geräten ist ein geringes Gewicht von besonderer Bedeutung, um die Benutzer der Umreifungsvorrichtung beim Einsatz der Vorrichtung körperlich

20 möglichst wenig zu belasten. Ebenso sollte aus ergonomischen Gründen eine möglichst gleichmäßige Verteilung des Gewichts auf die gesamte Umreifungsvorrichtung vorgesehen sein, insbesondere um eine Konzentration des Gewichts im Kopfbereich der Umreifungsvorrichtung zu vermeiden. Eine solche Konzentration führt zu ungünstigen Handhabungseigenschaften der Vorrichtung.

25 Zudem wird stets eine möglichst ergonomische und bedienfreundliche Handhabung des Umreifungsgeräts angestrebt. Insbesondere sollte die Möglichkeit von Fehlbedienungen und Fehlfunktionen möglichst gering sein.

Bei gattungsgemässen Umreifungsvorrichtungen soll ferner, als weiterer Aspekt der

30 Funktionssicherheit, sichergestellt sein, dass auch nach Erreichen von höheren Bandspannungen kein oder höchstens wenig Schlupf zwischen dem Spannrad und dem Spannrad stattfindet. Schlupf kann einerseits das Erreichen von zu

3

realisierenden Bandspannungswerten verhindern. Schlupf kann aber auch dazu führen, daß sich der Spannvorgang und damit der gesamte Umreifungsvorgang zeitlich verlängert. Des Weiteren führt Schlupf aufgrund der längeren Einsatzdauer des jeweiligen Umreifungsgeräts pro Umreifung und damit auch der benötigten

5    Energiemenge pro Umreifung auch dazu, dass sich die Anzahl von mit einer Ladung des Akkumulators erzielbaren Umreifungen reduziert. Schliesslich bedeutet Schlupf aber auch, dass möglicherweise der zu erzielende Bandspannungswert nicht erreicht wird und das Band somit nicht ausreichend gespannt ist, was ein Sicherheitsrisiko darstellen kann. Um Schlupf möglichst zu vermeiden oder zumindest zu reduzieren,

10   ist üblicherweise das Spannrad mit Zähnen versehen und wird mit einer Andruckkraft auf die Spannplatte gedrückt. Die Andrückkraft kann hierzu bei vorbekannten Lösungen von einer Feder resultieren, mit der die Wippe mit dem daran angeordneten Spannrad gegen das Band und die darunter angeordnete Spannplatte gedrückt. Diese Lösung können jedoch insbesondere dann nicht zufriedenstellen, wenn höhere

15   Bandspannungen erzeugt werden sollen, da – wie es sich gezeigt hat - hiermit Schlupf beim Spannvorgang nicht ausreichend sicher verhindert werden kann.

Der Erfindung liegt deshalb die Aufgabe zugrunde ein gattungsgemässes mobiles Umreifungsgerät der eingangs genannten Art mit hoher Funktionssicherheit zu

20   schaffen, mit dem Bandumreifung möglichst schlupffrei erzeugbar sind.

Diese Aufgabe wird bei einer mobilen Umreifungsvorrichtung der eingangs genannten Art erfindungsgemäß dadurch gelöst, dass zumindest zeitweise während der Übertragung der motorischen Antriebsbewegung auf das Spannrad, vorzugsweise

25   solange wie das Spannrad mit dem Band in Eingriff ist, die motorische Antriebsbewegung auch dazu eingesetzt wird, um mittels einer vom Motor angetriebenen Schwenkbewegung der Wippe in Richtung auf die Spannplatte einen Anpressdruck des Spannrads in Richtung auf die Spannplatte zu erhöhen. Die Erfindung sieht somit ein bandspannungsabhängiges variables Anpressen des

30   Spannrads auf das Umreifungsband vor.

4

Bei der Erfindung wird die durch den Spannvorgang erzeugte Bandspannung somit genutzt, um in vorteilhafter Weise bei stetig ansteigender Bandspannung auch die Andrückkraft des Spannrads auf das Band zu erhöhen, wodurch der an sich bei steigender Bandspannung ebenfalls steigenden Gefahr eines „Durchrutschens" bzw.

5 eines Schlupfs des Spannrads beim Spannvorgang entgegen gewirkt werden kann. Bei steigender Bandspannung steigt somit auch die Anpresskraft des Spannrads auf das Band und die Spannplatte.

In einer besonders bevorzugten Ausführungsform der Erfindung, die auch

10 selbständige Bedeutung hat, können motorische Antriebsbewegungen mit identischen Drehrichtungen des nur einen Motors, außer für den Antrieb des Spannrads beim Spannen des Umreifungsbands auch für ein Anheben der Wippe genutzt werden. Zusätzlich hierzu kann mit der gleichen Antriebsbewegung auch das bandspannungsabhängige variable Anpressen des Spannrads auf das zu spannende

15 Band vorgenommen werden. Die Abhängigkeit ist hierbei derart vorgesehen, dass bei steigender Bandspannung auch die vom Spannrad ausgeübte Anpresskraft auf das Band steigt. Da bei steigender Bandspannung auch die Gefahr steigt, dass Schlupf zwischen dem Spannrad und dem Band stattfindet, kann mit der Maßnahme eines steigenden Anpressdrucks der Schlupfgefahr entgegen gewirkt werden. Besonders

20 bevorzugt ist hierbei wenn hierbei die gleiche Motordrehrichtung wie für das Spannen genutzt wird. Die motorische Antriebsbewegung beim Spannen des Bands kann vorzugsweise derart genutzt werden, dass während des Spannvorgangs des Umreifungsbands mittels des in das Umreifungsband eingreifende und gegen eine Bandspannung rotierende Spannrad eine vom Umreifungsband auf das Spannrad

25 einwirkende Gegenkraft genutzt wird, um den Anpressdruck des Spannrads Spannrads in Richtung auf die Spannplatte zu erhöhen.

Weitere bevorzugte Ausgestaltungen der Erfindung ergeben sich aus den Ansprüchen, der Beschreibung und der Zeichnung.

30

Die Erfindung wird anhand von in den Figuren rein schematisch dargestellten Ausführungsbeispielen näher erläutert, es zeigen:

5

Fig. 1        eine    erfindungsgemässe    Umreifungsvorrichtung    in    einer
              perspektivischen Darstellung;

5    Fig. 2        die Spannvorrichtung und die Schweisseinrichtung der Umreifungs-
              vorrichtung aus Fig. 1 zusammen mit dem Motor;

     Fig. 3        eine Explosionsdarstellung der Spanneinrichtung aus Fig. 2.


10   Das in den Fig. 1 und 2 gezeigte, ausschliesslich handbetätigte erfindungsgemässe
     Umreifungsgerät 1 weist ein Gehäuse 2 auf, das die Mechanik des Umreifungsgeräts
     umgibt und an dem ein Griff 3 zur Handhabung des Geräts ausgebildet ist. Das
     Umreifungsgerät ist ferner mit einer Grundplatte 4 versehen, deren Unterseite zur
     Anordnung auf einem zu verpackenden Gegenstand vorgesehen ist. Auf der
15   Grundplatte 4 und am mit der Grundplatte verbundenen nicht näher dargestellten
     Träger   des   Umreifungsgeräts   sind   sämtliche   Funktionseinheiten   des
     Umreifungsgeräts 1 befestigt.


