# EXHIBIT 4

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Eidgenössisches Institut für Geistiges Eigentum
Institut Fédéral de la Propriété Intellectuelle
Istituto Federale della Proprietà Intellettuale
Institut Federal da Proprietad Intellectuala

**PCT/CH 2014 / 000059**

## Bescheinigung

Die beiliegenden Akten stimmen mit den ursprünglichen technischen Unterlagen der auf der nächsten Seite bezeichneten Patentanmeldung für die Schweiz und Liechtenstein überein. Die Schweiz und das Fürstentum Liechtenstein bilden ein einheitliches Schutzgebiet. Der Schutz kann deshalb nur für beide Länder gemeinsam beantragt werden.

## Attestation

Les documents ci-joints sont conformes aux pièces techniques originales de la demande de brevet pour la Suisse et le Liechtenstein spécifiée à la page suivante. La Suisse et la Principauté de Liechtenstein constituent un territoire unitaire de protection. La protection ne peut donc être revendiquée que pour l'ensemble des deux Etats.

## Attestazione

I documenti allegati sono conformi agli atti tecnici originali della domanda di brevetto per la Svizzera e il Liechtenstein specificata nella pagina seguente. La Svizzera e il Principato di Liechtenstein formano un unico territorio di protezione. La protezione può dunque essere rivendicata solamente per l'insieme dei due Stati.

Bern,       **05. Mai 2014**

Administration Patente
Administration des brevets
Amministrazione dei brevetti

Cristiani, Jean-Claude

**Hinterlegungsbescheinigung zu Patentanmeldung Nr. 00911/13 (Art. 46b Abs.1 PatV)**

Das Eidgenössische Institut für Geistiges Eigentum bescheinigt den Eingang der unten näher bezeichneten schweizerischen Patentanmeldung.

Titel:
Mobile Umreifungsvorrichtung mit einem Anzeigemittel.

Patentbewerber:
ILLINOIS TOOL WORKS INC.
3600 West Lake Avenue Glenview
Illinois 60026
US-Vereinigte Staaten v. Amerika

Vertreter:
Patentanwälte Klein & Klein
Grienbachstrasse 17
6300 Zug

Anmeldedatum: 05.05.2013

Voraussichtliche Klassen: B65B

**Unveränderliches Exemplar**
**Exemplaire invariable**
**Esemplare immutabile**

1

## Mobile Umreifungsvorrichtung mit einem Anzeigemittel

5   Die Erfindung betrifft eine Mobile Umreifungsvorrichtung zur Umreifung von Packgut mit einem Umreifungsband, die eine Spanneinrichtung zur Aufbringung einer Bandspannung auf eine Schlaufe eines Umreifungsbandes aufweist, sowie eine Schweisseinrichtung zur Erzeugung einer Schweissverbindung, insbesondere eine Reibschweiß- oder Vibrationsschweissverbindung, an zwei übereinander liegenden Bereichen der Schlaufe des Umreifungsbandes, die einen aufladbaren

10  Energiespeicher zur Speicherung von elektrischer Energie hat, wobei die elektrische Energie als Antriebsenergie für motorische Antriebsbewegungen der Umreifungsvorrichtung vorgesehen ist, und einem Gehäuse mit einem vorderen Abdeckungsteil für die Spanneinrichtung sowie einem hinteren Gehäuseteil, das vorzugsweise zur Aufnahme des Energiespeichers vorgesehen ist, sowie einem

15  Handgriff zum Halten der Umreifungsvorrichtung, der zwischen dem vorderen und dem hinteren Gehäuseteil angeordent ist

Derartige Umreifungsvorrichtungen weisen eine Spanneinrichtung auf, mit der auf eine um das jeweilige Packgut gelegte Bandschlaufe eine ausreichend grosse

20  Bandspannung aufgebracht werden kann. Mittels vorzugsweise einer Klemmeinrichtung der Umreifungsvorrichtung kann dann die Bandschlaufe für den nachfolgenden Verbindungsvorgang am Packgut fixiert werden. Der Verbindungsvorgang wird bei gattungsgemässen Umreifungsvorrichtungen mittels einer Vibrationsschweisseinrichtung vorgenommen, insbesondere einer

25  Reibschweisseinrichtung. Hierbei wird mit einem sich oszillierend bewegenden Reibschuh im Bereich zweier Enden der Bandschlaufe auf das Band gedrückt. Der Druck und die durch die oszillierende Bewegung von Abschnitten der beiden Bandabschnitte entstehende Wärme schmilzt das in der Regel Kunststoff aufweisende Band lokal für kurze Zeit auf. Hierdurch entsteht zwischen den beiden

30  Bandlagen eine dauerhafte und höchstens mit grosser Kraft wieder zu lösende Verbindung zwischen den beiden Bandlagen.

Gattungsgemäße Umreifungsvorrichtungen sind für den mobilen Einsatz vorgesehen, bei dem die Geräte von einem Benutzer zum jeweiligen Einsatzort mitgeführt und in

2

der Regel dort nicht auf den Einsatz von extern zugeführter Versorgungsenergie angewiesen sein sollten. Die für den vorgesehenen Einsatz solcher Umreifungsgeräte erforderliche Energie zum Spannen eines Umreifungsbandes um beliebiges Packgut und zur Verschlusserzeugung wird bei vorbekannten Umreifungsgeräten in der Regel durch einen elektrischen Akkumulator oder durch Druckluft zur Verfügung gestellt. Mit dieser Energie wird die mittels der Spanneinrichtung auf das Band eingebrachte Bandspannung und ein Verschluss am Umreifungsband erzeugt. Gattungsgemässe und damit auch erfindungsgemässe Umreifungsvorrichtungen sind zudem dazu vorgesehen, ausschliesslich verschweissbare Kunststoffbänder miteinander zu verbinden.

Bei mobilen Geräten ist ein geringes Gewicht von besonderer Bedeutung, um die Benutzer der Umreifungsvorrichtung beim Einsatz der Vorrichtung körperlich möglichst wenig zu belasten. Ebenso sollte aus ergonomischen Gründen eine möglichst gleichmäßige Verteilung des Gewichts auf die gesamte Umreifungsvorrichtung vorgesehen sein, insbesondere um eine Konzentration des Gewichts im Kopfbereich der Umreifungsvorrichtung zu vermeiden. Eine solche Konzentration führt zu ungünstigen Handhabungseigenschaften der Vorrichtung. Zudem wird stets eine möglichst ergonomische und bedienfreundliche Handhabung des Umreifungsgeräts angestrebt. Insbesondere sollte die Möglichkeit von Fehlbedienungen und Fehlfunktionen möglichst gering sein und Informationen über den Betriebszustand für den Benutzer des Umreifungsgeräts ersichtlich sein.

Um diesen Anforderungen gerecht zu werden, ist es bisher weitgehend üblich, mobile Umreifungsgeräte mit einem Handgriff zu versehen, an dem das Umreifungsgerät getragen und insbesondere während der Umreifungsvorgänge bedient werden kann. Dabei sind Ausgestaltungen üblich, bei denen der Handgriff zwischen einem vorderen und einem hinteren Ende des Umreifungsgeräts angeordnet ist, wobei sich am vorderen Ende zumindest ein oder mehrere Funktionseinheiten des Umreifungsgeräts befinden, wie die Spanneinrichtung zur Aufbringung einer Bandspannung, die Verschlusseinrichtung zum Verbinden der Bandenden und die Trenneinrichtung zur Abtrennung der Umreifung von einem Bandvorrat. Am vorderen Gehäusebereich, der diese Funktionseinheiten ganz oder teilweise abdeckt, sind in der Regel auch Bedien-

3

und Anzeigeelemente der Umreifungsvorrichtung angebracht, die meistens als Tasten, gegebenenfalls als Folientasten, und als LED-Anzeigen, ausgebildet sind.

5   Im Bereich des anderen Endes des Handgriffs, also am hinteren Ende des Umreifungsgeräts, befindet sich bei vielen vorbekannten Umreifungsgeräten eine Aufnahme für einen Akkumulator. Obwohl sich mit dieser Ausgestaltung von mobilen Umreifungsgeräten bereits gute Handhabungseigenschaften erzielen lassen und die Geräte eine akzeptable ausgeglichene Gewichtsverteilung aufweisen, können sie, insbesondere hinsichtlich von ergonomischen Gesichtspunkten nicht vollständig
10   zufrieden stellen.

Diese Anordnung hat jedoch den Nachteil, dass man aufgrund der im vorderen Gehäusebereich der Umreifungsvorrichtung angeordneten umfangreichen und platzbenötigenden Mechanik bei der Auswahl der Stelle, an der die Bedientasten und
15   Anzeigemittel sowie die dazugeörende Elektronik und Verkabelung angeordnet werden können erheblich eingeschränkt ist. Eine Einschränkung besteht insbesondere dahingehend, dass nicht unbedingt die ergonomisch beste Position möglich ist, zumindest nicht dann, wenn das Gehäuse für zusätzlichen Platz für diese Elemente nicht deutlich vergrössert wird.
20

Der Erfindung liegt deshalb die Aufgabe zugrunde, ein gattungsgemässes Umreifungsgerät mit verbesserten ergonomischen Eigenschaften bereitzustellen.

Diese Aufgabe wird bei einer mobilen Umreifungsvorrichtung der eingangs genannten
25   Art erfindungsgemäss dadurch gelöst, dass ein Anzeigemittel zur Anzeige von Betriebsinformationen der Umreifungsvorrichtung am hinteren Gehäusebereich des Gehäuses der Umreifungsvorrichtung angeordnet ist. Die Anordnung des vorzugsweise nur einen Anzeigemittels für Informationen über Betriebszustände der Umreifungsvorrichtung hat die ergonomischen Vorteile, dass eine oftmals bei
30   derartigen Umreifungsvorrichtungen gegebene Kopflastigkeit verringert werden kann, da die Baugruppe „Anzeigemittel" und deren Gewicht vom vorderen Kopfbereich der Umreifungsvorrichtung in den hinteren Gehäusebereich verlagert wird. Durch die Verlagerung des Anzeigemittels wird das Gewicht des vorderen Bereichs der Umreifungsvorrichtung nicht nur um das Gewicht der Anzeigemittel entlastet, es wird

4

vielmehr sogar Gewicht in den hinteren Bereich der Umreifungsvorrichtung verlagert und damit die Verringerung der Kopflastigkeit verstärkt.