     Mit dem Umreifungsgerät 1 kann eine in Fig. 1 nicht näher dargestellte Schlaufe eines
20   Plastikbandes B, beispielsweise aus Polypropylen (PP) oder Polyester (PET)), die
     zuvor um den zu verpackenden Gegenstand gelegt wurde, mittels einer
     Spanneinrichtung 6 des Umreifungsgeräts gespannt werden. Die Spanneinrichtung
     weist hierzu ein Spannrad 7 auf, mit der das Band B für einen Spannvorgang erfasst
     werden kann. Das Spannrad 7 ist an einer schwenkbaren Wippe 8 angeordnet, die um
25   eine   Wippenschwenkachse   8a   geschwenkt   werden   kann.   Das   mit   seiner
     Rotationsachse mit Abstand zur Wippenschwenkachse 8a angeordnete Spannrad 7
     kann durch eine Schwenkbewegung der Wippe 8 um die Wippenschwenkachse 8a
     von einer Endposition mit Abstand zu einer an der Grundplatte 4 angebrachten,
     vorzugsweise gekrümmten, Spannplatte 9 in eine zweite Endposition überführt
30   werden, in der das Spannrad 7 gegen die Spannplatte 9 gedrückt wird. Durch eine
     entsprechende motorisch angetriebene Bewegung in umgekehrten Drehsinn kann das
     Spannrad 7 von der Spannplatte 9 entfernt und in seine Ausgangsposition

6

zurückgeschwenkt werden, wodurch sich das zwischen dem Spannrad 7 und der Spannplatte 9 befindliche Band zur Entnahme freigegeben wird.

5   Im Einsatz der Spannvorrichtung befindet sich eine Lage des Umreifungsbands zwischen dem Spannrad 7 und der Spannplatte und wird durch das Spannrad 7 gegen die Spannplatte gedrückt. Durch Rotation des Spannrades 7 ist es dann möglich, die Bandschlaufe mit einer für den Verpackungszweck ausreichend hohen Bandspannung zu versehen. Der Vorgang des Spannens und die hierzu in vorteilhafter Weise ausgebildeten Spannvorrichtung und Wippe 8 werden nachfolgend
10   noch näher erläutert.

Anschliessend kann an einer Stelle der Bandschlaufe, an der zwei Lagen des Bandes übereinander liegen, in einer an sich bekannten Weise eine Verschweissung der beiden Lagen mittels der Reibschweisseinrichtung 12 des Umreifungsgeräts erfolgen.
15   Die Bandschlaufe kann hierdurch dauerhaft verschlossen werden. Die Reibschweisseinrichtung 12 ist hierfür mit einem lediglich stark schematisiert dargestellten Schweissschuh 13 versehen, der mittels einer Überführungseinrichtung 14 von einer Ruheposition mit Abstand zum Band in eine Schweissposition überführt werden, in welcher der Schweissschuh gegen das Band gedrückt ist. Der hierbei
20   durch mechanischen Druck auf das Umreifungsband gedrückte Schweissschuh und die gleichzeitig erfolgende oszillierenden Bewegung des Schweissschuhs mit einer vorbestimmten Frequenz, schmilzt die beiden Lagen des Umreifungsbands an. Die lokal plastifizierten bzw. aufgeschmolzenen Bereiche des Bands B fliessen ineinander und nach einer Abkühlung des Bandes entsteht dann eine Verbindung zwischen den
25   beiden Bandlagen. Soweit erforderlich kann dann die Bandschlaufe von einer Vorratsrolle des Bandes mittels einer nicht näher dargestellten Schneideinrichtung des Umreifungsgerätes 1 abgetrennt werden.

Die Zustellung des Spannrads 7 in Richtung auf die Spannplatte, der rotative Antrieb
30   des Spannrads 7 um die Spannachse, das Anheben des Spannrads von der Spannplatte, die Zustellung der Reibschweisseinrichtung 12 mittels der Überführungseinrichtung 14 der Reibschweisseinrichtung 12 als auch der Einsatz der

Reibschweisseinrichtung 12 an sich sowie die Betätigung der Schneideinrichtung erfolgen unter Einsatz lediglich eines gemeinsamen elektrischen Motors M, der für diese Komponenten des Umreifungsgeräts jeweils eine Antriebsbewegung zur Verfügung stellt. Zur Stromversorgung des Motors M ist am Umreifungsgerät ein
5    austauschbarer und insbesondere zur Aufladung entnehmbarer Akkumulator 15 angeordnet. Die Zuführung von anderer äusserer Hilfsenergie, wie beispielsweise Druckluft oder weitere Elektrizität, erfolgt beim Umreifungsgerät gemäss den Fig. 1 und 2 nicht.

10   Wie in Fig. 2 dargestellt ist, ist beim erfindungsgemässen Umreifungsgerät vorgesehen, an zwei Stellen der Antriebsachse des Motors dessen Antriebsbewegung entweder für die Spanneinrichtung oder für die Reibschweisseinrichtung abzugreifen. Der Motor M kann hierzu in jede der beiden Drehrichtungen betrieben werden. Der Wechsel der Übertragung der Antriebsbewegung zur Spanneinrichtung 6 oder zur
15   Reibschweisseinrichtung 12 erfolgt durch einen auf der Antriebswelle des Motors M angeordneten Freilauf automatisch in Abhängigkeit von der Drehrichtung der Antriebswelle. In der einen Drehrichtung der Antriebswelle wird die Antriebsbewegung auf die Spanneinrichtung 6 übertragen. Aufgrund des Freilaufs erfährt die Reibschweisseinrichtung 12 hierbei keine Antriebsbewegung. In der anderen
20   Drehrichtung ist die Spanneinrichtung 6 ohne Antriebsbewegung und die Reibschweisseinrichtung 12 wird angetrieben. Etwaige manuell vorzunehmende Schaltvorgänge sind zur Änderung der Übertragungsrichtung der motorischen Antriebsbewegung nicht erforderlich.  Derartige Freiläufe sind im Zusammenhang mit Umreifungsvorrichtung vorbekannt, weshalb hierauf nicht näher eingegangen wird.
25

Wie ebenfalls in Fig. 2 dargestellt ist, erfolgt die motorische Übertragung der Antriebsbewegung auf die Reibschweisseinrichtung 12 mittels eines Zahnriementriebs 17 mit einem ringförmig geschlossenen Zahnriemen 17, der über zwei Zahnräder geführt ist. Eines der beiden Zahnräder ist auf der Antriebswelle des Elektromotors M
30   angeordnet, das andere gehört zu einem Getriebe der Reibschweisseinrichtung 12, mit dem die motorische Antriebsbewegung sowohl die Überführungseinrichtung 14 als auch den Schweissschuh 13 der Reibschweisseinrichtung 12 bewegt. Der auf zwei

8

übereinander liegende Lagen des Umreifungsband gedrückte Schweissschuh kann hierdurch in eine oszillierende Bewegung mit vorbestimmter Frequenz und Amplitude versetzt werden, mit der die beiden Bandlagen im Bereich des Schweissschuhs lokal aufgeschmolzen und durch die nachfolgende Abkühlung miteinander verschweißt
5    werden.

Auf der Antriebswelle des Motors befindet sich vom Motor M aus gesehen hinter dem Zahnriementrieb 17 ein Kegelrad 19, das ebenso zu einem Kegelradgetriebe der Spanneinrichtung ebenso gehört, wie ein zweites Kegelrad 20, mit dem es kämmt. Auf der gleichen Welle, auf der das zweite Kegelrad 20 angeordnet ist, befindet sich auch
10   ein erstes Zahnrad 21 eines weiteren Zahnriementriebs 22, der zudem über ein zweites Zahnrad 23 geführt ist. Das zweite Zahnrad 23 des Zahnriementriebs 22 ist auf einem Ende einer Welle 24 angeordnet, auf der sich auch ein erstes Stirnrad 25 befindet. Sowohl das zweite Zahnrad 23 als auch das Stirnrad 25 sind auf der Welle
15   24 drehfest angeordnet.

Auf das andere Ende der Welle 24 ist die Wippe 8 des Umreifungsgeräts aufgeschoben, die Bestandteil der Spanneinrichtung 6 ist und das Spannrad 7 als auch ein dem Spannrad 7 vorgeschaltete Getriebe, hier ein Planetengetriebe 26 trägt,
20   wozu an der Wippe 8 geeignete Lagerstellen vorgesehen sein können. Die Wippe 8 ist auf die Welle 24 derart aufgeschoben, dass sie um die Längsachse der Welle 8 schwenkbar angeordnet und gelagert ist. Die Längsachse der Welle ist somit gleichzeitig die Wippenachse 8a, um die die Wippe 8 schwenkbar ist.