5    Ein weiterer Vorteil ergibt sich daraus, dass sich durch die erfindungsgemässe Massnahme die Gefahr einer Beschädigung der Anzeigemittel erheblich reduziert. Bei einer Anordnung im vorderen Gehäusebereich, wie dies bisher vorgesehen war, besteht die Gefahr, dass die Anzeigemittel und die dazugehörende Elektronik bei einem immer wieder vorkommenden Sturz der mobilen Umreifungsvorrichtunng erheblich beschädigt werden. Durch die Anordnung der Anzeigemittel im hinteren
10   Bereich der Umreifungsvorrichtung, mit dem die Umreifungsvorrichtung aufgrund ihrer üblichen und kaum zu vermeidenden Kopflastigkeit, bei einem Sturz in der Regel nicht zuerst auf dem Boden auftrifft, kann im Vergleich zu herkömmlichen Anordnungen die Gefahr einer Beschädigung der empfindlichen Anzeigemittel deutlich reduziert werden. Bei einem Sturz ist aufgrund des in der Regel sich einstellenden kopfseitigen
15   Auftreffens der Umreifungsvorrichtung auf dem Boden somit die Belastung im hinteren Bereich der Umreifungsvorrichtung deutlich geringer, weshalb sich durch die erfindungsgemässe Massnahme die Gefahr von Beschädigungen der Anzeigemittel erheblich verringert.

20   Zudem läßt sich durch die erfindungsgemässe Anordnung die Montage erfindungsgemässer Umreifungsvorrichtungen vereinfachen, da sowohl das oder die Anzeigemittel einschliesslich der für sie gegebenenfalls erforderliche Elektronik, als auch die Steuerungsplatine der Vorrichtungssteuerung und die Anschlüsse für den Akkumulator in unmittelbarer Nähe zueinander am hinteren Gehäusebereich der
25   Umreifungsvorrichtung angeordnet werden können. Zum einen können diese Bauteile als Baugruppe ausgebildet sein, die mit geringem Aufwand ein- und beim Reparaturfall auch mit ebenfalls wenig Aufwand ausgebaut und ersetzt werden können. Zum anderen kann die bisher erforderliche Verlegung von längeren Kabeln in der Umreifungsvorrichtung zur Verkabelung dieser Bauteile entfallen. Dies reduziert
30   sowohl den konstruktiven Aufwand als auch den Montageaufwand für erfindungsgemässe Umreifungsvorrichtungen. Zudem erleichtert dies auch den Montagevorgang, da im Gegensatz zur Anordnung im vorderen Gehäusbereich im hinteren Gehäusebereich die Anzeigemittel nicht in Konflikt mit der Mechanik der Umreifungsvorrichtung geraten kann. Zudem können die Anzeigemittel im hinteren

5

Gehäusebereich an praktisch jeder beliebigen und ergonomisch sinnvollen Stelle angeordnet werden, da hier auf die Mechanik der Umreifungsvorrichtung in der Regel keine Rücksicht genommen werden muss.

5     Das Anzeigemittel kann sich grundsätzlich an jeder beliebigen Stelle des hinteren Gehäusebereichs und damit hinter dem Handgriff befinden. Es kann insbesondere an einer Seite des hinteren Gehäusebereichs angeordnet sein. Besonders bevorzugt ist jedoch, wenn das Anzeigemittel auf einer Oberseite des hinteren Gehäusebereich angeordnet ist. Damit ist das Anzeigemittel ergonomisch besonders günstig an der
10   Umreifungsvorrichtung angebracht und kann jederzeit, auch während des Einsatzes bei der Erzeugung von Umreifungen um Packgut, durch den Benutzer eingesehen werden. In diesem Zusammenhang kann als Oberseite des hinteren Gehäusebereichs die Oberfläche angesehen werden, die bei einer Draufsicht auf die Umreifungsvorrichtung wahrnehmbar bzw. ablesbar ist. Die Oberfläche kann hierbei
15   eine horizontal ausgerichtet Fläche, eine oder mehrere in Bezug auf eine horizontale Ebene geneigte Flächen oder eine oder mehrere mit einer oder mehreren Krümmungen versehenen Flächen sein.

    Das Anzeigemittel kann in vorteilhafter Weise als kombiniertes Bedien- und
20   Anzeigefeld ausgebildet sein. Dieses kann sich insbesondere über eine bestimmte Fläche des hinteren Gehäusebereichs erstrecken, in dem sowohl die Anzeige von Informationen erfolgt als auch mittels dort angeordneten entsprechenden Eingabemitteln die Eingabe von Einstellungen und/oder die Auslösung bestimmter Vorgänge vorgenommen werden kann. Das Bedien- und Anzeigefeld kann
25   insbesondere in Form eines LCD-Bildschirms in Kombination mit bezüglicher ihrer Position fest vorgegebenen Tasten ausgebildet sein, die vorzugsweise insgesamt innerhalb einer bestimmten Teilfläche des hinteren Gehäusebereichs angeordnet sind. Mit zumindest einer der Tasten kann in einem in dem Anzeigemittel angezeigten Menue navigiert, Eingaben vorgenommen und Funktionen oder Arbeitsschritte der
30   Umreifungsvorrichtung ausgewählt und gegebenenfalls ausgelöst werden.

    In einer von einer Vielzahl von hierzu unterschiedlichen bevorzugten möglichen erfindungsgemässen Lösungen kann das Bedien- und Anzeigefeld auch einen Touchscreen umfassen und insgesamt als solcher ausgebildet sein. Dieses kann sich

6

über eine bestimmte, insbesondere über eine zusammenhängende, Fläche erstrecken auf der unterschiedliche Informationen und unterschiedliche Bedien- und/oder Eingabeelemente zumindest zeitweise anzeigbar sind. Als Bedienelemente können hierbei Flächenelemente des Touchscreens verstanden werden, bei deren Berührung

5   Funktionen der Umreifungsvorrichtung unmittel- oder mittelbar ausgelöst werden. Als Eingabeelemente können Flächenelemente verstanden werden, über die Eingaben, wie beispielsweise Werteeingaben, oder Einstellungen, wie beispielsweise „Ein/Aus" oder „groß/klein" oder jede andere erforderliche Eingabe vorgenommen werden können. Im Zusammenhang mit der Erfindung kann deshalb unter einem Touchscreen

10  eine Ein- und Anzeigeeinrichtung verstanden werden, bei der durch Berührung eines vorbestimmbaren Flächenbereichs dieser Einrichtung Eingaben erfolgen können, die entweder Eingaben für die Steuerung der Umreifungsvorrichtung bewirken und/oder aber Funktionen der Umreifungsvorrichtung auslösen. Die Eingaben können insbesondere durch Berührung mittels eines Fingers erfolgen.

15

Ein Touchscreen, bei dem anders als beispielsweise bei Folientastaturen, die Funktionen bestimmter Flächen entweder in bereits vorbestimmter Weise oder aber durch Programmierung verändert werden können, ist es auch möglich bestimmte Flächenbereiche nacheinander mit verschiedenen Funktionen zu versehen bzw. zu

20  belegen. Dies ermöglicht eine besonders günstige und effektive Nutzung der zur Verfügung stehenden Fläche und die besonders einfache nachträgliche Hinzufügung von weiteren Funktionen und/oder Einstellmöglichkeiten. Letzteres kann beispielsweise durch die Einspielung von Software-Updates in die Steuerung der Umreifungsvorrichtung vorgenommen werden.

25

Gemäss einem weiteren Aspekt der Erfindung, der auch unabhängige Bedeutung hat kann die mobile Umreifungsvorrichtung, insbesondere wie sie im Oberbegriff von Patentanspruch 1 beschrieben ist, mit einer Baueinheit versehen sein, welche die Anzeige- und Bedieneinrichtung sowie die Steuerung, zumindest Teile davon, der

30  Umreifungsvorrichtung umfasst. Die Baueinheit kann vorzugsweise mit der gesamten Elektronik der Umreifungsvorrichtung versehen sein. Da eine solche Baueinheit vormontierbar ist, gestaltet sich die Montage der Anzeige und Bedieneinrichtung sowie der Steuerung in die Umreifungsvorrichtung besonders einfach und schnell. Ein weiterer bedeutsamer Vorteil ergibt sich daraus, dass bei einem Defekt die defekte

7

Baueinheit schnell und mit wenig Aufwand gegen eine neue Baueinheit getauscht werden kann. Da die Baueinheit vorzugsweise im hinteren Gehäusebereich angeordnet ist, ist auch bei diesen Wartungsvorgängen die vorzugsweise im vorderen Gehäusebereich angeordnete Mechanik der Umreifungsvorrichtung nicht im Weg.

5

Weitere bevorzugte Ausgestaltungen der Erfindung ergeben sich aus den Ansprüchen, der Beschreibung und der Zeichnung.

Die Erfindung wird anhand von in den Figuren rein schematisch dargestellten
10    Ausführungsbeispielen näher erläutert, es zeigen:

Fig. 1        eine    Seitenansicht    einer    erfindungsgemäßen    mobilen
              Umreifungsvorrichtung;

15    Fig. 2        eine Draufsicht auf das Umreifungsgerät aus Fig. 1 mit eingelegtem
              Umreifungsband;

Fig. 3        die erfindungsgemäße Umreifungsvorrichtung mit abgenommenem
              Gehäuse;

20

Fig. 4        das Bedien- und Anzeigefeld der Umreifungsvorrichtung aus Fig. 1 und
              2;

Fig. 5        eine perspektivische Darstellung eines hinteren Gehäusebereichs, mit
25            zur Montage ins Gehäuse vorgesehene Baueinheit der Bedien- und
              Anzeigeeinrichtung;

Fig. 6        eine Darstellung gemäss Fig. 5, mit in das Gehäuse eingefügter
              Baueinheit sowie einem zum Einsatz ins Gehäuse vorgesehenen
30            Akkumulator.

Das in den Fig. 1, 2 und 3 gezeigte, ausschliesslich handbetätigte erfindungsgemässe mobile Umreifungsgerät 1 (Umreifungsvorrichtung) weist ein Gehäuse 2 auf, das die Mechanik des Umreifungsgeräts umgibt und an dem ein Griff 3 zur Handhabung des

8

Geräts ausgebildet ist. Das Umreifungsgerät ist ferner mit einer Grundplatte 4 versehen, an deren Unterseite eine Grundfläche 5 zur Anordnung auf einem zu verpackenden Gegenstand vorgesehen ist. Auf der Grundplatte 4 und am mit der Grundplatte verbundenen nicht näher dargestellten Träger des Umreifungsgeräts sind
5   sämtliche Funktionseinheiten des Umreifungsgeräts 1 befestigt.