25   Das erste Stirnrad 25 steht im Eingriff mit einer Aussenverzahnung eines eingangsseitigen zweiten Stirnrads 27 des Planetengetriebes 26, das insbesondere als mehrstufiges Planetengetriebe ausgebildet ist.  Das eingangsseitige Stirnrad 27 weist neben seiner Verzahnung einen ringförmigen Absatz 27a auf, der als Klemmfläche 27b für eine erste betätigbare Klemme 29 vorgesehen ist. Im
30   Ausführungsbeispiel ist die erste Klemme als schwenkbarer Nocken ausgebildet, der mit der Klemmfläche 27b in Kontakt bringbar oder von ihr mit Abstand weggeschwenkt werden kann. Der Nocken ist hierbei so angeordnet, dass bei Kontakt

9

des Nockens mit der Klemmfläche 27b durch eine Rotation des eingangsseitigen Stirnrads 27 in die für das Stirnrad 27 vorgesehene Drehrichtung die Klemmwirkung weiter verstärkt wird. Durch ein Zustellen des Nockens auf die Klemmfläche 27b aufgrund eines entsprechenden Schaltvorgangs kann das Stirnrad 27 gegen Rotation
5    blockiert werden. Durch ebenfalls einen Schaltvorgang kann der Nocken 29 von der Klemmfläche 27b entfernt und damit das Stirnrad 27 für Rotationsbewegungen freigegeben werden.

Von einer zum Spannrad 7 gewandten Stirnseite des Stirnrads 27 steht ein
10   aussenverzahntes Sonnenrad 30 ab, dessen Drehachse identisch mit dem eingangsseitigen Stirnrad ist. Das Sonnenrad 30 ist im Bereich der Rotationsachse 31 eines Hohlrads 32 angeordnet, dessen nicht verzahnte Außenfläche 32a einer zweiten Klemme 33 zugeordnet ist. Die mit der Aussenfläche 32a zusammenwirkende Klemme 33 kann in prinzipiell gleicher Weise wie die erste Klemme 29 als schaltbarer
15   Nocken ausgebildet sein, der zwischen zwei Endposition bewegt werden kann, wobei in der einen Position das Hohlrad 32 gegen Rotation blockiert und in der anderen Position für Rotationsbewegungen freigegeben ist. Des weiteren steht eine Innenverzahnung des Hohlrads 32 in Eingriff mit drei Planetenrädern 34, die an der zum Hohlrad 32 gewandten Stirnseite des nachfolgenden Planetenträgers 35 gelagert
20   sind. Die Planetenräder 34 des Planetenträgers 35 stehen außerdem in Eingriff mit dem Sonnenrad 30 des eingangsseitigen Stirnrads 27, das in das Hohlrad 32 hineinragt.

Auf der anderen, zum Spannrad 7 gewandten, Stirnseite des Planetenträgers 35 ist
25   drehfest mit diesem ein weiteres Sonnenrad 36 angeordnet, das durch eine Ausnehmung des als Hohlrad ausgebildeten weiteren Planetenträgers 37 durchgeführt ist. Das Sonnenrad 36 steht in kämmenden Eingriff mit zum Spannrad gewandten Planetenrädern 38 des weiteren Planetenträgers 37. Die Planetenräder 38 des zweiten Planetenträgers 37 kämmen wiederum mit einer Innenverzahnung des
30   Spannrads 7 und treiben letzteres zu seiner Rotationsbewegung an. Diese Rotationsbewegung des an seiner äußeren Umfangsfläche mit einer feinen Verzahnung versehenen Spannrads 7 wird dazu genutzt, um mit der Umfangsfläche

10

das Band B zu erfassen und das Band der Bandschlaufe zurückzuziehen, wodurch eine Bandspannung in der Bandschlaufe erhöht wird.

Der zweite Planetenträger 37 weist auf seiner Außenfläche einen Absatz 37a auf, der
5   durch eine Rotationsbewegung  gegen ein Anschlagelement 39 in Kontakt gebracht werden kann. Das Anschlagelement 39 selbst ist nicht an der Wippe sondern an der Grundplatte 4 oder einem sonstigen Träger fixiert, der nicht mit der Wippe 8 bei deren Schwenkbewegung teilnimmt.

10   Im Einsatz bei der Umreifung von Packgut verhält sich das Umreifungsgerät 1 wie folgt: Nachdem um das jeweilige Packgut eine Bandschlaufe mit einem handelsüblichen Kunstoffumreifungsband gelegt ist, wird dieses im Bereich des Bandendes, in dem die Bandschlaufe abschnittsweise doppellagig ist, in das Bandumreifungsgerät eingelegt und das Bandende mit einer nicht näher dargestellten
15   Bandklemme im Umreifungsgerät festgehalten. Ein sich unmittelbar an die Bandschlaufe anschließender Abschnitt des Bandes B wird über die Spannplatte 9 der Spanneinrichtung 6 gelegt. Die Wippe 8 mit dem Spannrad 7 und dem vorgeschalteten Getriebe befindet sich hierbei in ihrer oberen Endposition, in der das Spannrad 7 mit Abstand (mit seinem größten vorgesehenen Abstand) zur Spannplatte
20   9 angeordnet ist, wodurch sich ein möglichst großer Öffnungsspalt ergibt, der ein einfaches, komfortables und damit auch ein schnelles Einlegen des Bands in die Spanneinrichtung ermöglicht. Nachfolgend wird die Wippe auf eine Spannplatte 9 abgesenkt und gegen das zwischen der Spannplatte 9 und dem Spannrad 7 angeordnete Band gedrückt. Sowohl diese Überführungsbewegung des Spannrads
25   als auch die Höhe der zu Beginn des Spannvorgangs vom Spannrad auf das Band ausgeübte Anpresskraft kann in der beschriebenen Ausführungsform der Erfindung durch ein oder mehrere vorgespannte Federelemente (nicht dargestellt) erzeugt werden. Durch Betätigen einer Taste 10 kann das Federlement freigegeben und der gesamte   Umreifungsvorgang   mit   seinen   nacheinander   ausgeführten
30   Vorgangsabschnitten „Spannen", „Verschlusserzeugung", „Schneiden" und „Anheben der Wippe" ausgelöst werden, wozu vorzugsweise kein weiterer Eingriff durch den Bediener des Umreifungsgeräts erfolgen muss.

Nachdem das Spannrad automatisch von der offenen Position in seine Spannposition (vgl. Pfeil 40 in Fig. 2), in der es auf dem Band B aufliegt und über das Band auf die Spannplatte 9 drückt, wird die motorische Antriebsbewegung auf das Spannrad 7

5 übertragen. Vorzugsweise erfolgt dies automatisch nachdem das Spannrad 7 seine Spannposition erreicht hat. Hierbei wird die zweite Klemme 33 in ihre Position überführt, in der sie gegen das Hohlrad 32 drückt. Das Hohlrad 32 ist hierdurch gegen Rotationsbewegungen arretiert und gesperrt. Die erste Klemme 29 ist hingegen weiterhin mit Abstand zum eingangseitigen Stirnrad 27 positioniert und gibt das

10 Stirnrad 27 für Rotationsbewegungen frei. Die motorische Antriebsbewegung, die aufgrund der vorgesehenen bestimmten Drehrichtung des Motors M über das Kegelradgetriebe auf den zweiten Zahnriementrieb 22 und damit auf das erste Stirnrad 25 übertragen wird, gelangt von hier in der Reihenfolge der nachfolgend genannten Getriebeglieder über das eingangsseitige Stirnrad 27, das Sonnenrad 30,

15 die Planetenräder 34, das Sonnenrad 36 und die Planetenräder 38 auf das Spannrad 7. Das Spannrad 7 kann unter anderem durch das mehrstufige Planetengetriebe in stark untersetzter Rotationsbewegung des Motors in die vorbestimmte Drehrichtung angetrieben werden.