Mit dem Umreifungsgerät 1 kann eine in Fig. 1 nicht näher dargestellte Schlaufe eines Plastikbandes 10, beispielsweise aus Polypropylen (PP) oder Polyester (PET)), die zuvor um den zu verpackenden Gegenstand gelegt wurde, mittels einer
10   Spanneinrichtung 6 des Umreifungsgeräts gespannt werden. Die als Bestandteil des Umreifungsgeräts vorgesehene Spanneinrichtung 6 weist hierzu als Spannwerkzeug ein Spannrad 7 auf, mit der das Band 10 für einen Spannvorgang erfasst werden kann. Im dargestellten Ausführungsbeispiel wirkt das Spannrad 7 hierbei mit einer Wippe 8 zusammen, die mittels einer Wippentaste 9 von einer Endposition mit
15   Abstand zum Spannrad in eine zweite Endposition um eine Wippenschwenkachse 8a geschwenkt werden kann, in der die Wippe 8 gegen das Spannrad 7 anliegt. Auch das sich zwischen dem Spannrad 7 und der Wippe 8 befindende Band 10 liegt hierbei gegen das Spannrad 7 an. Durch Rotation des Spannrades 7 ist es dann möglich, das Band gegen das Spannrad 7 zu drücken und durch Rotation des Spannrads 7 eine
20   Rückzugbewegung des Bands zu erzeugen, durch die die Bandschlaufe mit einer für den Verpackungszweck ausreichend hohen Bandspannung versehen werden kann.

Anschliessend kann an einer Stelle der Bandschlaufe, an der zwei Lagen des Bandes 10 übereinander liegen, eine Verschweissung der beiden Lagen mittels der als
25   Reibschweisseinrichtung       13       des       Umreifungsgeräts       ausgebildeten Verschlusseineinrichtung erfolgen. Die Bandschlaufe kann hierdurch dauerhaft verschlossen werden. Die Reibschweisseinrichtung 13 ist hierzu mit einem Schweissschuh 11 versehen, der durch mechanischen Druck auf das Umreifungsband und einer gleichzeitig erfolgenden oszillierenden Bewegung mit einer
30   vorbestimmten Frequenz die beiden Lagen des Umreifungsbands 10 anschmilzt. Die plastifizierten bzw. aufgeschmolzenen Bereiche der beiden Bandlagen fliessen ineinander und nach einer Abkühlung des Bandes 10 während einer Abkühlzeit entsteht dann eine Verbindung zwischen den beiden Bandlagen. Soweit erforderlich kann dann die Bandschlaufe gleichzeitig von einer nicht dargestellten Vorratsrolle des

9

Bandes 10 mittels einer Trenneinrichtung 12 des Umreifungsgerätes 1 abgetrennt werden. Anschliessend kann das Umreifungsgerät 1 vom Packgut und der erzeugten Bandumreifung entfernt werden.

5      Die Betätigung der Spanneinrichtung 6, die Zustellung der Reibschweisseinrichtung 13 mittels einer Überführungseinrichtung der Reibschweisseinrichtung 13 als auch der Einsatz der Reibschweisseinrichtung an sich sowie die Betätigung der Schneideinrichtung erfolgen unter Einsatz lediglich eines gemeinsamen elektrischen Motors 14, der für diese Komponenten jeweils eine Antriebsbewegung zur Verfügung

10     stellt. Die hierzu vorgesehene konstruktive Lösung kann jener entsprechen, die in der WO2009/129634 A1 beschrieben ist, deren Offenbarungsgehalt hiermit durch Bezugnahme aufgenommen wird. Zur Stromversorgung ist am Umreifungsgerät ein austauschbarer und insbesondere zur Aufladung entnehmbarer Akkumulator 15 angeordnet. Eine Zuführung von anderer äusserer Hilfsenergie, wie beispielsweise

15     Druckluft oder weitere Elektrizität, ist bei dem Umreifungsgerät gemäss den Fig. 1-3 nicht vorgesehen.

Vorliegend weist das tragbare mobile Umreifungsgerät 1 ein als Druckschalter ausgebildetes Betätigungselement 16 auf, das zur Inbetriebnahme des Motors vorgesehen ist und nachfolgend als Spanntaste bezeichnet wird. Für das

20     Betätigungselement 16 können mittels eines bei diesem erfindungsgemässen Ausführungsbeispiel im Bedien- und Anzeigefeld 25 enthaltenen Modus-Schalters 17 (Fig. 4) drei Modi eingestellt werden. Beim ersten Modus werden durch nachfolgendes Betätigen des Betätigungselements 16, ohne dass weitere Aktivitäten eines Bedieners erforderlich sind, nacheinander und automatisiert sowohl die Spanneinrichtung 6 als

25     auch die Reibschweisseinrichtung 13 ausgelöst. Zur Einstellung des zweiten Modus wird der Schalter 17 in einen zweiten Schaltmodus umgeschaltet. Der Schaltzustand des Schalters 17 wird mit seinen einstellbaren Modi ebenso wie der Schaltzustand des Betätigungselements 16 im Anzeigefeld dargestellt und angezeigt. In dem zweiten

30     möglichen Modus wird dann durch Betätigen der Spanntaste 16 nur die Spanneinrichtung 6 ausgelöst. Zur separaten Auslösung der Reibschweisseinrichtung 13 muss die Spanntaste 16 ein zweites mal vom Bediener betätigt werden. Der dritte Modus ist eine Art Halbautomatik, bei der das als Spanntaste 16 vorgesehene Betätigungselement solange zu drücken ist, bis die in Stufen voreinstellbare

10

Spannkraft bzw. Zugspannung im Band erreicht ist. Bei diesem Modus ist es möglich, den Spannprozess durch Loslassen der Spanntaste 16 zu unterbrechen, beispielsweise um am Umreifungsgut unter das Umreifungsband Kantenschützer anzubringen. Durch Drücken der Spanntaste 16 kann der Spannprozess dann wieder
5   fortgesetzt werden. Dieser dritte Modus kann sowohl mit einem separat auszulösenden als auch mit sich einem automatisch anschliessenden Reibschweissvorgang kombiniert werden. Die Stromversorgung wird durch den als Lithium-Ionen Akku ausgebildeten Akkumulator 15 sichergestellt.

10   Bei der Ausführung einer Verschlussbildung wird, nachdem das Band als Schlaufe um das Packgut gelegt ist, hierbei in vorbestimmter Weise einlagig durch die Spanneinrichtung 6 und zweilagig durch die Verschlusseinrichtung geführt. Durch Eingriff der Spanneinrichtung 6 in die durch die Spanneinrichtung 6 geführte obere Lage des Bands und durch eine Rückzugbewegung des Bandes wird die
15   vorgesehene Bandspannung aufgebracht. Danach wird der Schweissschuh 11 in Richtung auf eine Gegenhalterfläche 22 der Grundplatte 4 abgesenkt. Je nach eingeschaltetem Betriebsmodus des Umreifungsgeräts 1 geschieht dies automatisch als Folge des abgeschlossenen Spannvorgangs oder aufgrund einer separaten Auslösung des Reibschweissvorgangs durch Betätigung der dafür vorgesehen Taste.
20   Während des Reibschweissvorgangs ist das Band weiterhin zwischen dem Spannrad 7 und dem Spanngegenhalter 23 eingeklemmt und wird dort während der Verschlussbildung gehalten. Die Spanneinrichtung hat während dieses Verfahrensabschnitts der Umreifungsbildung die Funktion einer Bandklemme bzw. einer Klemmeinrichtung, die mit zwei zusammenwirkenden Klemmelementen das
25   Band zwischen sich einklemmt. Durch die Absenkung des Schweissschuhs 11 werden die beiden durch die Verschlusseinrichtung durchgeführten Bandlagen gegeneinander und gegen die Gegenhalterfläche 22 gedrückt.

30   In der Verschlusseinrichtung ist das Band zweilagig angeordnet, wobei die untere Bandlage mit seiner unteren Bandoberfläche gegen die geneigte Gegenhalterfläche 22 anliegt und gegen diese gedrückt wird. Mit der oberen Oberfläche liegt die untere Bandlage gegen die untere Oberfläche der oberen Bandlage an. Auf die obere Oberfläche der oberen Bandlage drückt der Schweissschuh 11. In dieser Position des Bands beginnt die Reibschweisseinrichtung 13 mit der Verschlussbildung durch die

oszillierende Bewegung des Schweissschuhs 11 quer zum Längsverlauf des Bands. Hierdurch werden die beiden gegeneinander anliegenden Bandlagen aufgeschmolzen. Die Werkstoffe der Bandlagen fliessen ineinander und verbinden sich stoffschlüssig bei der abschliessenden Abkühlung, sobald die oszillierende

5   Bewegung des Schweissschuhs eingestellt wird. Anschließend wird der Schweissschuh 11 von der Gegenhalterfläche 22 weg bewegt und die Spanneinrichtung 6 vom Band gelöst, wodurch die Klemmung gelöst und beiden Bandlagen freigegeben werden.

10  Das erfindungsgemässe Umreifungsgerät ist mit dem Bedien- und Anzeigefeld 25 versehen, das auch als Touchscreen ausgebildet sein kann. Der Touchscreen kann ein resistiver oder kapazitiver berührungsempfindlicher flächiger Bildschirm (Display) sein, wobei auch jede andere Bauform von Touchscreens eingesetzt werden könnte. Im Ausführungsbeispiel weist der Touchscreen eine im wesentlichen rechteckige

15  Anzeige- und Bedienfläche 25a auf. Derartige Touchscreens werden beispielsweise von dem Unternehmen Ad Metro, 1181 Parisien Street, Ottawa, Ontario, Kanada K1B 4W4 angeboten, die in Deutschland beim Unternehmen Interelectronix e.K., Ottostrasse 1, 85649 Hofolding, bezogen werden können.

20  In anderen Ausführungsformen kann die Anzeige- und Bedieneinrichtung auch herkömmliche Schalttasten oder andere Bedienelemente aufweisen, insbesondere Folientasten und sonstige Tasten, bei denen die Position der Taste fest und unveränderlich vorgegeben ist und nicht nur durch Berührung sondern durch Druck eine mechanische Veränderung des Schaltzustand dieser Schalttaste bewirkt wird.

25  Informationen über den Zustand der Umreifungsvorrichtung kann in solchen alternativen Ausführungsformen ebenfalls mit herkömmlichen Anzeigeeinrichtungen ohne in die Anzeigefläche integrierte Bedienelemente vorgenommen werden, wie beispielsweise mit LCD oder TFT Displays.

30  Obwohl in den Darstellungen der Fig. 4 ein rechteckiger Touchscreen wiedergegeben ist, bei dem im Bereich der unteren Stirnseite drei Bedienelemente 17-19 ausgebildet sind, könnte die gleiche Darstellung auch eine LCD Anzeige mit an ihrer unteren Stirnseite ausserhalb der Anzeigefläche angrenzende drei als Tasten ausgebildete Bedienelemente 17-19 wiedergeben. Selbstverständlich könnten diese Tasten auch

12

an einer anderen Stelle, insbesondere an einer anderen an die Anzeigefläche angrenzenden Stelle, angeordnet sein. Ebenso kann wie im Falle eines Touchscreens auch eine andere als die dargestellte Anzahl an Bedienelementen 17-19 mit auch hiervon abweichenden Bedienfunktionen vorgesehen sein. In diesem Fall ist die LCD-Anzeige im Vergleich zum dargestellten Touchscreen um die Teilfläche 25a′ kleiner, in denen sich die hier örtlich unveränderlichen Tasten befinden. Die nachfolgenden Erläuterungen sind somit sowohl für das tatsächlich dargestellte Ausführungsbeispiel als auch für ein Ausführungsbeispiel mit einer LCD-Anzeigefläche oder einem anderen Anzeigefeld ohne Bedienfunktion gültig, dem dann separate Bedienelemente zugeordnet sind.