20 Im zuvor beschriebenen Betriebszustand „Spannen" des Umreifungsgeräts entsteht durch das angetriebene, sich mit dem Band in Eingriff befindliche Spannrad 7 je nach Widerstandskraft, die aus der Bandspannung resultiert, am Spannrad 7 eine entsprechende in entgegengesetzte Richtung wirkende Gegenkraft. Diese Gegenkraft wirkt in umgekehrter Übertragungsrichtung wie die motorische Antriebsbewegung, auf

25 sämtliche an der Übertragung der Antriebsbewegung beteiligte Getriebeglieder des mehrstufigen Planetengetriebes. Um diese Gegenkraft für den nachfolgend beschriebenen Zweck zu nutzen wäre es somit möglich jedes dieser Getriebeglieder hierfür einzusetzen. Im Ausführungsbeispiel wird der Planetenträger 37 dafür eingesetzt. Der Planetenträger 37 wird hierbei über das Anschlagelement 39 auf der

30 Grundplatte 4 abgestützt, wodurch die ganze Spanneinrichtung 6 um die Wippenachse proportional zur Widerstandskraft (Bandspannung) auf das Band gedrückt wird. Das Spannrad 7 wird somit proportional zur Bandspannung auf das

12

Band gedrückt. Die durch den Spannvorgang erzeugte Bandspannung wird genutzt, um in vorteilhafter Weise bei stetig ansteigender Bandspannung auch die Andrückkraft des Spannrads 7 auf das Band B zu erhöhen, wodurch der an sich bei steigender Bandspannung ebenfalls steigenden Gefahr eines „Durchrutschens" bzw. 5    eines Schlupfs des Spannrads 7 beim Spannvorgang entgegen gewirkt werden kann.

Nach einer Beendigung des Spannvorgangs und des sich an diesen anschließenden Schweissvorgang zur Verschlussbildung sowie einem erfolgten motorisch angetriebenen Schneidvorgang durch eine nicht näher dargestellte in 10    Umreifungsvorrichtung integrierte, Schneidvorrichtung, soll eine komplikationsfreie und schnelle Entnahme des Bands aus der Umreifungsvorrichtung möglich sein. Um dies zu erreichen, ist eine motorische Anhebebewegung des Spannrads 7 aus der Spannposition vorgesehen. Auch dieser Vorgang sollte vorzugsweise automatisch und ohne zusätzlich zwingend erforderlichen Auslösevorgang durch den Bediener des 15    Umreifungsgeräts erfolgen. Die Steuerung des Umreifungsgeräts 1 sieht deshalb vor, dass nach Erreichen einer vorbestimmten oder vorbestimmbaren Bandspannung die Wippe 8 und damit das Spannrad 7 vom Band B durch eine Schwenkbewegung um die Wippenachse 8a angehoben und eine ausreichende Distanz zwischen der Spannplatte 9 und dem Spannrad 7 geschaffen wird.
20

Im Ausführungsbeispiel wird hierfür zunächst die Wirkverbindung zwischen dem Elektromotor M und dem Spannrad 7 gelöst und eine Wirkverbindung zwischen dem Elektromotor M und der Wippe 8 geschaffen. Dies  wird durch Schalten der Klemmen 29, 33 erreicht. Die erste Klemme 29 wird auf die Klemmfläche 27b des Stirnrads 27 25    abgesenkt und mit dieser in klemmende Anlage gebracht. Hierdurch ist das eingangsseitige Stirnrad 27 gegen eine Rotationsbewegung auf seiner nicht näher dargestellten Welle fixiert und gesperrt, auf der sich das gesamte Planetengetriebe befindet. Zusätzlich wird die zuvor bestehende Klemmung des Hohlrad 32 dadurch aufgehoben, dass die zweite Klemme 33 vom Hohlrad 32 entfernt wird und diese 30    dadurch das Hohlrad 32 für Rotationsbewegungen freigibt. Das Spannrad 7 kann sich dadurch frei drehen und hat keine Wirkverbindung zum Elektromotor M mehr, die eine Antriebsbewegung übertragen könnte. Eine Antriebsbewegung des Elektromotors M

13

mit der gleichen Drehrichtung wie beim Spannvorgang wird nun aufgrund der Sperrung des eingangsseitigen Stirnrads 27 des Planetengetriebes dazu genutzt, dass das erste Stirnrad 25 bei seiner Drehbewegung das eingangsseitige Stirnrad 27 mitnimmt, ohne dass sich eine Änderung der Eingriffsstelle bei den Verzahnungen der

5    beiden Stirnrädern 25, 27 einstellt. Das eingangsseitige Stirnrad 27 führt somit eine Drehbewegung um die Achse des ersten Stirnrads 25 aus, die der Wippenachse 8a entspricht. Das aufgrund der Klemmung auch drehfest mit der Wippe 8 verbundene eingangsseitige Stirnrad 27 nimmt bei dieser Bewegung die Wippe 8 mit. Dies führt zu einer Anhebung der Wippe 8 und der an ihr befestigten Spanneinrichtung 6. Die

10   Drehbewegung der Wippe kann durch einen Anschlag oder ein Endpositionsgeber begrenzt sein, der den Motor M nach Erreichen einer Endposition in der geöffneten Stellung der Wippe 8 abstellt und eine Arretierung der Wippe auslöst. Durch die motorische Anhebebewegung der Wippe entgegen der Wirkrichtung des Federelements wird auch das Federelement wieder mit einer vergrößerten

15   Vorspannkraft versehen. Das Umreifungsband kann nun aus dem Umreifungsgerät 1 entnommen werden. Das Umreifungsgerät ist nun für eine nachfolgende neue Umreifung bereit, die in an sich gleicher Weise wie die zuvor beschriebene Umreifung erfolgen kann.

20

14

# Bezugszeichenliste

| | | | | |
|---|---|---|---|---|
| 1 | Umreifungsvorrichtung | 27b | Klemmfläche | |
| 2 | Gehäuse | 29 | erste Klemme | |
| 3 | Griff | 30 | Sonnenrad | |
| 4 | Grundplatte | 31 | Rotationsachse Getriebe und | |
| 6 | Spanneinrichtung | | Spannrad | |
| 7 | Spannrad | 32 | Hohlrad | |
| 8 | Wippe | 32a | Aussenfläche | |
| 8a | Wippenschwenkachse | 33 | zweite Klemme | |
| 9 | Spannplatte | 34 | Planetenrad | |
| 10 | Taste | 35 | Planetenträger | |
| 12 | Reibschweisseinrichtung | 36 | Sonnenrad | |
| 13 | Schweissschuh | 37 | Planetenträger | |
| 14 | Überführungseinrichtung | 37a | Absatz | |
| 15 | Akkumulator | 38 | Planetenrad | |
| 17 | Zahnriementrieb | 39 | Anschlagelement | |
| 18 | Zahnriemen | 40 | Pfeil | |
| 19 | Kegelrad | | | |
| 20 | Kegelrad | B | Band | |
| 21 | Zahnrad | M | Motor | |
| 22 | Zahnriementrieb | | | |
| 23 | Zahnrad | | | |
| 24 | Welle | | | |
| 25 | erstes Stirnrad | | | |
| 26 | Getriebe | | | |
| 27 | Stirnrad | | | |
| 27a | Absatz | | | |