Auf der Anzeige- und Bedienfläche 25a können abwechselnd oder gleichzeitig unterschiedliche Informationen und berührungsempfindliche Betätigungs- oder Eingabeelemente dargestellt werden. Es können unterschiedliche Anzeige- und Eingabeebenen vorgesehen sein, die an- und abwählbar sind und in denen jeweils unterschiedliche Informationen, sowie Betätigungs- und Eingabeelemente darstellbar sind. Die angezeigten Elemente können insbesondere über den Zustand und Einstellungen des Umreifungsgeräts und seiner Komponenten informieren. Als Betätigungselemente können insbesondere mehrere durch Berührung auslösbare Tasten 17-19 anzeigbar sein. Mit diesen Tasten lassen sich die zuvor beschriebenen verschiedenen Modi Manuell (MAN), Halbautomatik (SEM) und Automatik (AUTO) des Umreifungsgeräts sowie Parameter der Umreifungsvorgänge vorauswählen und einstellen. Einstellbare und angezeigte Parameter können beispielsweise die Spannkraft, die Schweisszeit sowie die Abkühlzeit sein. Die Einstellung kann durch Zugabe oder Abzug von vorgegebenen Schritten des jeweiligen Werts durch Betätigung der Plus- oder Minus-Taste 18, 19 sowie durch Bestätigung des einzustellenden Werts mittels der in diesem Fall als Bestätigungstaste fungierenden Modus-Schalters 17 erfolgen. Durch Betätigung des Modus-Schalters 17 wird der eingestellte Wert in der Steuerung gespeichert, um beim nachfolgenden Umreifungsvorgang benutzt zu werden. Ebenso kann der verwendete Bandtyp durch Auswahl aus einer  vorgegebenen Liste von Bandtypen 26 angezeigt und ausgewählt werden. Des Weiteren können momentane Betriebszustände angezeigt werden, beispielsweise den Entladungszustand 27 des Akkus sowie während des

13

Spannvorgangs durch einen Fortschrittsbalken 28 den Anteil der bereits erreichten Spannkraft, bezogen auf die eingestellte zu erreichende Spannkraft.

Die derart voreingestellten Werte werden vom Umreifungsgerät am Anzeigefeld 32 angezeigt und solange bei den Umreifungsvorgängen benutzt, bis die Parameterwerte wieder verändert werden. Die Umreifungsvorgänge selbst werden durch die im Bereich des vorderen Endes des Griffs des Umreifungsgeräts 1 ergonomisch günstig angeordnete Spanntaste 16 als weiteres Betätigungselement ausgelöst bzw. gestartet. Um das Band in die Spanneinrichtung einlegen zu können, ist unterhalb der Spanntaste 16 eine Wippentaste 20 angeordnet, die beispielsweise und vorzugsweise als Drucktaste ausgebildet sein kann. Durch Drücken der Wippentaste 20 wird die Wippe 8 geöffnet, d.h. die Wippe wird mit ihrer Spannplatte 23 vom Spannrad 7 weggeschwenkt, so dass sich zwischen der Spannplatte 23 und dem Spannrad 7 ein Spalt ergibt.  Solange die Wippentaste 20 gedrückt bleibt, ist die Spannplatte 23 der Wippe mit Abstand zum Spannrad 7 angeordnet, so dass das Band zwischen der Spannplatte 23 und dem Spannrad 7 in die Spanneinrichtung eingelegt werden kann. Sobald die Wippentaste 20 losgelassen wird, schwenkt die Wippe 8 mit der Spannplatte 23 in Richtung auf das Spannrad 7 zu, wodurch nun die Spannplatte 23 gegen die Unterseite des Bands und die Oberseite des Bands gegen das Spannrad 7 anliegt.

Wird das Umreifungsgerät 1 am Griff 3 gehalten, kann mit dem Daumen der Hand, mit der der Griff 3 gehalten wird, die Spanntaste 16 betätigt werden. Die an der Unterseite des Griffs 3 angeordnete Wippentaste 20 kann hierbei in ergonomisch günstiger Weise mit dem Zeigefinger betätigt werden, ohne dass hierfür ein Umgreifen erforderlich ist. In anderen erfindungsgemässen Ausführungsformen kann die Wippentaste 20 auch an der Oberseite des Umreifungsgeräts, insbesondere in unmittelbarer Nähe zur Spanntaste 16, angeordnet sein, so dass mit dem Daumen der den Handgriff 3 erfassenden Hand sowohl die Spanntaste 16 als auch die Wippentaste 20 betätigbar ist. Die Spanntaste 16 kann hierbei sowohl für eine Auslösung des Spann- als auch des Schweissvorgangs zuständig sein, wobei durch Einstellung des entsprechenden Modus vorgesehen sein kann, dass ein einmaliges Drücken der Spanntaste sowohl den Spann- als auch den nachfolgenden Verbindungsvorgang auslöst. Durch Wahl eines anderen Betriebsmodus kann durch

14

ein einmaliges Drücken der Spanntaste auch nur der Spannvorgang in Gang gesetzt werden. Zur Durchführung des Verbindungs- bzw. des Schweissvorgangs ist dann ein nochmaliges Drücken der Spanntaste erforderlich.

5    In einer hierzu alternativen Ausführungsform kann am Umreifungsgerät, insbesondere im Bereich des Handgriffs, auch (nur) eine Kombinationstaste vorgesehen sein, die zwei Betätigungsbereiche aufweist, einen für das Spannen und Schweissen und einen für die Wippenbetätigung. Auch hier können der Spann- und Schweissvorgang wahlweise durch nur eine Betätigung oder durch voneinander getrennte separate
10   Betätigungsvorgänge des einen Betätigungsbereichs ausgelöst werden. Der Spannvorgang kann durch ein einmaliges Betätigen und der Verbindungsvorgang durch ein dem Spannvorgang nachfolgendes mehrmaliges Betätigen ausgelöst werden, insbesondere durch einen Doppelklick. Der andere Betätigungsbereich ist für die Wippenbetätigung vorgesehen. Eine solche Kombinationstaste kann sich
15   beispielsweise zumindest in etwa an der Stelle des Umreifungsgeräts befinden, an der in den Fig. 1 und 2 die Spanntaste 16 angeordnet ist.

     In einer weiteren alternativen Ausführungsform kann, insbesondere im Bereich des Handgriffs 3, für jede der drei Funktionen eine eigene Taste vorgesehen sein. In
20   diesem Fall kann zum Auslösen des jeweiligen Vorgangs nur jeweils eine einmalige Betätigung der jeweiligen Taste erforderlich sein.

     Bei sämtlichen Ausführungsformen ist es bevorzugt, wenn die dem Spann- und dem Schweissvorgang zugeordneten Tasten elektrische Schaltvorgänge auslösen, die der
25   Steuerung zugeführt werden. Die Betätigung der Wippentaste kann hingegen vorzugsweise elektromechanisch zur Wippe weitergeleitet werden und einen Schwenkvorgang der Wippe auslösen. Ebenso können ein oder mehrere zusätzliche Antriebselemente vorgesehen sein, welche den Schwenkvorgang der Wippe auslösen und durchführen und elektrisch angesteuert werden.
30
     Sämtliche Ausgestaltungen der beschriebenen Bedienkonzepte können auch selbständige Bedeutung haben und eigenständige Erfindungen darstellen.

15

Unterhalb des Displays, insbesondere unmittelbar unterhalb des Displays und über dem Akkku, kann die Elektronik für die Steuerung des Umreifungsgeräts angeordnet sein, die beispielsweise in Form einer Elektronikplatine ausgebildet sein kann. Durch die ortsnahe Anordnung der Anzeige- und Bedieneinrichtung bei der Steuerung und

5    beim Akkumulator 15 werden im Vergleich zu vorbekannten Lösungen weniger Kabel benötigt. Soweit Kabel benötigt werden, werden zudem kürzere Kabel zur Verkabelung des Umreifungsgeräts benötigt. Zudem gestaltet sich durch diese Massnahme die Montage einfacher und schneller.

10   Ebenso kann nun in einer in Fig. 5 und 6 dargestellten weiteren bevorzugten Weiterbildung der Erfindung die Anzeige- und Bedieneinrichtung auch als modulartige Baueinheit 29 zusammen mit der Steuerung bzw. der dazu vorgesehenen Elektroplatine ausgebildet sein, was die Montage und gegebenenfalls erforderliche Reparatur erheblich vereinfacht. Die eine Elektronikplatine oder Print kann in einer

15   bevorzugten    Weiterbildung    der    Erfindung    auch    gegebenenfalls    eine Leistungselektronik des vorzugsweise nur einen Elektromotors umfassen. Diese Baueinheit 29 kann am hinteren Gehäusebereich 37 in eine dafür vorgesehene Aufnahme eingesetzt und mittels weniger Schrauben lösbar befestigt sein. Ein elektrischer Kontakt zur Stromversorgung und zum Datentransfer zwischen dem

20   Umreifungsgerät und der Baueinheit kann mittels eines Steckers 30 vorgesehen sein, der am Gehäuse befestigt ist und auf das die Baueinheit aufgeschoben wird. Unmittelbar unterhalb der Baueinheit ist am Gehäuse eine Aufnahme für den Akku 15 vorgesehen, in den der Akku von hinten in des Gehäuse eingeschoben und mittels einer lösbaren Schnappverbindung sicher angeordnet werden kann. Innerhalb der

25   Ausnehmung sind weitere elektrische Kontakte des Umreifungsgeräts für den Anschluss des Akkumulators vorgesehen.

Das Gehäuse 2 des in den Figuren dargestellten Umreifungsgeräts 1 weist den vorderen Bereich sowie den hinteren Bereich auf, zwischen denen sich ein mittlerer

30   Gehäusebereich 38 mit einem Handgriff 3 befindet. Durch den Handgriff 3 sind der vordere Bereich und der hintere Bereich 36, 37 des Gehäuses 2 miteinander verbunden. Im Ausführungsbeispiel kann das Gehäuse zwei miteinander verbundene Schalen aufweisen und vorzugsweise aus solchen Kunststoffschalen bestehen. Die Trennlinie bzw. Trennebene, an denen die beiden Schalenhälfte aneinander gefügt

16

und durch geeignete Befestigungsmittel wie beispielsweise Schrauben miteinander verbunden sind, kann vorzugsweise sich über die gesamte Länge des Umreifungsgeräts erstrecken und auch durch den Handgriff 3 über dessen gesamte Länge verlaufen.