15

## Patentansprüche

5   1.   Mobile Umreifungsvorrichtung zur Umreifung von Packgut mit einem
Umreifungsband, die
eine Spanneinrichtung zur Aufbringung einer Bandspannung auf eine Schlaufe
eines Umreifungsbandes aufweist, wobei die Spanneinrichtung mit einem
motorisch rotativ um eine Spannachse antreibbarem Spannrad versehen ist, das
10   zum Eingriff in das Umreifungsband vorgesehen ist, und das Spannrad auf einer
um eine motorisch um eine Wippenachse schwenkbaren Wippe angeordnet ist,
um das Spannrad auf eine Spannplatte zu oder von ihr weg zu schwenken,
sowie
eine Schweisseinrichtung zur Erzeugung einer Schweissverbindung,
15   insbesondere eine Reibschweissverbindung, an zwei übereinander liegenden
Bereichen der Schlaufe des Umreifungsbandes mittels eines Schweisselements
aufweist, das zur lokalen Erwärmung des Umreifungsbandes vorgesehen ist,
und
einen aufladbaren Energiespeicher zur Speicherung von elektrischer Energie
20   hat, die als Antriebsenergie für motorische Antriebsbewegungen zumindest für
die Reibschweisseinrichtung zur Erzeugung einer Reibschweissverbindung und
für motorisch angetriebene Rotationsbewegung des Spannrads freigebbar ist,
**dadurch gekennzeichnet**, dass zumindest zeitweise während der Übertragung
der motorischen Antriebsbewegung auf das Spannrad die motorische
25   Antriebsbewegung auch dazu eingesetzt wird, um mittels einer vom Motor
angetriebenen Schwenkbewegung der Wippe in Richtung auf die Spannplatte
einen Anpressdruck des Spannrads in Richtung auf die Spannplatte zu erhöhen.

2.   Mobile Umreifungsvorrichtung nach Anspruch 1, dadurch gekennzeichnet, dass
die motorische Antriebsbewegung derart eingesetzt wird, dass während des
30   Spannvorgangs des Umreifungsbands mittels des in das Umreifungsband
eingreifende und gegen eine Bandspannung rotierende Spannrad eine vom

16

Umreifungsband auf das Spannrad einwirkende Gegenkraft genutzt wird, um den Anpressdruck des Spannrads in Richtung auf die Spannplatte zu erhöhen.

3. Mobile Umreifungsvorrichtung nach zumindest einem der vorhergehenden Ansprüche, gekennzeichnet durch eine Erhöhung des Anpressdrucks, die
5    zumindest im wesentlichen proportional zur jeweils momentanen Bandspannung erfolgt.

4. Mobile Umreifungsvorrichtung nach zumindest einem der vorhergehenden Ansprüche, gekennzeichnet durch nur einen Motor, mit dessen Antriebsbewegungen in identischen Drehrichtungen das Spannrad zum
10   Spannen des Umreifungsbands sowohl in Rotation versetzbar ist als auch die Wippe mit dem darauf angeordneten Spannrad um die Wippenachse schwenkbar ist, insbesondere derart, um mit dieser Schwenkbewegung das Spannrad von der Spannplatte wegzuschwenken.

5. Mobile Umreifungsvorrichtung nach dem Oberbegriff von Anspruch 1,
15   gekennzeichnet durch Mittel zum bandspannungsabhängigen variablen Anpressen des Spannrads auf das Umreifungsband.

6. Mobile Umreifungsvorrichtung nach Anspruch 5, dadurch gekennzeichnet, dass das bandspannungsabhängige variable Anpressen des Spannrads auf das Umreifungsband aufgrund einer motorischen Antriebsbewegung erfolgt.

20   7. Mobile Umreifungsvorrichtung nach Anspruch 6, dadurch gekennzeichnet, dass das bandspannungsabhängige variable Anpressen mit der gleichen motorischen Antriebsbewegung erfolgt, mit der auch das Spannrad rotativ angetrieben wird.

Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile

1/3



Fig. 1

Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile

2/3



Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile

3/3





**WIPO**

WORLD
INTELLECTUAL PROPERTY
ORGANIZATION

# DOCUMENT MADE AVAILABLE UNDER THE
# PATENT COOPERATION TREATY (PCT)

International application number:          **PCT/IB2013/002116**

International filing date:                **24 September 2013 (24.09.2013)**

Document type:                            **Certified copy of priority document**

Document details:          Country/Office:      **CH**
                           Number:              **01724/12**
                           Filing date:         **24 September 2012 (24.09.2012)**

Date of receipt at the International Bureau:   **09 May 2014 (09.05.2014)**

Remark:    Priority document submitted or transmitted to the International Bureau in compliance with Rule
17.1(a),(b) or (b-*bis*)

34, chemin des Colombettes
1211 Geneva 20, Switzerland
www.wipo.int



morningtrans.com

# TRANSLATION CERTIFICATION

Date: June 6, 2024

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- German (Germany), French (France), Italian (Italy)

To:

- English (USA), English (USA), English (USA)

The documents are designated as:
- September 24 2012 Swiss Filings

Oscar Ojeda, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Oscar Ojeda

JB13 / 2116



Swiss Confederation                                    **Federal Institute of Intellectual Property**

**Certification**

The attached files correspond to the original technical documents of the patent application designated on the next page for Switzerland and Liechtenstein. Switzerland and the Principality of Liechtenstein form a single territory of protection. Therefore, protection can only be applied for jointly for both countries.

Bern, **May 2, 2014**

Administration Patente                                    [seal:]

                                                         Swiss Federal Institute of Intellectual
                                                         Property
[signed]
Jean-Claude Cristiani

[illegible stamp]

**Certificate of Filing of Patent Application No. 01724/12 (Art. 46b (1) of the Swiss Patent Regulation [*Patentverordnung – PatV*])**

The Swiss Federal Institute of Intellectual Property hereby certifies receipt of the Swiss patent application specified below.

Title:
Strapping device with a tensioning wheel arranged on a pivotable rocker.

Patent Applicant:
ILLINOIS TOOL WORKS INC.
3600 West Lake Avenue
Glenview, Illinois 60026
United States of America

Attorneys at Law:
Patentanwälte Klein & Klein
Grienbachstrasse 17
6300 Zug
[Switzerland]

Filing date: 09/24/2012

Expected classes: B65B

[stamp:] **Unchangeable copy**

[stamp:] **1 7 2 4 / 1 2**

### Strapping device with a tensioning wheel arranged on a pivotable rocker

The invention relates to a mobile strapping device for strapping packaged goods with a strapping band, which has a tensioning device for applying a strap tension to a loop of a strapping band, the tensioning device being provided with a tensioning wheel which can be driven in rotation by a motor about a tensioning axis and is intended for engaging in the strapping band, and the tensioning wheel being arranged on a rocker which can be pivoted by a motor about a rocker axis, in order to pivot the tensioning wheel towards or away from a tensioning plate, and a welding device for producing a welded joint, in particular a friction welded joint, on two superimposed regions of the loop of the strapping band by means of a welding element which is provided for locally heating the strapping band and is provided with a rechargeable energy store for storing electrical energy which can be released as drive energy for motorized drive movements at least for the welding device for producing a welded joint.

Such mobile strapping devices are used for strapping packaged goods with a plastic strap. For this purpose, a loop of the respective plastic strap is placed around the packaged goods. The plastic strap is usually drawn from a supply roll. When the loop is completely wrapped around the packaged goods, the end portion of the strap overlaps with a portion of the strap loop. The strapping device is then applied to this two-layer portion of the strap, the strap is clamped in the strapping device, a strap tension is applied to the strap loop by means of the tensioning device, and a seal is created by friction welding the loop between the two layers of strap. This is done by pressing the strap in the area of the two ends of the strap loop with an oscillating friction shoe. The pressure and heat generated by the motion causes the strap, which is usually made of plastic, to melt

locally for a short period of time. This creates a permanent bond between the two layers of strap that can only be broken with great force. The loop is then separated from the supply roll. The packaged goods are strapped.

Generic strapping devices are intended for mobile use, where the tools are carried by a user to the point of use and should not be dependent on the use of external power. The energy required for the intended use of such strapping tools to tension a strapping band around any packaged goods and to create a seal is usually provided by an electric battery or compressed air in the case of previously known strapping tools. This energy is used to generate the strap tension applied to the strap by the tensioning device and to create a seal on the strapping band. Generic strapping devices are also designed to join only weldable plastic straps.