5

Der vordere Bereich 36 des Gehäuses 2 umgibt die Spann-, Reibschweiss- und Trenneinrichtung derart, dass nur jene mechanischen Bauteile des Umreifungsgeräts durch das Gehäuse 2 freigegeben bzw. nicht abgedeckt sind, auf die ein Benutzer Zugriff haben sollte, insbesondere solche Teile, die beim Umreifungsvorgang zum

10   Eingriff in die beiden Bandlagen vorgesehen sind. An einer Seite des vorderen Bereichs des Gehäuses 2 ist eine mit einem Deckel 39 lösbar verschlossene Öffnung vorgesehen, die zu Wartungszwecken genutzt werden kann, beispielsweise um Verschleissteile auszutauschen.

15   Der hintere Bereich 37 des Gehäuses 2 ist in einer sehr stark schematisierten Betrachtungsweise quaderförmig gestaltet. Der Handgriff 3 schliesst sich mit seinem hinteren Ende an die Oberseite 37a des hinteren Bereichs 37 des Geäuses 2 an bzw. geht in diesen über. Unter „Oberseite" 37a ist die Seite zu verstehen, die bei einer Anordnung des Umreifungsgeräts mit seiner Grundplatte 4 auf einer horizontalen

20   Ebene, in einer Draufsicht ersichtlich ist. An einer Rückseite des hinteren Gehäusebereichs ist eine Öffnung im Gehäuse vorgesehen, deren Querschnitt zumindest in etwa dem Querschnitt eines Akkumulators 15 entspricht.

Der im wesentlichen im Bereich der Oberseite des Umreifungsgeräts angeordnete

25   Handgriff 3 geht mit seinem vorderen Ende 3a in den vorderen Bereich des Gehäuses über, insbesondere in die Oberseite des vorderen Gehäusebereichs 36. In entgegengesetzter Blickrichtung gesehen, geht somit der vordere Gehäusebereich 36 in den Handgriff 3 über. Das hintere Ende 3b des Handgriffs 3 geht in den hinteren Bereich 37 des Gehäuses 2 über, insbesondere in die Oberseite 37a des hinteren

30   Gehäusebereichs 37. Im bevorzugten Ausführungsbeispiel gehört jeweils eine Hälfte des Handgriffs 3 zur einen und die andere Hälfte des Handgriffs zur anderen Gehäuseschale. Die jeweilige Hälfte des Handgriffs ist einstückig mit der jeweiligen Gehäuseschale verbunden bzw. in diese integriert.

17

Das Umreifungsgerät 1 weist insbesondere im Bereich der Spanneinrichtung 6 und der Verschluss- bzw. Reibschweißeinrichtung 13 an sich bekannte Bandführungsmittel auf, durch die sich ein zumindest im wesentlichen vorbestimmter Verlauf des Umreifungsbands 10 im Umreifungsgerät, insbesondere des
5   Bandabschnitts zwischen der Spanneinrichtung und der Schweisseinrichtung 13 ergibt. Dieser Verlauf, insbesondere eine als Gerade ausgebildete Mittellinie 10a einer Oberseite des Bands 10, wird nachfolgend als Bezugslinie und Definitionshilfe für die Ausrichtung des Handgriffs 3 vorgesehen. In einer Draufsicht verläuft diese Bandausrichtung entlang einer Geraden.
10

Werden die Übergangsbereiche des Handgriffs 3 in den vorderen Gehäusebereich 36 und in den hinteren Gehäusebereich 37 durch eine Gerade 40 miteinander verbunden, so verläuft diese Gerade 40 nicht parallel zur Mittellinie 10a des Bandverlaufs im Umreifungsgerät 1. Als Übergangsbereiche können die Stellen
15   angesehen werden, an denen jeweils eine Änderung des Verlaufs der Flächen der Oberseiten des vorderen und hinteren Gehäusebereichs 36, 37 erfolgt, um hier jeweils in den Handgriff überzugehen. Diese Übergänge können stetig oder unstetig gestaltet sein. Die beiden Stellen 41, 42, die zur Bildung der imaginären Geraden 40 benutzt werden, können sich in Bezug auf eine Draufsicht der Mitte der jeweiligen
20   Breite des Handgriffs 3 befinden. In Bezug auf die sich durch den Bandverlauf ergebenden Gerade 10a, weisen die beiden Stellen 41, 42 unterschiedliche Abstände zur Gerade 10a auf, sie sind somit in Richtung des Bandverlaufs zueinander versetzt. In Bezug auf eine Draufsicht auf das Umreifungsgerät und in Bezug auf die sich aus der Anordnung des Bandes ergebenden Bandverlauf im Umreifungsgerät verlaufen
25   die Geraden 10a, 40 nicht-parallel zueinander und schließen einen von 0° sich unterscheidenden Winkel φ ein.

Der Winkel φ zeichnet sich zudem dadurch aus, dass die ihn bestimmende Gerade 40 in Bezug auf die Draufsicht und in Bezug auf das Band 10 sowie seiner Mittellinie 10a,
30   auf der anderen Seite 31 der Mittellinie 10a verläuft, als der Einführungsseite 32, von der aus das Band in das Umreifungsgerät eingeführt wird. Der Handgriff 3 befindet sich somit in Bezug auf das Band 10 auf der anderen Seite 31 als der Einführungsseite 32. Der Abstand der Geraden 40 zur Mittellinie des Bands

18

vergrößert sich im Verlauf des Handgriffs 3 vom vorderen Gehäusebereich 36 zum hinteren Gehäusebereich 37.

In bevorzugten Ausführungsformen der Erfindung kann dieser Winkel φ insbesondere
5   aus einem Bereich von 3° bis 89°, besonders bevorzugt aus einem Bereich von 8° bis 70° und demgegenüber weiter bevorzugt aus einem Bereich von 10° bis 35°, gewählt sein. Wie insbesondere in der unteren Draufsichtdarstellung von Fig. 1 zu erkennen ist, ergibt sich durch den schräg verlaufenden Handgriff ein Versatz des hinteren Gehäusebereichs 37 vom Umreifungsband 10 weg, so dass der hintere
10   Gehäusebereich 37 beim Einlegen des Umreifungsbands in das Umreifungsgerät nicht stört. Hierdurch kann die Vorbereitungszeit für die Durchführung einer Umreifung verkürzt sowie die Funktionssicherheit von Umreifungsgeräten verbessert werden.

19

**Bezugszeichenliste**

| | | | | |
|---|---|---|---|---|
| 1 | Umreifungsgerät | | 22 | Gegenhalterfläche |
| 2 | Gehäuse | | 23 | Spanngegenhalter |
| 3 | Handgriff | | 25 | Bedien- und Anzeigefeld |
| 3a | vorderes Ende | | 25a | Anzeige- und Bedienfläche |
| 3b | hinteres Ende | | 25a´ | Teilfläche |
| 4 | Grundplatte | | 26 | Liste von Bandtypen |
| 5 | Grundfläche | | 27 | Entladungszustand |
| 6 | Spanneinrichtung | | 28 | Fortschrittsbalken |
| 7 | Spannrad | | 29 | Baueinheit |
| 8 | Wippe | | 30 | Stecker |
| 8a | Wippenschwenkachse | | 31 | Seite |
| 9 | Wippentaste | | 32 | Einführungsseite |
| 10 | Band | | 36 | vorderer Bereich |
| 10a | Mittellinie | | 37 | hinterer Bereich |
| 11 | Schweissschuh | | 37a | Oberseite |
| 12 | Trenneinrichtung | | 38 | mittlerer Bereich |
| 13 | Reibschweisseinrichtung | | 39 | Deckel |
| 14 | Motor | | 40 | Gerade |
| 15 | Akkumulator | | 41 | Stelle |
| 16 | Betätigungselement | | 42 | Stelle |
| 17 | Modus-Schalter | | | |
| 18 | Minus-Schalter | | | |
| 19 | Plus-Schalter | | | |
| 20 | Wippentaste | | | |

20

**Patentansprüche**

5      1.      Mobile Umreifungsvorrichtung zur Umreifung von Packgut mit einem
              Umreifungsband, die
              eine Spanneinrichtung zur Aufbringung einer Bandspannung auf eine Schlaufe
              eines Umreifungsbandes aufweist, sowie
              eine Verschlusseinrichtung zur Erzeugung eines Verschlusses, insbesondere
10            eine Reibschweiß- oder Vibrationsschweissverbindung, an zwei übereinander
              liegenden Bereichen der Schlaufe des Umreifungsbandes, die eine
              Energieversorgung, insbesondere einen aufladbaren Energiespeicher zur
              Speicherung von elektrischer Energie, hat, wobei die Energie der
              Energieversorgung als Antriebsenergie für motorische Antriebsbewegungen der
15            Umreifungsvorrichtung vorgesehen ist, und
              einem Gehäuse mit einem vorderen, als Abdeckungteil für die
              Spanneinrichtung ausgebildeten Gehäusebereich, sowie einem hinteren
              Gehäusebereich, der vorzugsweise zur Aufnahme des Energiespeichers
              vorgesehen ist, sowie einem Handgriff zum Halten der Umreifungsvorrichtung,
20            der zwischen dem vorderen und dem hinteren Gehäusebereich angeordnet ist,
              **dadurch gekennzeichnet, dass**
              ein Anzeigemittel zur Anzeige von Betriebsinformationen der
              Umreifungsvorrichtung am hinteren Gehäusebereich des Gehäuses der
              Umreifungsvorrichtung angeordnet ist.

25     2.      Mobile Umreifungsvorrichtung nach Anspruch 1, dadurch gekennzeichnet, dass
              das Anzeigemittel in Bezug auf eine Draufsicht auf die sich in einer horizontalen
              Benutzungslage befindenden Umreifungsvorrichtung in der Draufsicht optisch
              wahrnehmbar ist.

       3.      Mobile Umreifungsvorrichtung nach Anspruch 1 oder 2, dadurch
30            gekennzeichnet, dass am hinteren Ende des Handgriffs eine Aufnahme für eine
              Stromversorgung, insbesondere für einen Akkumulator, angeordnet ist und das
              Anzeigemittel sich über der Aufnahme befindet.

4.  Mobile Umreifungsvorrichtung nach zumindest einem der vorhergehenden Ansprüche, dadurch gekennzeichnet, dass das Anzeigemittel als ein kombiniertes Bedien- und Anzeigefeld ausgebildet ist, das sich über eine vorbestimmte Fläche erstreckt und auf dieser Fläche sowohl Anzeige- als auch Bedienelemente zur Vornahme von Einstellung und/oder zur Auslösung von Funktionen anzeigbar und vorzugsweise zumindest zu einem Teil auch ausblendbar sind.

5.  Mobile Umreifungsvorrichtung nach Anspruch 4, dadurch gekennzeichnet, dass das Bedien- und Anzeigefeld auf identischen Flächenbereichen abwechselnd unterschiedliche Informationen und/oder Bedienelemente anzeigbar sind.