For mobile tools, light weight is particularly important to minimize the physical strain on the strapping operator when using the device. For ergonomic reasons, the weight should also be distributed as evenly as possible over the entire strapping device, in particular to avoid concentrating the weight in the head area of the strapping device. Such a concentration leads to unfavorable handling characteristics of the device. In addition, the aim is always to make the handling of the strapping tool as ergonomic and user-friendly as possible. In particular, the possibility of operating errors and malfunctions should be minimized.

With generic strapping devices, another aspect of functional reliability is to ensure that there is little or no slippage between the tensioning wheel and the tensioning wheel, even at higher strap tensions. On the one hand, slippage can prevent the strap from reaching the desired strap tension levels. Slippage can also cause the tensioning process, and therefore the entire strapping process, to take longer. Slippage also leads to a reduction in the number of straps that can be strapped with one battery charge, due to the longer operating time of the respective strapping tool per strapping cycle, and thus the amount of energy required for each strapping cycle. Ultimately, slippage also means that the required strap tension level may not be achieved and the strap may not be sufficiently

tensioned, which can be a safety hazard. In order to avoid or at least reduce slippage, the tensioning wheel is usually toothed and pressed against the tensioning plate with a pressure force. In known solutions, the pressure force can be provided by a spring that presses the rocker with the tensioning wheel arranged thereon against the strap and the tensioning plate underneath. However, this solution is particularly unsatisfactory when higher strap tensions are to be generated, since—as has been shown—slippage during the tensioning process cannot be prevented with sufficient reliability.

The invention is therefore based on the task of creating a generic mobile strapping tool of the type mentioned at the beginning with high functional reliability, with which strapping can be carried out with as little slippage as possible.

In a mobile strapping device of the type mentioned at the beginning, this task is solved according to the invention in that, at least temporarily during the transmission of the motorized drive movement to the tensioning wheel, preferably as long as the tensioning wheel is in engagement with the strap, the motorized drive movement is also used to increase a contact pressure of the tensioning wheel in the direction of the tensioning plate by means of a pivoting movement of the rocker driven by the motor. Thus, the invention provides a variable pressure of the tensioning wheel on the strapping band depending on the strap tension.

The invention thus utilizes the strap tension created by the tensioning process to advantageously also increase the pressure of the tensioning wheel on the strap as the strap tension steadily increases, thereby counteracting the risk of the tensioning wheel "sliding through" or slipping during the tensioning process, which itself also increases as the strap tension increases. As the strap tension increases, the contact pressure of the tensioning wheel on the strap and the tensioning plate also increases.

In a particularly preferred embodiment of the invention, which also has independent significance, motorized drive movements with identical directions of rotation of the only one motor can also be used to lift the rocker in addition to driving the tensioning wheel

when tensioning the strapping band. In addition, the same drive movement can also be used to apply variable pressure to the tensioning wheel on the strap to be tensioned, depending on the tension of the strap. The dependency is designed so that the contact pressure exerted by the tensioning wheel on the strap increases as the strap tension increases. Since the risk of slippage between the tensioning wheel and the strap increases with increasing strap tension, the risk of slippage can be counteracted by increasing the contact pressure. It is particularly desirable to use the same direction of motor rotation as for tensioning. The motorized drive movement when tensioning the strap can preferably be used in such a way that during the tensioning process of the strapping band, a counterforce acting on the tensioning wheel from the strapping band is used by means of the tensioning wheel engaging in the strapping band and rotating against a strap tension in order to increase the contact pressure of the tensioning wheel in the direction of the tensioning plate.

Other preferred embodiments of the invention are set forth in the claims, description, and drawings.

The invention will be more fully explained by reference to the purely schematic embodiments shown in the figures:

Fig. 1          A strapping device according to the invention in perspective view;

Fig. 2          The tensioning device and the welding device of the strapping device of Fig. 1 together with the motor;

Fig. 3          An exploded view of the tensioning device of Fig. 2.

The strapping tool 1 according to the invention shown in Figs. 1 and 2, which is exclusively manually operated, has a housing 2 which surrounds the strapping tool mechanism and on which a handle 3 for handling the device is formed. The strapping tool is also provided with a base plate 4, the underside of which is intended for positioning on an object to be

packaged. All functional units of the strapping tool 1 are attached to the base plate 4 and to the carrier of the strapping tool, which is not shown in detail and is connected to the base plate.

The strapping tool 1 can be used to tension a loop of plastic strap B (not shown in detail in Fig. 1, for example made of polypropylene (PP) or polyester (PET)), which has previously been placed around the object to be packaged, by means of a tensioning device 6 of the strapping tool. For this purpose, the tensioning device has a tensioning wheel 7 with which the strap B can be gripped for a tensioning operation. The tensioning wheel 7 is arranged on a pivoting rocker 8 which can be pivoted about a rocker pivot axis 8a. The tensioning wheel 7, which is arranged with its axis of rotation at a distance from the rocker pivot axis 8a, can be transferred from an end position at a distance from a preferably curved tensioning plate 9 attached to the base plate 4 into a second end position in which the tensioning wheel 7 is pressed against the tensioning plate 9 by a pivoting movement of the rocker 8 about the rocker pivot axis 8a. By means of a corresponding motorized drive movement in the opposite direction of rotation, the tensioning wheel 7 can be removed from the tensioning plate 9 and pivoted back into its initial position, whereby the strap located between the tensioning wheel 7 and the tensioning plate 9 is released for removal.

When the tensioning device is in use, one layer of the strapping band is located between the tensioning wheel 7 and the tensioning plate and is pressed against the tensioning plate by the tensioning wheel 7. By rotating the tensioning wheel 7, the strap loop can then be provided with a sufficiently high strap tension for the packaging purpose. The tensioning process and the advantageously designed tensioning device and rocker 8 are explained in more detail below.

Subsequently, at a point on the strap loop where two layers of strap lie on top of each other, the two layers can be welded together in a manner known per se by means of the friction welding device 12 of the strapping tool. The strap loop can thus be permanently sealed. For this purpose, the friction welding device 12 is provided with a welding shoe

13, which is only shown in a highly schematized form and which is transferred by means of a transfer device 14 from a rest position at a distance from the strap into a welding position in which the welding shoe is pressed against the strap. The welding shoe, pressed against the strapping band by mechanical pressure and the simultaneous oscillating movement of the welding shoe at a predetermined frequency, melts the two layers of the strapping band. The locally plasticized or melted portions of strap B flow into each other and after the strap has cooled, a joint is formed between the two layers of strap. If necessary, the strap loop can then be cut from a supply roll of strap by means of a cutting device of the strapping tool 1, which is not shown in detail.

The feed of the tensioning wheel 7 in the direction of the tensioning plate, the rotary drive of the tensioning wheel 7 about the tensioning axis, the lifting of the tensioning wheel from the tensioning plate, the feed of the friction welding device 12 by means of the transfer device 14 of the friction welding device 12 as well as the use of the friction welding device 12 itself and the actuation of the cutting device are carried out by only one common electric motor M, which provides a drive movement for each of these components of the strapping tool. A replaceable battery 15, which can be removed in particular for recharging, is arranged on the strapping tool to supply the motor M with power. No other external auxiliary energy, such as compressed air or other electricity, is supplied to the strapping tool as shown in Figs. 1 and 2.

As shown in Fig. 2, the strapping tool according to the invention is designed to receive the drive movement of the motor for either the tensioning device or the friction welding device at two points on the drive axis of the motor. For this purpose, the motor M can be operated in both directions of rotation. The transmission of the drive movement to the tensioning device 6 or to the friction welding device 12 is automatically changed by a freewheel arranged on the drive shaft of the motor M, depending on the direction of rotation of the drive shaft. In one direction of rotation of the drive shaft, the drive movement is transmitted to the tensioning device 6. Due to the freewheeling, the friction welding device 12 does not experience any drive movement. In the other direction of rotation, the tensioning device 6 has no drive movement and the friction welding device

12 is driven. No manual switching operations are required to change the direction of transmission of the motorized drive movement. Freewheels of this type are already known in connection with strapping devices, which is why they will not be discussed in more detail here.