6.  Mobile Umreifungsvorrichtung nach zumindest einem der vorhergehenden Ansprüche, dadurch gekennzeichnet, dass das Anzeigemittel einen Touchscreen aufweist.

7.  Mobile Umreifungsvorrichtung, insbesondere nach zumindest einem der vorhergehenden Ansprüche, gekennzeichnet durch eine Baueinheit, umfassende die Anzeige- und Bedieneinrichtung sowie die Steuerung, zumindest Teile davon, der Umreifungsvorrichtung.

8.  Mobile Umreifungsvorrichtung, insbesondere nach dem Oberbegriff nach Anspruch 1, gekennzeichnet durch ein Mittel zur Betätigung einer Wippe der Spanneinrichtung, die als Taste ausgebildet ist.

9.  Mobile Umreifungsvorrichtung, nach Anspruch 8, dadurch gekennzeichnet, dass die zur Betätigung der Wippe vorgesehene Taste auf einer Oberseite der Umreifungsvorrichtung angeordnet ist.

Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile



Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile



Fig. 3

Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile



Fig. 4

Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile



Fig. 5

Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile





**WIPO**
WORLD
INTELLECTUAL PROPERTY
ORGANIZATION

# DOCUMENT MADE AVAILABLE UNDER THE PATENT COOPERATION TREATY (PCT)

International application number: **PCT/CH2014/000059**

International filing date: **05 May 2014 (05.05.2014)**

Document type: **Certified copy of priority document**

Document details:      Country/Office: **CH**
Number: **911/13**
Filing date: **05 May 2013 (05.05.2013)**

Date of receipt at the International Bureau: **13 May 2014 (13.05.2014)**

Remark:    Priority document submitted or transmitted to the International Bureau in compliance with Rule 17.1(a),(b) or (b-*bis*)

34, chemin des Colombettes
1211 Geneva 20, Switzerland
www.wipo.int



morningtrans.com

# TRANSLATION CERTIFICATION

Date: October 16, 2024

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- German
- French
- Italian

To:

- English (USA)

The documents are designated as:

- CH91113

Emily Paras, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Emily Paras



Swiss Confederation
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Federal Institute of Intellectual Property
Institut Fédéral de la Propriété Intellectuelle
Istituto Federale della Proprietà Intellettuale
Institut Federal da Proprietad Intellectuala

# PCT/CH 2014/000059

**Attestation**

The enclosed files match the original technical documents of the patent application specified on the next page for Switzerland and Liechtenstein. Switzerland and the Principality of Liechtenstein form a unified protection territory. Therefore, protection can only be requested for both countries together.

**Attestation**

The enclosed files match the original technical documents of the patent application specified on the next page for Switzerland and Liechtenstein. Switzerland and the Principality of Liechtenstein form a unified protection territory. Therefore, protection can only be requested for both countries together.

**Attestation**

The enclosed files match the original technical documents of the patent application specified on the next page for Switzerland and Liechtenstein. Switzerland and the Principality of Liechtenstein form a unified protection territory. Therefore, protection can only be requested for both countries together.

.

Bern,   **May 5, 2014**

Patent Administration



[signature]
Cristiani, Jean-Claude

[stamp: Federal Institute of Intellectual Property]

**Certificate of Filing for Patent Application No. 00911/13 (Article 46b(1) of the Patent Regulation)**

The Swiss Federal Institute of Intellectual Property certifies the receipt of the Swiss patent application specified below.

Title:
Mobile strapping device with a display element.

Patent applicant:
ILLINOIS TOOL WORKS INC.
3600 West Lake Avenue Glenview
Illinois 60026
United States of America

Representative:
Patent Attorneys Klein & Klein
Grienbachstrasse 17
6300 Zug

Filing date: May 5, 2013

Expected classes: B65B

1/2

Unalterable copy

1

# Mobile strapping device with a display element

5
The invention relates to a mobile strapping device for strapping packaged goods with a strapping band. The device includes a tensioning mechanism for applying tension to a loop of the strapping band and a welding mechanism for producing a welded connection, particularly a friction or vibration weld, at two overlapping areas of the strapping band loop. The device also features a rechargeable energy storage unit for

10
storing electrical energy, which is used as the driving energy for the motorized movements of the strapping device. The device further comprises a housing with a front cover for the tensioning mechanism and a rear housing section, preferably intended to hold the energy storage unit, and a handle for operating the strapping

15
device, located between the front and rear housing sections.


Such strapping devices include a tensioning mechanism that applies sufficient tension to a band loop placed around the packaged goods. Using a clamping mechanism, the

20
band loop can then be secured to the package for the subsequent joining process. In conventional strapping devices, the joining process is carried out using a vibration welding mechanism, particularly a friction welding mechanism. In this process, a friction shoe that oscillates is pressed onto the band at the two ends of the band loop.

25
The pressure and the heat generated by the oscillating movement of the band sections melt the typically plastic band locally for a short time. This creates a permanent bond between the two layers of the band, which can only be undone with considerable force.


30
Conventional strapping devices are designed for mobile use, where the devices are transported by a user to the site of use and typically do not rely on external energy sources. The energy required for such strapping devices to tension a band around any packaged goods and to create the closure is usually provided by an electric

2

accumulator or compressed air in prior known devices. This energy is used to apply tension to the band through the tensioning mechanism and to produce a closure on the strapping band. Conventional strapping devices and thus also strapping devices according to the invention are also intended solely for connecting weldable plastic bands.

For mobile devices, a low weight is of particular importance to minimize the physical strain on users during operation. From an ergonomic perspective, an even distribution of weight across the entire strapping device is desirable, especially to avoid concentrating weight in the head area of the device, which would result in poor handling characteristics. Additionally, the device should be as ergonomic and user-friendly as possible. The likelihood of operational errors and malfunctions should be minimized, and information about the device's operating status should be visible to the user.

To meet these requirements, it has become common to equip mobile strapping devices with a handle for carrying and operating the device, especially during strapping operations. Typically, the handle is located between the front and rear ends of the strapping device, with the front end housing at least one or more functional units, such as the tensioning mechanism for applying band tension, the closure mechanism for joining the band ends, and the cutting mechanism for separating the strapping band from a supply roll. The control and display elements of the strapping device, usually in the form of buttons, possibly membrane buttons, and LED displays, are generally placed in the front housing section, which partially or fully covers these functional units.

At the other end of the handle, i.e., at the rear end of the strapping device, many

known strapping devices have a compartment for an accumulator. While this design of mobile strapping devices allows for good handling characteristics and an acceptable balanced weight distribution, it may not be fully satisfactory, especially from an ergonomic standpoint.

However, this arrangement has the drawback that the extensive and space-consuming mechanics located in the front housing section of the strapping device significantly restrict the choice of placement for control buttons, display elements, and the associated electronics and wiring. The restriction is particularly relevant when an ergonomically optimal position is not possible unless the housing is considerably enlarged to accommodate these elements.

The objective of the invention is therefore to provide a conventional strapping device with improved ergonomic properties.

This objective is achieved in a mobile strapping device of the aforementioned type by arranging a display element for showing operational information in the rear housing section of the strapping device. The arrangement of the display element, preferably for displaying only operational states of the strapping device, offers ergonomic advantages by reducing the head-heaviness often found in such devices. This is because the display unit and its weight are shifted from the front head section of the strapping device to the rear housing section. By relocating the display element, the weight of the front section of the strapping device is not only reduced by the weight of the display element, but weight is also shifted to the rear section, further reducing the head-heaviness.

Another advantage of this measure according to the invention is that the risk of

4

damage to the display element is significantly reduced. In a front housing section arrangement, as was previously the case, the display element and the associated electronics are at significant risk of damage in the event of a fall, which often occurs with mobile strapping devices. By placing the display element in the rear section of the strapping device, where, due to the typical and almost unavoidable head-heaviness of the device, it usually does not hit the ground first during a fall, the risk of damage to the sensitive display elements is significantly reduced compared to conventional arrangements. In the event of a fall, the load on the rear section of the strapping device is much lower due to the usual head-first impact on the ground, which is why the measure according to the invention significantly reduces the risk of damage to the display elements.

Moreover, the arrangement according to the invention simplifies the assembly of strapping devices according to the invention, as both the display element, including any required electronics, and the control board for the device's control system, as well as the connections for the accumulator, can be placed in close proximity to one another in the rear housing section. On the one hand, these components can be designed as a module that can be installed with little effort and, in the event of repair, can be easily removed and replaced. On the other hand, the previously required wiring of long cables within the strapping device to connect these components can be eliminated. This reduces both the design complexity and the assembly effort for strapping devices according to the invention. Additionally, this arrangement facilitates assembly since, unlike the front housing section, the display element in the rear housing section does not interfere with the device's mechanics. Furthermore, the display element can be positioned almost anywhere in the rear housing section, as ergonomically desired, since it generally does not need to accommodate the strapping device's mechanics.

5

The display element can be positioned anywhere in the rear housing section, behind the handle. It can be placed on the side of the rear housing section, but it is especially preferred that the display element be located on the upper side of the rear housing section. This ergonomically favorable placement ensures that the display element is easily viewable by the user at any time, even during strapping operations around packaged goods. In this context, the "upper side" of the rear housing section refers to the surface visible from above when the strapping device is placed flat. The surface may be a horizontally oriented surface, one or more surfaces inclined with respect to a horizontal plane, or one or more surfaces provided with one or more curvatures.

The display element can advantageously be designed as a combined control and display panel. It may extend over a specific area of the rear housing section, where both information is displayed and settings and/or specific actions can be triggered through input elements located there. The control and display panel may particularly take the form of an LCD screen, combined with fixed-position buttons, which are preferably all located within a specific section of the rear housing section. With at least one of the buttons, the user can navigate a menu displayed on the screen, input settings, and select and possibly trigger functions or actions of the strapping device.

One of a plurality of different preferred possible solutions according to the invention involves a control and display panel that includes a touchscreen and is designed entirely as such. The touchscreen can extend over a specific, particularly contiguous area, where different information and control and/or input elements can be displayed at least temporarily. As control elements, the touchscreen's surface areas can be used, where touching these areas triggers functions of the strapping device directly or indirectly. Input elements can be understood as surface areas that can be used for

6

inputting values or selecting settings, such as "on/off," "large/small," or any other required input. In the context of the invention, a touchscreen can thus be understood as an input and display device, where touching a designated surface area triggers inputs that either effect inputs for controlling the strapping device and/or initiate functions of the strapping device. Inputs can be made in particular by touching the screen with a finger.

A touchscreen, unlike membrane keyboards, allows certain surface areas to be assigned functions either in a predetermined manner or through programming. This makes it possible to assign different functions to certain areas one after the other, allowing for particularly efficient use of the available space and for easy addition of new functions or settings. The latter can be achieved, for example, by installing software updates to the control system of the strapping device.