As also shown in Fig. 2, the motorized transmission of the drive movement to the friction welding device 12 is effected by means of a toothed belt drive 17 with an annularly closed toothed belt 17 which is guided over two gear wheels. One of the two gear wheels is arranged on the drive shaft of the electric motor M, the other is part of a gear of the friction welding device 12, with which the motorized drive movement moves both the transfer device 14 and the welding shoe 13 of the friction welding device 12. The welding shoe, which is pressed onto two superimposed layers of the strapping band, can thus be set into an oscillating movement with a predetermined frequency and amplitude, with which the two layers of the strap are locally melted in the region of the welding shoe and welded together by the subsequent cooling.

On the drive shaft of the motor, behind the toothed belt drive 17 as seen from the motor M, there is a bevel gear 19 which is also part of a bevel gear mechanism of the tensioning device, as is a second bevel gear 20 with which it meshes. On the same shaft on which the second bevel gear 20 is arranged, there is also a first gear wheel 21 of a further toothed belt drive 22, which is also guided by a second gear wheel 23. The second gear wheel 23 of the toothed belt drive 22 is arranged on one end of a shaft 24, on which a first spur gear wheel 25 is also arranged. Both the second gear wheel 23 and the spur gear 25 are disposed on the shaft 24 so as to be non-rotatable.

The rocker 8 of the strapping tool is pushed onto the other end of the shaft 24, which is part of the tensioning device 6 and carries the tensioning wheel 7 and a gear mechanism, in this case a planetary gearing 26, which is connected upstream of the tensioning wheel 7, for which purpose suitable bearing points can be provided on the rocker 8. The rocker 8 is pushed onto the shaft 24 in such a way that it is arranged and mounted so that it can

pivot about the longitudinal axis of the shaft 8. The longitudinal axis of the shaft is therefore also the rocker axis 8a about which the rocker 8 can pivot.

The first spur gear 25 is in engagement with an external toothing of an input-side second spur gear 27 of the planetary gearing 26, which is designed in particular as a multi-stage planetary gearing. In addition to its toothing, the input-side spur gear 27 has an annular shoulder 27a which is provided as a clamping surface 27b for a first actuable clamp 29. In the embodiment, the first clamp is designed as a pivoting cam which can be brought into contact with the clamping surface 27b or can be pivoted away from it at a distance. The cam is arranged such that when the cam comes into contact with the clamping surface 27b, the clamping effect is further increased by rotating the input-side spur gear 27 in the direction of rotation provided for the spur gear 27. By moving the cam toward the clamping surface 27b due to a corresponding switching operation, the spur gear 27 can be locked against rotation. The cam 29 can also be removed from the clamping surface 27b by a switching operation, thus releasing the spur gear 27 for rotational movements.

An externally toothed sun gear 30, whose axis of rotation is identical to that of the input-side spur gear, projects from an end face of the spur gear 27 facing the tensioning wheel 7. The sun gear 30 is disposed in the region of the axis of rotation 31 of a ring gear 32, the non-toothed outer surface 32a of which is associated with a second clamp 33. The clamp 33, which cooperates with the outer surface 32a, can in principle be designed in the same way as the first clamp 29 as a switchable cam which can be moved between two end positions, the ring gear 32 being blocked against rotation in one position and being released for rotational movements in the other position. Furthermore, an internal toothing of the ring gear 32 is in engagement with three planet gears 34 which are mounted on the end face of the following planet carrier 35 facing the ring gear 32. The planet gears 34 of the planet carrier 35 are also in engagement with the sun gear 30 of the input-side spur gear 27, which projects into the ring gear 32.

On the other end face of the planet carrier 35 facing the tensioning wheel 7, a further sun gear 36 is arranged non-rotatably therewith, which is passed through a recess in the further planet carrier 37 designed as a ring gear. The sun gear 36 meshes with the planet gears 38 of the other planet carrier 37 facing the tensioning wheel. The planet gears 38 of the second planet carrier 37 in turn mesh with an internal toothing of the tensioning wheel 7 and drive it perform a rotational movement. This rotational movement of the tensioning wheel 7, which is provided with a fine toothing on its outer circumferential surface, is used to grip the strap B with the circumferential surface and pull back the strap of the strap loop, thereby increasing a strap tension in the strap loop.

The second planet carrier 37 has a shoulder 37a on its outer surface which can be brought into contact with a stop element 39 by a rotational movement. The stop element 39 itself is not fixed to the rocker, but to the base plate 4 or another support which does not participate in the pivoting movement of the rocker 8.

When used for strapping packaged goods, the strapping tool 1 behaves as follows: After a strap loop with a commercially available plastic strapping band has been placed around the respective package, the strap loop is inserted into the strapping tool in the region of the strap end, in which the strap loop is double-layered in sections, and the strap end is held in the strapping tool with a strap clamp, which is not shown in detail. A section of the strap B immediately adjacent to the strap loop is placed over the tensioning plate 9 of the tensioning device 6. The rocker 8 with the tensioning wheel 7 and the upstream gear mechanism is in its upper end position, in which the tensioning wheel 7 is arranged at a distance (at its largest intended distance) from the tensioning plate 9, resulting in the largest possible opening gap, which allows the strap to be inserted into the tensioning device easily, comfortably, and therefore also quickly. The rocker is then lowered onto the tensioning plate 9 and pressed against the strap located between the tensioning plate 9 and the tensioning wheel 7. In the described embodiment of the invention, both this transfer movement of the tensioning wheel and the amount of contact pressure exerted by the tensioning wheel on the strap at the beginning of the tensioning process can be generated by one or more pre-stressed spring elements (not shown). By pressing a button

10, the spring element can be released and the entire strapping process with its successively executed process steps "tensioning," "sealing," "cutting," and "lifting the rocker" can be initiated, for which preferably no further intervention of the operator of the strapping tool is required.

After the tensioning wheel has automatically moved from the open position to its tensioning position (see arrow 40 in Fig. 2), in which it rests on the strap B and presses via the strap onto the tensioning plate 9, the motorized drive movement is transferred to the tensioning wheel 7. Preferably, this is done automatically after the tensioning wheel 7 has reached its tensioning position. For this purpose, the second clamp 33 is transferred to its position in which it presses against the ring gear 32. The ring gear 32 is thus locked and prevented from performing rotational movements. The first clamp 29, on the other hand, is still positioned at a distance from the input-side spur gear 27 and releases the spur gear 27 for rotational movements. The motorized drive movement, which is transmitted via the bevel gear to the second toothed belt drive 22 and thus to the first spur gear 25 due to the intended specific direction of rotation of the motor M, is transmitted from here to the tensioning wheel 7 via the input-side spur gear 27, the sun gear 30, the planet gears 34, the sun gear 36 and the planet gears 38 in the sequence of the gear members mentioned. The tensioning wheel 7 can be driven in the predetermined direction of rotation by the multi-stage planetary gearing, among other things, with a greatly reduced rotational movement of the motor.

In the "tensioning" operating state of the strapping tool described above, the driven tensioning wheel 7, which is in engagement with the strap, generates a corresponding counterforce acting in the opposite direction on the tensioning wheel 7, depending on the resistance force resulting from the strap tension. This counterforce acts in the opposite transmission direction to the motorized drive movement on all the gear members of the multi-stage planetary gearing involved in the transmission of the driving movement. Therefore, in order to use this counterforce for the purpose described below, it would be possible to use any of these gear members for this purpose. In the embodiment, the planet carrier 37 is used for this purpose. The planet carrier 37 is supported on the base

plate 4 via the stop element 39, whereby the entire tensioning device 6 is pressed onto the strap around the rocker axis in proportion to the resistance force (strap tension). The tensioning wheel 7 is thus pressed onto the strap in proportion to the strap tension. As the strap tension steadily increases, the strap tension generated by the tensioning process is used to advantageously increase the pressure force of the tensioning wheel 7 on the strap B, thereby counteracting the risk of the tensioning wheel 7 "sliding through" or slipping during the tensioning process, which also increases as the strap tension increases.