According to another aspect of the invention, which also has independent significance, the mobile strapping device, particularly as described in the preamble of claim 1, can be equipped with a modular unit that includes the display and control unit, as well as at least parts of the strapping device's control system. This modular unit can preferably include all the electronics of the strapping device. Since such a modular unit can be pre-assembled, installing the display and control unit, as well as the control system into the strapping device, is particularly simple and quick. Another significant advantage is that, in the event of a defect, the defective modular unit can be quickly and easily replaced with a new one. Since the modular unit is preferably located in the rear housing section, the mechanics of the strapping device, usually located in the front housing section, do not interfere with these maintenance procedures.

Further preferred embodiments of the invention result from the claims, the description,

7

and the drawings.

5          The invention is explained in more detail using purely schematic exemplary embodiments shown in the figures:

FIG. 1          A side view of a mobile strapping device according to the invention;

FIG. 2          A top view of the strapping device from FIG. 1 with an inserted
10                strapping band;

FIG. 3          The strapping device according to the invention with the housing
                removed;

FIG. 4          The control and display panel of the strapping device from FIGS. 1 and
15                2;

FIG. 5          A perspective view of a rear housing section with a modular unit for the
                control and display device, intended for installation in the housing;

FIG. 6          A view according to FIG. 5, with the modular unit inserted into the
20                housing and an accumulator designed for insertion into the housing.

The mobile strapping device 1 (strapping device) according to the invention shown in FIGS. 1, 2, and 3, which is exclusively hand-operated, features a housing 2 that
25   surrounds the device's mechanics, with a handle 3 integrated for the operation of the device. The strapping device is further equipped with a base plate 4, on the underside of which a base surface 5 is provided for positioning on an item to be strapped. All the functional units of the strapping device 1 are attached to the base plate 4 and to a
30   carrier (not shown in detail) connected to the base plate.

With the strapping device 1, a loop of a plastic band 10, not shown in detail in FIG. 1, made for instance of polypropylene (PP) or polyester (PET), previously placed around

8

the item to be strapped, can be tensioned using the tensioning mechanism 6 of the device. The tensioning mechanism 6, a component of the strapping device, includes a tensioning wheel 7, which grips the band 10 during the tensioning process. In the depicted embodiment, the tensioning wheel 7 interacts with a rocker 8, which can be pivoted by a rocker button 9 from an end position distanced from the tensioning wheel into a second end position around a rocker pivot axis 8a, where the rocker 8 rests against the tensioning wheel 7. The band 10, located between the tensioning wheel 7 and the rocker 8, also rests against the tensioning wheel 7 in this position. By rotating the tensioning wheel 7, it is then possible to press the band against the tensioning wheel 7 and generate a retraction movement of the band through the rotation of the tensioning wheel 7, which allows the loop of the band to be provided with a sufficiently high tension for packaging purposes.

Subsequently, at a point in the band loop where two layers of the band 10 overlap, a welding of the two layers can be carried out using the sealing device, which is designed as the friction welding mechanism 13 of the strapping device. This permanently seals the band loop. The friction welding mechanism 13 is equipped with a welding shoe 11 that applies mechanical pressure to the strapping band, while simultaneously oscillating at a predetermined frequency to melt the two layers of the strapping band 10. The plasticized or melted areas of the two band layers flow into each other, and after the band 10 cools during a cooling period, a bond is formed between the two layers of the band. If necessary, the band loop can then simultaneously be cut from a supply roll (not shown) of the band 10 using a cutting mechanism 12 of the strapping device 1. Afterward, the strapping device 1 can be removed from the strapped item.

The operation of the tensioning mechanism 6, the engagement of the friction welding

mechanism 13 via a delivery mechanism for the friction welding mechanism 13, as well as the operation of the welding mechanism and the cutting mechanism, are powered by a single electric motor 14, which provides the driving movement for each component. The structural solution provided for this purpose may correspond to that described in WO2009/129634 A1, the disclosure of which is incorporated here by reference. The strapping device is powered by a replaceable and rechargeable accumulator 15. External auxiliary power sources, such as compressed air or additional electricity, are not required for the strapping device as shown in FIGS. 1-3.

The portable mobile strapping device 1 is equipped with a pressure-switch operating element 16, which is intended to activate the motor and is referred to as the tension button. For this operating element 16, three modes can be set using the mode switch 17 (FIG. 4) on the control and display panel 25 of this embodiment according to the invention. In the first mode, both the tensioning mechanism 6 and the friction welding mechanism 13 are automatically triggered in sequence by pressing the operating element 16, with no further user actions required. To select the second mode, switch 17 is set to a second switch mode. The switching state of switch 17, as well as the switching state of the operating element 16, is displayed on the control panel. In the second mode, pressing the tension button 16 only triggers the tensioning mechanism 6. The friction welding mechanism 13 must be separately triggered by pressing the tension button 16 a second time. The third mode is a semi-automatic mode, where the tension button 16 must be held down until the pre-set tension force or pull tension in the band is reached. In this mode, the tensioning process can be paused by releasing the tension button 16, for instance, to insert corner protectors under the strapping band on the item. Pressing the tension button 16 again will resume the tensioning process. This third mode can be combined with either a separately triggered or an automatically following friction welding process. The power supply is ensured by the accumulator 15,

which is designed as a lithium-ion battery.

5    During the closure process, after the band loop is placed around the item, the band is fed single-layered through the tensioning mechanism 6 and double-layered through the welding mechanism. The required band tension is applied by the tensioning mechanism 6 gripping the upper layer of the band guided by the tensioning mechanism 6 and retracting the band. The welding shoe 11 is then lowered toward the

10    counterholding surface 22 of the base plate 4. Depending on the operating mode selected for the strapping device 1, this happens either automatically after the tensioning process is complete, or by separately triggering the welding process via a designated button. During the friction welding process, the band remains clamped between the tensioning wheel 7 and the counterholder 23 and is held there during the

15    welding. During this phase of the strapping process, the tensioning mechanism functions as a band clamp or clamping mechanism, in which two interacting clamping elements hold the band between them. By lowering the welding shoe 11, the two band layers pressed together by the welding mechanism are also pressed against the

20    counterholding surface 22.

In the welding mechanism, the band is arranged in two layers, with the lower band layer resting against the inclined counterholding surface 22 and being pressed against

25    it. The upper surface of the lower band layer touches the underside of the upper band layer, and the welding shoe 11 presses on the top surface of the upper band layer. In this position, the friction welding mechanism 13 begins forming the closure by oscillating the welding shoe 11 transversely to the length of the band. This melts the

30    two adjacent band layers. The materials of the band layers flow together and form a material bond as they cool, after the oscillation of the welding shoe stops. The welding shoe 11 is then moved away from the counterholding surface 22, and the tensioning

mechanism 6 is released from the band, freeing the two band layers.

5   The strapping device according to the invention is equipped with a control and display panel 25, which can also be designed as a touchscreen. The touchscreen may be a resistive or capacitive touch-sensitive screen (display), though any other type of touchscreen may also be used. In the depicted embodiment, the touchscreen features a rectangular display and control surface 25a. Such touchscreens are offered by

10  companies such as Ad Metro, 1181 Parisien Street, Ottawa, Ontario, Canada K1B 4W4, which are available in Germany from Interelectronix e.K., Ottostrasse 1, 85649 Hofolding.

15  In other embodiments, the display and control unit may include conventional switch buttons or other control elements, especially membrane buttons or other buttons with a fixed, unchangeable position, where the switching state of the button is triggered not only by touch but also by mechanical pressure. Information about the status of the

20  strapping device can also be displayed in such alternative embodiments using conventional display devices, such as LCD or TFT displays, without control elements integrated into the display surface.

25  Although the depiction in FIG. 4 shows a rectangular touchscreen with three control elements 17-19 at the lower front side, this could also represent an LCD display with three button-shaped control elements 17-19 adjacent to its lower front side outside the display surface. Naturally, these buttons could also be placed elsewhere, particularly

30  at another location adjacent to the display surface. Similarly, as with a touchscreen, the number of control elements 17-19, and their associated functions, could be different from what is shown. In this case, the LCD display would be smaller than the touchscreen shown, by the area 25a', where the physically fixed buttons are located.

12

The following explanations apply both to the actual embodiment shown and to an embodiment with an LCD display surface or another display surface without control functions, to which separate control elements are assigned.

5

The display and control surface 25a can alternately or simultaneously display different information and touch-sensitive control or input elements. Different display and input levels can be provided, which can be selected or deselected, each showing different information, as well as control and input elements. The displayed elements can provide information about the status and settings of the strapping device and its components. The operating elements may include several touch-sensitive buttons 17-19. These buttons allow the pre-selection and adjustment of the previously described modes—Manual (MAN), Semi-Automatic (SEM), and Automatic (AUTO)—and the parameters of the strapping processes. Adjustable and displayed parameters may include the tension force, welding time, and cooling time. Adjustments can be made by increasing or decreasing the respective value in preset steps by pressing the plus or minus buttons 18, 19, and confirming the set value using the mode switch 17, which acts as a confirmation button in this case. Pressing the mode switch 17 saves the set value in the control system for use in the subsequent strapping operation. The type of band used can also be displayed and selected from a preset list of band types 26. Furthermore, current operating states can be displayed, such as the battery discharge level 27, and during the tensioning process, a progress bar 28 can show the proportion of the already achieved tension force relative to the set target tension force.

10

15

20

25

The preset values are displayed on the control panel 32 and remain in use during the strapping processes until the parameter values are changed again. The strapping processes themselves are initiated or started by pressing the tension button 16, ergonomically placed at the front end of the handle of the strapping device 1, as a

30

13

further operating element. To insert the band into the tensioning mechanism, a rocker
button 20, preferably designed as a push button, is located below the tension button
16. Pressing the rocker button 20 opens the rocker 8, meaning the rocker swings away
from the tensioning wheel 7 with its tension plate 23, creating a gap between the
tension plate 23 and the tensioning wheel 7. As long as the rocker button 20 is
pressed, the tension plate 23 remains separated from the tensioning wheel 7, allowing
the band to be inserted into the tensioning mechanism between the tension plate 23
and the tensioning wheel 7. When the rocker button 20 is released, the rocker 8
swings the tension plate 23 back toward the tensioning wheel 7, so that the tension
plate 23 presses against the underside of the band, and the top of the band presses
against the tensioning wheel 7.

When the strapping device 1 is held by the handle 3, the tension button 16 can be
operated with the thumb of the hand holding the handle 3. The rocker button 20,
located on the underside of the handle 3, can be ergonomically pressed with the index
finger, without requiring a change of grip. In other embodiments according to the
invention, the rocker button 20 can be located on the upper side of the strapping
device, particularly near the tension button 16, so that both the tension button 16 and
the rocker button 20 can be operated by the thumb of the hand holding the handle 3.
The tension button 16 can be used to trigger both the tensioning and welding
processes, and depending on the mode setting, a single press of the tension button
can trigger both the tensioning and subsequent welding process. In another mode,
pressing the tension button once may only initiate the tensioning process, and a
second press of the tension button would then be required to perform the welding
process.