After completion of the tensioning process and the subsequent welding process to form the seal, as well as a motorized cutting process by means of a cutting device integrated in the strapping device, which is not shown in detail, it should be possible to remove the strap from the strapping device quickly and without complications. For this purpose, a motorized lifting movement of the tensioning wheel 7 from the tensioning position is provided. This operation, too, should preferably be carried out automatically, without any additional triggering by the operator of the strapping tool. The control system of the strapping tool 1 therefore provides for the rocker 8 and thus the tensioning wheel 7 to be lifted from the strap B by a pivoting movement about the rocker axis 8a as soon as a predetermined or predeterminable strap tension has been reached and a sufficient distance has been created between the tensioning plate 9 and the tensioning wheel 7.

In the embodiment, the active connection between the electric motor M and the tensioning wheel 7 is first released and an active connection is established between the electric motor M and the rocker 8. This is done by switching the clamps 29, 33. The first clamp 29 is lowered onto the clamping surface 27b of the spur gear 27 and is brought into clamping contact with it. As a result, the input-side spur gear 27 is fixed on its shaft and locked against rotational movement, which is not shown in detail and on which the entire planetary gearing is located. In addition, the previously existing clamping of the ring gear 32 is released by removing the second clamp 33 from the ring gear 32, thus releasing the ring gear 32 for rotational movements. The tensioning wheel 7 can thus rotate freely and no longer has an active connection to the electric motor M, which could transmit a drive

movement. Due to the locking of the input-side spur gear 27 of the planetary gearing, a drive movement of the electric motor M with the same direction of rotation as during the tensioning process is now used, so that the first spur gear 25 entrains the input-side spur gear 27 during its rotary movement without a change in the point of engagement of the toothing of the two spur gears 25, 27 occurring. The input-side spur gear 27 thus performs a rotary movement about the axis of the first spur gear 25, which corresponds to the rocker axis 8a. The input-side spur gear 27, which is also non-rotatably connected to the rocker 8 by the clamping, takes the rocker 8 with it during this movement. As a result, the rocker 8 and the tensioning device 6 attached to it are lifted. The rotary movement of the rocker can be limited by a stop or an end position sensor, which stops the motor M after reaching an end position in the open position of the rocker 8 and triggers a locking of the rocker. The motorized lifting movement of the rocker against the direction of action of the spring element also provides the spring element with an increased pretensioning force. The strapping band can now be removed from the strapping tool 1. The strapping tool is now ready for a subsequent new strapping operation, which can be carried out in the same way as the strapping operation described above.

**List of Reference Signs**

| | | | |
|---|---|---|---|
| 1 | Strapping Device | 27b | Clamping Surface |
| 2 | Housing | 29 | First Clamp |
| 3 | Handle | 30 | Sun Gear |
| 4 | Base Plate | 31 | Axis of Rotation Gearing |
| 6 | Tensioning Device | | and Tensioning Wheel |
| 7 | Tensioning Wheel | 32 | Ring Gear |
| 8 | Rocker | 32a | Outer Surface |
| 8a | Rocker Pivot Axis | 33 | Second Clamp |
| 9 | Tensioning Plate | 34 | Planet Gear |
| 10 | Button | 35 | Planet Carrier |
| 12 | Friction Welding Device | 36 | Sun Gear |
| 13 | Welding Shoe | 37 | Planet Carrier |
| 14 | Transfer Device | 37a | Shoulder |
| 15 | Battery | 38 | Planet Gear |
| 17 | Toothed Belt Drive | 39 | Stop Element |
| 18 | Toothed Belt | 40 | Arrow |
| 19 | Bevel Gear | | |
| 20 | Bevel Gear | B | Strap |
| 21 | Gear wheel | M | Motor |
| 22 | Toothed Belt Drive | | |
| 23 | Gear wheel | | |
| 24 | Shaft | | |
| 25 | First Spur Gear | | |
| 26 | Gearing | | |
| 27 | Spur Gear | | |
| 27a | Shoulder | | |

14

**Claims**

1. A mobile strapping device for strapping packaged goods with a strapping band, comprising

   a tensioning device for applying a strap tension to a loop of a strapping band, the tensioning device being provided with a tensioning wheel which can be driven in rotation by a motor about a tensioning axis and is intended for engaging in the strapping band, and the tensioning wheel being arranged on a rocker which can be pivoted by a motor about a rocker axis in order to pivot the tensioning wheel towards or away from a tensioning plate,

   and

   a welding device for producing a welded joint, in particular a friction welded joint, on two superimposed regions of the loop of the strapping band by means of a welding element which is provided for locally heating the strapping band,

   and

   having a rechargeable energy store for storing electrical energy which can be released as drive energy for motorized drive movements at least for the friction welding device for producing a friction welded joint and for motorized rotational movement of the tensioning wheel,

   **characterized in that,** at least temporarily during the transmission of the motorized drive movement to the tensioning wheel, the motorized drive movement is also used to increase a contact pressure of the tensioning wheel in the direction of the tensioning plate by means of a motorized pivoting movement of the rocker in the direction of the tensioning plate.

2. Mobile strapping device according to claim 1, characterized in that the motorized drive movement is used in such a way that, during the tensioning process of the strapping band, a counterforce acting on the tensioning wheel from the strapping band is utilized, by means of the tensioning wheel engaging in the strapping band and rotating against a strap tension, in order to increase the contact pressure of the tensioning wheel in the direction of the tensioning plate.

3.    Mobile strapping device according to at least one of the preceding claims, characterized by an increase in the contact pressure which is at least substantially proportional to the respective instantaneous strap tension.

4.    Mobile strapping device according to at least one of the preceding claims, characterized by only one motor, by means of the drive movements of which, in identical directions of rotation, the tensioning wheel for tensioning the strapping band can be set in rotation and the rocker with the tensioning wheel arranged thereon can be pivoted about the rocker axis, in particular in such a way that the tensioning wheel can be pivoted away from the tensioning plate with this pivoting movement.

5.    Mobile strapping device according to the pre-characterizing portion of claim 1, characterized by means for variably pressing the tensioning wheel onto the strapping band depending on the strap tension.

6.    Mobile strapping device according to claim 5, characterized in that the variable pressing of the tensioning wheel onto the strapping band depending on the strap tension is effected by a motorized drive movement.

7.    Mobile strapping device according to claim 6, characterized in that the variable pressing depending on the strap tension is effected by the same motorized drive movement with which the tensioning wheel is also driven in rotation.

[stamp:] **Unchangeable copy**          1/3



Fig. 1

[stamp:] **Unchangeable copy**        2/3



[stamp:] **Unchangeable copy**          3/3



**Legend (from the top, clockwise)**
Tensioning
M
[illegible]
Spur Gear
Ring Gear
Planet Carrier
Sun Gear
Planet Carrier
[illegible]
Tensioning Wheel
[illegible]
Rocker
Releasing Tension
Switching
Spur Gear



**WIPO**
WORLD
INTELLECTUAL PROPERTY
ORGANIZATION

# DOCUMENT MADE AVAILABLE UNDER THE PATENT COOPERATION TREATY (PCT)

International application number: **PCT/IB2013/002116**

International filing date: **24 September 2013 (24.09.2013)**

Document type: **Certified copy of priority document**

Document details:  Country/Office: **CH**
Number: **01724/12**
Filing date: **24 September 2012 (24.09.2012)**

Date of receipt at the International Bureau: **09 May 2014 (09.05.2014)**

Remark: Priority document submitted or transmitted to the International Bureau in compliance with Rule 17.1(a),(b) or *(b-bis)*

34, chemin des Colombettes
1211 Geneva 20, Switzerland

# www.wipo.int