In an alternative embodiment of this invention, a combination button can be provided

14

on the strapping device, particularly in the area of the handle, which has two activation areas: one for tensioning and welding, and another for operating the rocker. In this case, the tensioning and welding process can either be triggered by a single operation or by separate, consecutive operations of one activation area. The tensioning process can be initiated by a single press, and the connection process can be triggered by multiple subsequent presses, particularly by a double-click. The other activation area is intended for operating the rocker. Such a combination button could be located approximately where the tension button 16 is placed in FIGS. 1 and 2.

In another alternative embodiment, particularly in the area of the handle 3, separate buttons could be provided for each of the three functions. In this case, triggering each respective process would only require a single press of the corresponding button.

In all embodiments, it is preferred that the buttons for the tensioning and welding processes initiate electrical switching actions, which are then relayed to the control system. The operation of the rocker button can, however, be preferably transmitted to the rocker electromechanically, triggering the rocker's swiveling motion. One or more additional actuating elements may also be provided to trigger and carry out the rocker's swiveling motion, which can be electrically controlled.

All versions of the described control concepts can also have independent significance and represent separate inventions.

Below the display, in particular directly below the display and above the battery, the electronics controlling the strapping device can be placed, which could be designed in the form of an electronic circuit board. Due to the proximity of the display and control unit to the control system and the battery 15, fewer cables are required compared to

15

previously known solutions. Where cables are necessary, shorter cables are required for wiring the strapping device. This measure also makes assembly simpler and faster.

5

In a further preferred development of the invention, as shown in FIGS. 5 and 6, the display and control unit can also be designed as a modular unit 29, along with the control system or the corresponding electronic circuit board, which significantly simplifies both assembly and any necessary repairs. The electronic circuit board, or print, may, in a preferred further development of the invention, also include the power electronics for the preferably single electric motor. This modular unit 29 can be inserted into a designated slot in the rear housing section 37 and secured with a few screws. Electrical contact for power supply and data transfer between the strapping device and the modular unit can be made via a connector 30, which is mounted to the housing and onto which the modular unit is slid. Directly below the modular unit, a slot for the battery 15 is provided in the housing, allowing the battery to be inserted from the rear and securely fastened using a detachable snap connection. Within the recess, additional electrical contacts for connecting the battery are located.

The housing 2 of the strapping device 1 shown in the figures features a front section and a rear section, between which there is a middle housing section 38 with a handle 3. The handle 3 connects the front section and the rear sections 36, 37 of the housing 2 to each other. In the preferred embodiment, the housing consists of two connected shells, preferably made of plastic. The separation line or separation plane, where the two halves of the shell are joined and connected to each other by suitable fastening means such as screws, can preferably extend over the entire length of the strapping device and also run through the handle 3 along its entire length.

The front section 36 of the housing 2 encloses the tensioning, friction welding, and

16

cutting mechanisms in such a way that only those mechanical parts of the strapping device that the user needs to access are exposed or uncovered, particularly the parts involved in engaging the two layers of the band during the strapping process. On one side of the front section of the housing 2, an opening with a removable cover 39 is provided, which can be used for maintenance purposes, such as replacing worn-out parts.

The rear section 37 of the housing 2 is designed in a highly simplified cuboid shape. The handle 3 connects to the upper side 37a of the rear section 37 of the housing 2 at its rear end or merges into it. The "upper side" 37a refers to the side visible from above when the strapping device is placed on a horizontal surface with its base plate 4. At the rear side of the housing's rear section, an opening is provided, the cross-section of which corresponds roughly to that of the battery 15.

The handle 3, primarily located along the upper section of the strapping device, merges at its front end 3a into the front section of the housing, particularly into the upper side of the front section 36. Conversely, the front housing section 36 merges into the handle 3. The rear end 3b of the handle 3 connects to the rear section 37 of the housing 2, specifically to the upper side 37a of the rear housing section 37. In the preferred embodiment, each half of the handle 3 is integrally connected to the corresponding shell of the housing. The respective half of the handle is integrally connected to or integrated into the respective housing shell.

The strapping device 1, especially in the area of the tensioning mechanism 6 and the welding or friction welding mechanism 13, includes known band-guiding elements that define a mostly predetermined path for the strapping band 10 inside the strapping device, particularly in the section of the band between the tensioning mechanism and

17

the welding mechanism 13. This path, particularly a straight central axis 10a along the upper side of the band 10, is used as a reference line and aid for defining the orientation of the handle 3. In a top view, this band alignment follows a straight line.

5

When connecting the transition areas of the handle 3 to the front section 36 and the rear section 37 of the housing by a straight line 40, this line 40 does not run parallel to the central axis 10a of the band path within the strapping device 1. The transition areas can be understood as the points where the surface areas of the upper sides of the front and rear housing sections 36, 37 change direction as they merge into the handle. These transitions can be designed as either continuous or discontinuous. The two points 41, 42 used to form the imaginary line 40 can be located in the middle of the width of the handle 3 in a top view. With respect to the line 10a resulting from the band path, the two points 41 and 42 have different distances from the line 10a, and are thus offset relative to each other in the direction of the band path. In relation to a top view of the strapping device and with respect to the band path resulting from the arrangement of the band in the strapping device, the lines 10a and 40 are non-parallel to each other and form an angle φ that differs from 0°.

10

15

20

The angle φ is further characterized by the fact that the line 40 determining it is located on the opposite side 31 of the central axis 10a, in relation to the band 10 and its central axis, from the insertion side 32, where the band is fed into the strapping device. Thus, the handle 3 is positioned relative to the band 10 on the opposite side 31 from the insertion side 32. The distance between the line 40 and the central axis of the band increases along the length of the handle 3, from the front housing section 36 to the rear housing section 37.

25

30

In preferred embodiments of the invention, this angle φ can be selected from a range

18

of 3° to 89°, preferably from a range of 8° to 70°, and, in contrast, more preferably from a range of 10° to 35°. As can be seen in the lower top view illustration of FIG. 1, the slanted handle results in the rear housing section 37 being offset away from the strapping band 10, so that the rear housing section 37 does not interfere with inserting the strapping band into the strapping device. This reduces the preparation time for the strapping process and improves the functional safety of the strapping device.

**List of reference signs**

| | | | |
|---|---|---|---|
| 1 | Strapping device | 22 | Counterholding surface |
| 2 | Housing | 23 | Tensioning counterholder |
| 3 | Handle | 25 | Control and display panel |
| 3a | Front end | 25a | Display and control surface |
| 3b | Rear end | 25a' | Partial surface |
| 4 | Base plate | 26 | List of band types |
| 5 | Base surface | 27 | Discharge status |
| 6 | Tensioning mechanism | 28 | Progress bar |
| 7 | Tensioning wheel | 29 | Modular unit |
| 8 | Rocker | 30 | Connector |
| 8a | Rocker pivot axis | 31 | Side |
| 9 | Rocker button | 32 | Insertion side |
| 10 | Band | 36 | Front section |
| 10a | Centerline | 37 | Rear section |
| 11 | Welding shoe | 37a | Upper side |
| 12 | Cutting mechanism | 38 | Middle section |
| 13 | Friction welding mechanism | 39 | Cover |
| 14 | Motor | 40 | Straight line |
| 15 | Accumulator | 41 | Point |
| 16 | Operating element | 42 | Point |
| 17 | Mode switch | | |
| 18 | Minus button | | |
| 19 | Plus button | | |
| 20 | Rocker button | | |

20

**Patent claims**

1.   Mobile strapping device for strapping goods with a strapping band, comprising
     a tensioning mechanism for applying tension to a loop of a strapping band, and
     a sealing mechanism for creating a seal, particularly a friction or vibration weld,
     at two overlapping sections of the strapping band loop, which has an energy
     source, particularly a rechargeable energy storage device for storing electrical
     energy, wherein the energy from the energy source is used as drive energy for
     motor-driven movements of the strapping device, and
     a housing with a front section serving as a cover for the tensioning mechanism,
     and a rear section preferably designed to accommodate the energy storage
     device, and a handle for holding the strapping device, arranged between the
     front and rear sections of the housing, **characterized in that**
     a display element for showing operational information of the strapping device is
     arranged on the rear section of the housing of the strapping device.

2.   Mobile strapping device according to claim 1, characterized in that the display
     element is visible from above when the strapping device is in a horizontal
     operating position, viewed from above.

3.   Mobile strapping device according to claim 1 or 2, characterized in that a
     compartment for a power source, particularly for a battery, is arranged at the rear
     end of the handle, and the display element is located above this compartment.

4.   Mobile strapping device according to at least one of the preceding claims,
     characterized in that the display element is designed as a combined control and
     display panel that extends over a predetermined area and within this area, both

21

display and control elements for making adjustments and/or triggering functions are shown, and preferably, at least some of them can also be hidden.

5

5.   Mobile strapping device according to claim 4, characterized in that different information and/or control elements can alternately or simultaneously be displayed on the same surface areas of the control and display panel.

10

6.   Mobile strapping device according to at least one of the preceding claims, characterized in that the display element includes a touchscreen.

7.   Mobile strapping device, in particular according to at least one of the preceding

15   claims, characterized by a modular unit that includes the display and control unit as well as the control system, or at least parts thereof, of the strapping device.

8.   Mobile strapping device, in particular according to the preamble of claim 1,

20   characterized by a means for operating the rocker of the tensioning mechanism, which is designed as a button.

9.   Mobile strapping device according to claim 8, characterized in that the button for

25   operating the rocker is arranged on the upper side of the strapping device.

30

Unalterable copy



Unalterable copy



Fig.3

**Unalterable copy**



Fig. 4

**Unalterable copy**



**Unalterable copy**



Fig. 6



**WIPO**

WORLD
**INTELLECTUAL PROPERTY**
ORGANIZATION

## DOCUMENT MADE AVAILABLE UNDER THE
## PATENT COOPERATION TREATY (PCT)

| | | |
|---|---|---|
| International application number: | | **PCT/CH2014/000059** |
| International filing date: | | **05 May 2014 (05.05.2014)** |
| Document type: | | **Certified copy of priority document** |
| Document details: | Country/Office: | **CH** |
| | Number: | **911/13** |
| | Filing date: | **05 May 2013 (05.05.2013)** |
| Date of receipt at the International Bureau: | | **13 May 2014 (13.05.2014)** |

Remark:   Priority document submitted or transmitted to the International Bureau in compliance with Rule
17.1(a),(b) or (b-*bis*)

34, chemin des Colombettes
1211 Geneva 20, Switzerland
## www.wipo.int