# EXHIBIT 5



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Eidgenössisches Institut für Geistiges Eigentum
Institut Fédéral de la Propriété Intellectuelle
Istituto Federale della Proprietà Intellettuale
Institut Federal da Proprietad Intellectuala

**PCT/CH** 2 0 1 4 / 0 0 0 0 5 9

## Bescheinigung

Die beiliegenden Akten stimmen mit den ursprünglichen technischen Unterlagen der auf der nächsten Seite bezeichneten Patentanmeldung für die Schweiz und Liechtenstein überein. Die Schweiz und das Fürstentum Liechtenstein bilden ein einheitliches Schutzgebiet. Der Schutz kann deshalb nur für beide Länder gemeinsam beantragt werden.

## Attestation

Les documents ci-joints sont conformes aux pièces techniques originales de la demande de brevet pour la Suisse et le Liechtenstein spécifiée à la page suivante. La Suisse et la Principauté de Liechtenstein constituent un territoire unitaire de protection. La protection ne peut donc être revendiquée que pour l'ensemble des deux Etats.

## Attestazione

I documenti allegati sono conformi agli atti tecnici originali della domanda di brevetto per la Svizzera e il Liechtenstein specificata nella pagina seguente. La Svizzera e il Principato di Liechtenstein formano un unico territorio di protezione. La protezione può dunque essere rivendicata solamente per l'insieme dei due Stati.

Bern,   **05. Mai 2014**

Administration Patente
Administration des brevets
Amministrazione dei brevetti

Cristiani, Jean-Claude

**Hinterlegungsbescheinigung zu Patentanmeldung Nr. 00443/14 (Art. 46b Abs.1 PatV)**

Das Eidgenössische Institut für Geistiges Eigentum bescheinigt den Eingang der unten näher bezeichneten schweizerischen Patentanmeldung.

Titel:
Umreifungsvorrichtung.

Patentbewerber:
Orgapack GmbH
Silbernstrasse 14
8953 Dietikon

Vertreter:
Patentanwälte Klein & Klein
Grienbachstrasse 17
6300 Zug

Anmeldedatum: 24.03.2014

Prioritäten:
IB PCT/IB 2013/02132 24.09.2013
CH 2013 0910/13 05.05.2013
CH 2013 0911/13 05.05.2013

Voraussichtliche Klassen: B65B

1/2

Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile

1

0 4 4 3 / 1 4

# Umreifungsvorrichtung

Die Erfindung betrifft eine Umreifungsvorrichtung zur Umreifung von Packgut mit
5    einem Umreifungsband, die eine Spanneinrichtung zur Aufbringung einer
Bandspannung auf eine Schlaufe eines Umreifungsbandes aufweist, wobei die
Spanneinrichtung mit einem motorisch rotativ um eine Spannachse antreibbarem
Spannrad versehen ist, das zum Eingriff in das Umreifungsband vorgesehen ist, die
Spanneinrichtung ferner eine Spannplatte aufweist, wobei während eines von der
10   Spanneinrichtung ausgeführten Spannvorgangs vorgesehen ist, dass ein ein- oder
mehrlagiger Abschnitt des Umreifungsbands sich zwischen dem Spannrad und der
Spannplatte befindet und sowohl mit dem Spannrad als auch der Spannplatte in
Kontakt ist, ferner das Spannrad und/oder die Spannplatte auf einer um eine
motorisch um eine Wippenachse schwenkbaren Wippe angeordnet ist, um durch eine
15   Schwenkbewegung der Wippe einen Abstand zwischen dem Spannrad und der
Spannplatte entweder zu vergrößern oder zu verringern, sowie eine
Verbindungseinrichtung zur Erzeugung einer dauerhaften Verbindung, insbesondere
eine Schweissverbindung, an zwei übereinander liegenden Bereichen der Schlaufe
des   Umreifungsbandes   mittels   eines   Verbindungselements,   wie   einem
20   Schweisselements das zur lokalen Erwärmung des Umreifungsbandes vorgesehen
ist, aufweist

Derartige Umreifungsvorrichtungen werden zur Umreifung von Packgut mit einem
Kunststoffband eingesetzt. Dazu wird um das Packgut eine Schlaufe des jeweiligen
25   Kunststoffbandes gelegt. In der Regel wird das Kunststoffband hierbei von einer
Vorratsrolle abgezogen. Nachdem die Schlaufe um das Packgut vollständig gelegt ist,
überlappt der Endbereich des Bandes mit einem Abschnitt der Bandschlaufe. An
diesen zweilagigen Bereich des Bandes wird nun die Umreifungsvorrichtung angelegt,
hierbei   das   Band   in   der   Umreifungsvorrichtung   geklemmt,   mittels   der
30   Spanneinrichtung auf die Bandschlaufe eine Bandspannung aufgebracht, durch
Reibschweissung an der Schlaufe zwischen den beiden Bandlagen ein Verschluss
erzeugt. Hierbei wird mit einem sich oszillierend bewegenden Reibschuh im Bereich

zweier Enden der Bandschlaufe auf das Band gedrückt. Der Druck und die durch die Bewegung entstehende Wärme schmilzt das in der Regel Kunststoff aufweisende Band lokal für kurze Zeit auf. Hierdurch entsteht zwischen den beiden Bandlagen eine dauerhafte und höchstens mit grosser Kraft wieder zu lösende Verbindung zwischen den beiden Bandlagen. Danach oder in etwa gleichzeitig wird die Schlaufe von der Vorratsrolle abgetrennt. Das jeweilige Packgut ist hierdurch umreift.

Gattungsgemäße Umreifungsvorrichtungen sind für den mobilen Einsatz vorgesehen, bei dem die Geräte von einem Benutzer zum jeweiligen Einsatzort mitgeführt und dort nicht auf den Einsatz von extern zugeführter Versorgungsenergie angewiesen sein sollten. Die für den vorgesehenen Einsatz solcher Umreifungsgeräte erforderliche Energie zum Spannen eines Umreifungsbandes um beliebiges Packgut und zur Verschlusserzeugung wird bei vorbekannten Umreifungsgeräten in der Regel durch einen elektrischen Akkumulator oder durch Druckluft zur Verfügung gestellt. Mit dieser Energie wird die mittels der Spanneinrichtung auf das Band eingebrachte Bandspannung und ein Verschluss am Umreifungsband erzeugt. Gattungsgemässe Umreifungsvorrichtungen sind zudem dazu vorgesehen ausschliesslich verschweissbare Kunststoffbänder miteinander zu verbinden.

Bei mobilen Geräten ist ein geringes Gewicht von besonderer Bedeutung, um die Benutzer der Umreifungsvorrichtung beim Einsatz der Vorrichtung körperlich möglichst wenig zu belasten. Ebenso sollte aus ergonomischen Gründen eine möglichst gleichmäßige Verteilung des Gewichts auf die gesamte Umreifungsvorrichtung vorgesehen sein, insbesondere um eine Konzentration des Gewichts im Kopfbereich der Umreifungsvorrichtung zu vermeiden. Eine solche Konzentration führt zu ungünstigen Handhabungseigenschaften der Vorrichtung. Zudem wird stets eine möglichst ergonomische und bedienfreundliche Handhabung des Umreifungsgeräts angestrebt. Insbesondere sollte die Möglichkeit von Fehlbedienungen und Fehlfunktionen möglichst gering sein.

Der Erfindung liegt deshalb die Aufgabe zugrunde, eine gattungsgemässe, insbesondere eine mobile, Umreifungsvorrichtung der eingangs genannten Art mit

3

hoher Funktionssicherheit zu schaffen, bei der die vorgesehenen Bandspannungen sicher und möglichst schlupffrei auf das Band aufgebracht werden können.

5   Diese Aufgabe wird bei einer Umreifungsvorrichtung der eingangs genannten Art erfindungsgemäß durch eine Betätigungseinrichtung der Umreifungsvorrichtung gelöst, die mit einer Taste/Schalter versehen ist, mit der ein Schaltzustand eines Getriebes der Umreifungsvorrichtung derart veränderbar ist, dass eine Antriebsbewegung der Antriebseinrichtung der Umreifungsvorrichtung entweder zur Rotation des Spannrads oder zur Schwenkbewegung der Wippe führt. Eine solche

10  Lösung hat zum einen den Vorteil, dass das gleiche Getriebe sowohl für die Über- bzw. Untersetzung der von der Antriebseinrichtung für das Spannrad zur Verfügung gestellten Antriebsbewegung als auch für die angetriebene Bewegung der Wippe genutzt werden kann und somit trotz der komfortablen Lösung einer angetriebenen Wippe, hierfür kein eigenständiges zusätzliches Getriebe erforderlich ist. Trotz der

15  Komfort- und Funktionssicherheitssteigerung ist damit keine merkliche Gewichtssteigerung verbunden. Im Gegenteil, da der bisher übliche lange Hebel zur manuellen Öffnung der Spanneinrichtung entfallen kann, kann in Abhängigkeit der konkreten Ausgestaltung der jeweiligen bevorzugten erfindungsgemässen Umreifungsvorrichtung, mit der Erfindung sogar Gewichtsreduzierungen möglich sein.

20  Dieser Vorteil kann in weiteren bevorzugten Ausführungsformen noch gesteigert werden, wenn für sämtliche in der jeweiligen Umreifungsvorrichtung vorgesehenen angetriebenen Bewegungen die jeweilige Antriebsbewegung durch nur einen Motor der UMreifungsvorrichtung zur Verfügung gestellt wird, insbesondere durch nur einen Elektro- oder durch nur einen Pneumatikmotor.

25

Eine weitere Ausführungsform der Umreifungsvorrichtung kann vorsehen, dass n einem der Schaltzustände des Getriebes die durch die Antriebseinrichtung angetriebene Schwenkbewegung des Getriebes zur Vergrösserung des Abstands zwischen dem Spannrad und der Spannplatte führt.

30

Eine weitere Ausführungsform der Umreifungsvorrichtung kann vorsehen, dass mit der Taste/Schalter zwei zur Einwirkung auf das Getriebe vorgesehene

4

Schaltelemente, wie beispielsweise Klemmen, betätigbar sind, insbesondere zumindest im wesentlichen gleichzeitig betätigbar sind.

5   Eine weitere Ausführungsform der Umreifungsvorrichtung kann vorsehen, dass mit der Taste/Schalter Schaltelemente betätigbar sind, die zur Einwirkung auf unterschiedliche Getriebeelemente des Getriebes vorgesehen sind.

Eine weitere Ausführungsform der Umreifungsvorrichtung kann vorsehen, dass mit nur einer Taste/Schalter der Betätigungseinrichtung – und insbesondere mit nur einer 10   Betätigung der Taste/Schalter – die zumindest zwei Schaltelemente betätigbar sind

Eine weitere Ausführungsform der Umreifungsvorrichtung kann vorsehen, dass nach einem erfolgtem Spannvorgang des Umreifungsbands eine Betätigung der Taste/Schalter zur Reduzierung der Bandspannung des mit dem Spannrad in Eingriff 15   stehenden Bandabschnitts führt.

Eine weitere Ausführungsform der Umreifungsvorrichtung kann vorsehen, dass eine Betätigung der Taste/Schalter zur Erzeugung des Schaltzustands des Getriebes auch zur Auslösung von weiteren Funktionen der Umreifungsvorrichtung vorgesehen ist, 20   insbesondere zur Auslösung des Spannvorgangs und/oder zur Auslösung der Erzeugung der Verbindung am Umreifungsband.

Eine weitere Ausführungsform der Umreifungsvorrichtung kann vorsehen, dass eine Betätigung der Taste/Schalter auch zur Überführung der Verbindungseinrichtung in 25   ihre Ruheposition und/oder in ihre Arbeitsposition vorgesehen ist.

Eine weitere Ausführungsform der Umreifungsvorrichtung kann vorsehen, dass zusätzlich zur Taste/Schalter, deren Betätigung zur Änderung des Schaltzustands des Getriebes führt, zumindest eine weitere Taste/Schalter insbesondere zur Auslösung 30   des Spannvorgangs und/oder zur Auslösung der Erzeugung der Verbindung am Umreifungsband vorgesehen ist.

5

Eine weitere Ausführungsform der Umreifungsvorrichtung kann vorsehen, dass zusätzlich zur Taste/Schalter, deren Betätigung zur Änderung des Schaltzustands des Getriebes führt, und zu einer weiteren Taste/Schalter, die zur Auslösung des Spannvorgang vorgesehen ist, noch zumindest eine weitere Taste/Schalter zur Auslösung der Erzeugung der Verbindung am Umreifungsband vorgesehen ist.

Gemäss einem weiteren Aspekt der Erfindung, betrifft diese auch eine Umreifungsvorrichtung nach dem Oberbegriff von Anspruch 1, bei der die nur eine Antriebseinrichtung, insbesondere der nur eine Motor, mit einer Betätigungseinrichtung der Umreifungsvorrichtung auslösbar ist, mit der das Spannrad antreibbar ist, mit der die Verbindungseinrichtung in ihre Arbeitsposition überführbar ist, in welcher mit der Verbindungseinrichtung am Umreifungsband die dauerhafte Verbindung erzeugbar ist, die Energie für die Verbindungseinrichtung zur Erzeugung der dauerhaften Verbindung zur Verfügung gestellt wird, und mit der die Wippe zur Erzeugung des Abstands zwischen dem Spannrad und der Spannplatte antreibbar ist.

Bei der Erfindung kann in zweckmässiger Weise auch vorgesehen sein, dass zumindest zeitweise während der Übertragung der motorischen Antriebsbewegung auf das Spannrad, vorzugsweise solange wie das Spannrad mit dem Band in Eingriff ist, mittels zumindest einem Übertragungsmittel der Umreifungsvorrichtung eine Antriebsbewegung auf die während der Dauer des Spannvorgangs zumindest zeitweise schwenkbare Wippe übertragen wird, wobei die Antriebsbewegung zur Ausübung eines Drehmoments auf die Wippe vorgesehen ist. Erfindungsgemäss kann das auf die Wippe ausgeübte Drehmoment zur Steigerung der Anpresskraft der Spanneinrichtung gegen das Umreifungsband genutzt werden. In einer konstruktiv einfachen Lösung kann das auf die Wippe von Übertragungsmitteln ausgeübte Drehmoment von einem Motor stammen, dessen Antriebsmoment die Andrückkraft der Wippe gegen das Band im Laufe des Spannvorgangs variabel ist, erhöht. Bevorzugt ist hierbei, wenn die motorisch bedingte Erhöhung derart stattfindet, dass sie vor allem bei oder nach einer Erhöhung der Bandspannung erfolgt. Vorteilhaft ist hierbei, wenn für die Erzeugung des motorischen Drehmoments für die Wippe ein Motor zum Einsatz kommt, der auch andere Antriebsbewegungen ausführt.

Besonders günstig ist hierbei, wenn der Motor und dessen Antriebsbewegung genutzt wird, mit dem auch das Spannrad angetrieben wird. Zum einen kann hierdurch ein weiterer Motor vermieden aber trotzdem die erfindungsgemässe Funktion ausgeübt werden. Zum anderen kann das bei steigender Bandspannung üblicherweise auch
5    steigende Motordrehmoment zur Steigerung der Andrückkraft genutzt werden. Dies erlaubt auf konstruktiv besonders einfache Weise ein variables, spannungsabhängiges Andrücken der Wippe gegen das Band. Vorzugsweise kann letzteres proportional zur jeweils anliegenden Bandspannung erfolgen.

10   Gemäss einem weiteren Aspekt der Erfindung, der auch selbständige Bedeutung hat, kann auch ein Drehmoment auf die Wippe ausgeübt und übertragen werden, das auf einer vom Band an einer Eingriffsstelle des Bands mit der Spanneinrichtung auf die Spanneinrichtung ausgeübten Kraft basiert. Diese Kraft, die eine Reactio, der vom angetriebenen Spannrad auf das Band aufgebrachten Spannkraft ist, kann einer
15   geeigneten Stelle abgegriffen und mit Übertragungsmittel auf die Wippe übertragen werden. Um möglichst wenig konstruktiven Aufwand hierbei aufzuwenden, kann vorzugsweise die auch auf das Spannrad wirkende Bandspannkraft am Spannrad selbst bereits genutzt werden. Dies kann insbesondere als auf das Spannrad jeweils momentan wirkende Drehmoment genutzt werden, das vom Spannrad aus in
20   Übertragungsmittel der Spanneinrichtung eingeleitet und von diesen auf die Wippe übertragen wird.

Erfindungsgemäss kann somit in vorteilhafter Weise vorgesehen sein, dass die motorische Antriebsbewegung für die Spanneinrichtung, zumindest indirekt als
25   Reactio, auch dazu eingesetzt wird, um unter Nutzung der vom Motor angetriebenen Rotationsbewegung des Spannrads sowie einer Schwenkbeweglichkeit der Wippe während des Spannvorgangs ein von dem mit dem Umreifungsband in Eingriff stehenden Spannrad abgeleitetes Drehmoment mittels Übertragungsmittel in die Wippe einleitbar ist, um eine Anpresskraft der Spanneinrichtung gegen das Band zu
30   erhöhen.

7

In einer bevorzugten Ausführungsform der Erfindung kann ein Getriebe der Spanneinrichtung, mit der eine motorische Antriebsbewegung für das Spannrad unter- oder übersetzt wird, ganz oder teilweise Bestandteil der Übertragungsmittel sein, mit denen die am Spannrad wirkende und aus der Bandspannung resultierende Kraft aus

5   dem Band auf die Wippe übertragen wird.

Die Erfindung kann auch gemäss einem weiteren Aspekt darin gesehen werden, dass Mittel zum bandspannungsabhängigen variablen Anpressen des Spannrads oder der Spannplatte an das Umreifungsband vorgesehen sind. Die Erfindung sieht somit

10   während der Spannphase ein bandspannungsabhängiges variables Anpressen der Spanneinrichtung gegen das Umreifungsband vor.

Bei besonders vorteilhaften Ausführungsformen der Erfindung wird die durch den Spannvorgang erzeugte Bandspannung somit genutzt, um in vorteilhafter Weise bei

15   stetig ansteigender Bandspannung auch die Andrückkraft des Spannrads und/oder der Spannplatte auf das Band zu erhöhen, wodurch der an sich bei steigender Bandspannung ebenfalls steigenden Gefahr eines „Durchrutschens" bzw. eines Schlupfs des Spannrads beim Spannvorgang entgegen gewirkt werden kann. Bei steigender Bandspannung steigt somit auch die Anpresskraft des Spannrads auf das

20   Band und die Spannplatte. Die Erfindung ermöglicht in solchen Ausführungsformen somit gerade dann eine hohe Anpresskraft auf das Band auszuüben, wenn die Bandspannung bereits hoch ist und damit bei dem Versuch die Bandspannung weiter zu erhöhen, die Gefahr von Schlupf zwischen dem Spannrad und dem Band ebenfalls besonders hoch ist. Durch die vorzugsweise automatisiert, also ohne manuellen

25   Eingriff, ebenfalls steigende Anpresskraft, kann der steigenden Gefahr von Schlupf entgegen gewirkt werden und damit die Funktionssicherheit sowie ein schnell ablaufender Umreifungsvorgang auch bei hohen Bandspannungen sichergestellt werden. Da hierfür die Reactio des Umreifungsbands auf die Actio, nämlich die eingebrachte Bandspannung, sowie Übertragungsmittel genutzt werden, die von der

30   Spanneinrichtung, insbesondere vom Spannrad, abgeleitet und auf die Wippe übertragen werden, bedarf es zur Erzielung der erfindungsgemässen Wirkung keines

Eingriffs durch einen Bediener, die erfindungsgemässe Wirkung wird mit Vorteil in der Umreifungsvorrichtung selbsttätig erzielt.

In einer bevorzugten Ausführungsform der Erfindung können die Übertragungsmittel,
5   die mit Vorteil eine Wirkverbindung vom Spannrad zur Wippe darstellen, eine schwenkbare Lagerung der Wippe zumindest während des Spannvorgangs sowie ein dreh- oder rotierbar gelagertes Getriebeelement umfassen, das während des Spannvorgangs mit dem Spannrad in Wirkverbindung steht. Die Reaktionskraft des Bands wird vorzugsweise als Drehmoment genutzt und in das dreh- oder rotierbare
10  Getriebeelement, beispielsweise einen Planetenträger eines Planetengetriebes eingeleitet. Das dreh- oder rotierbare Getriebeelement sollte sich gegen die Dreh- oder Rotationsbewegung an einem Abstützelement abstützen. Die Reaktionskraft des Spannrads kann dann über die bzw. aufgrund der Abstützung in die Wippe eingeleitet werden, wodurch ein zusätzliches Drehmoment auf die Wippe wirkt, das zur Erhöhung
15  der Andrückkraft der Wippe gegen das Umreifungsband genutzt werden kann. Die Übertragungsmittel können mit Vorteil ganz oder teilweise Bestandteil des Spanngetriebes sein, mit dem eine motorische oder aus sonstiger Energiezufuhr stammende Antriebsbewegung mit geeigneter Drehzahl zum Spannrad geleitet wird.

20  In einer besonders bevorzugten Ausführungsform der Erfindung, die auch selbständige Bedeutung hat, können motorische Antriebsbewegungen mit identischen Drehrichtungen des nur einen Motors, außer für den Antrieb des Spannrads beim Spannen des Umreifungsbands auch für ein Anheben der Wippe genutzt werden. Zusätzlich hierzu kann mit der gleichen Antriebsbewegung auch das
25  bandspannungsabhängige variable Anpressen des Spannrads auf das zu spannende Band vorgenommen werden. Die Abhängigkeit ist hierbei derart vorgesehen, dass bei steigender Bandspannung auch die vom Spannrad ausgeübte Anpresskraft auf das Band steigt. Da bei steigender Bandspannung auch die Gefahr steigt, dass Schlupf zwischen dem Spannrad und dem Band stattfindet, kann mit der Maßnahme eines
30  steigenden Anpressdrucks der Schlupfgefahr entgegen gewirkt werden. Besonders bevorzugt ist hierbei wenn die gleiche Motordrehrichtung wie für das Spannen genutzt wird. Die motorische Antriebsbewegung beim Spannen des Bands kann vorzugsweise

9

derart genutzt werden, dass während des Spannvorgangs des Umreifungsbands mittels des in das Umreifungsband eingreifende und gegen eine Bandspannung rotierende Spannrad eine vom Umreifungsband auf das Spannrad einwirkende Gegenkraft genutzt wird, um den Anpressdruck des Spannrads Spannrads in Richtung auf die Spannplatte zu erhöhen.

Gemäss einem weiteren Aspekt der Erfindung soll mit geringem konstruktiven Aufwand und bei einfacher Bedienbarkeit ermöglicht werden, eine von der Bandspannung resultierende und in ein Getriebe rückwirkende Kraft gehalten und gelöst werden kann, mit dem eine Antriebsbewegung auf das Spannrad übertragen wird. Eine Lösung für diesen weiteren Aspekt der Erfindung, der sowohl in Kombination mit dem Gegenstand von Patentanspruch 1 als auch selbständige Bedeutung haben kann, ist in Patentanspruch 8 beschrieben. Die Erfindung betrifft somit eine Sperreinrichtung zur Anwendung in einer Umreifungsvorrichtung, mit der ein rotierbares Rad geklemmt werden kann, das zur Übertragung einer Antriebsbewegung vorgesehen ist, insbesondere ein Getrieberad einer Spanneinrichtung der Umreifungsvorrichtung. Die erfindungsgemässe Sperreinrichtung sollte zumindest einen um eine Schwenkachse schwenkbare und mit Abstand zum Rad angeordneten Klemmkörper aufweisen, der von einer Freigabeposition in eine Sperrposition schwenkbar ist, in der er – vorzugsweise mit einem Teil einer bogenförmigen Kontaktfläche - in Anlage gegen eine im wesentlichen ebene, also formschlusselementenfreie, Umfangsklemmfläche des Rads gelangt, wobei der Klemmkörper einen Schwenkradius aufweist, der grösser ist als ein Abstand der Schwenkachse des Klemmkörpers zur Umfangsklemmfläche des Rads, und die Drehrichtung des Klemmkörpers um die Schwenkachse bei der Überführung von der Freigabeposition in eine Klemmposition in entgegen gesetzten Drehsinn wie das zu klemmende Rad verläuft.

Mit einer solchen Sperrvorrichtung können auf konstruktiv einfache Weise sehr funktionssicher Arretierungen von sich drehenden Getrieberädern erreicht werden. Die Arretierung in Drehrichtung des Rads kann mit wenig Kraftaufwand aufrecht erhalten

werden. Die Klemmkraft des Klemmkörpers steigt sogar automatisch an, sollte versucht werden, durch Erhöhung des Drehmoments das Rad weiter zu drehen.

5 Die erfindungsgemässe Sperreinrichtung kann mit Vorteil insbesondere zum lösbaren Sperren eines Rades eines Getriebes genutzt werden, das zu einem Getriebe gehört, mit dem eine Antriebsbewegung auf ein Spannrad der Spanneinrichtung einer Umreifungsvorrichtung übertragen werden soll. Es kann in diesem Zusammenhang insbesondere zur Klemmung eines Rads eines Planetengetriebes vorgesehen sein, mit dem die Antriebsbewegung auf das Spannrad übertragen werden soll. Mit oder 10 zumindest unter Zuhilfenahme einer Klemmung des zu klemmenden Rads kann vorzugsweise eine von zumindest zwei Abtriebsrichtungen des Getriebes bestimmt werden, insbesondere eine Abtriebsrichtung des Getriebes auf das Spannrad, so dass das Band gespannt werden kann.

15 Es kann ferner mit Vorteil vorgesehen sein, dass mit einem Lösen der Klemmung auch die auf das Spannrad und das Getriebe wirkende Bandspannung zumindest teilweise, vorzugsweise vollständig, genommen wird. Da mit derartigen Sperreinrichtungen vergleichsweise geringe Lösekräfte zur Aufhebung der Klemmung selbst bei hohen Bandspannungswerten erforderlich sind, ergeben sich mit der 20 Erfindung besonders funktionssichere und einfach zu bedienende Umreifungsvorrichtungen. Die geringen Bedien- bzw. Betätigungskräfte erlauben es auch auf einen Wippenhebel zu verzichten, mit dem bisher hohe Momente bei vorbekannten Umreifungsvorrichtungen zum Anheben der Wippe vom gespannten Band erzeugt wurden. Anstelle eines langen Wippenhebels kann nun eine Taste oder 25 Taster eingesetzt werden, mit der oder dem der spannungslösende Vorgang erfolgt.

Weitere bevorzugte Ausgestaltungen der Erfindung ergeben sich aus den Ansprüchen, der Beschreibung und der Zeichnung.

30 Die Erfindung wird anhand von in den Figuren rein schematisch dargestellten Ausführungsbeispielen näher erläutert, es zeigen:

11

Fig. 1          eine     erfindungsgemässe     Umreifungsvorrichtung     in     einer
                 perspektivischen Darstellung;

Fig. 1a         ein weiteres Beispiel einer erfindungsgemässen Umreifungsvorrichtung;

5

Fig. 1b         noch     ein     weiteres     Beispiel     einer     erfindungsgemässen
                 Umreifungsvorrichtung;

Fig. 2          eine Explosionsdarstellung der Spanneinrichtung der Umreifungsvor-
                 richtung aus Fig. 1 zusammen mit dem Motor;

10

Fig. 3          eine     perspektivische     Darstellung     der     Spann-     und     der
                 Verschlusseinrichtung der Umreifungsvorrichtung aus Fig. 1;

Fig. 4          eine   weitere   perspektivische   Darstellung   der   Spann-   und   der
                 Verschlusseinrichtung der Umreifungsvorrichtung aus Fig. 1;

15

Fig. 5          eine Explosionsdarstellung eines weiteren Ausführungsbeispiels der
                 Spanneinrichtung der Umreifungsvorrichtung aus Fig. 1 zusammen mit
                 dem Motor;

20

Fig. 6          eine     perspektivische     Darstellung     der     Spann-     und     der
                 Verschlusseinrichtung der Umreifungsvorrichtung aus Fig. 1;

Fig. 7          eine   weitere   perspektivische   Darstellung   der   Spann-   und   der
                 Verschlusseinrichtung der Umreifungsvorrichtung aus Fig. 1;

25

Fig. 8          eine Seitenansicht auf die Spanneinrichtung aus Fig. 5, in der sich eine
                 Wippe in einer ersten Schwenkendposition befindet;

30

Fig. 9          eine Seitenansicht auf die Spanneinrichtung aus Fig. 5, in der sich die
                 Wippe in einer zweiten Schwenkendposition befindet;

Fig. 10      eine Seitenansicht auf die Spanneinrichtung aus Fig. 2, in der sich die Wippe in einer Position mit hohem Andrückkraft gegen eine Spannplatte befindet;

5

Fig. 11      eine Seitenansicht auf die Spanneinrichtung aus Fig. 2, in der sich die Wippe in einer Position mit im Vergleich zur Fig. 10 geringerer Andrückkraft gegen eine Spannplatte befindet;

10     Fig. 12      eine perspektivische Teildarstellung der Spann- und der Sperreinrichtung;

Fig. 13      eine Schnittdarstellung der Spann- und Sperreinrichtung;

15     Fig. 14      eine Prinzipdarstellung der geometrischen Verhältnisse einer bevorzugten Sperreinrichtung.

Das in den Fig. 1 und 2 gezeigte, ausschliesslich handbetätigte erfindungsgemässe Umreifungsgerät 1 weist ein Gehäuse 2 auf, das die Mechanik des Umreifungsgeräts umgibt und an dem ein Griff 3 zur Handhabung des Geräts ausgebildet ist. Das 20 Umreifungsgerät ist ferner mit einer Grundplatte 4 versehen, deren Unterseite zur Anordnung auf einem zu verpackenden Gegenstand vorgesehen ist. Auf der Grundplatte 4 und am mit der Grundplatte verbundenen nicht näher dargestellten Träger des Umreifungsgeräts sind sämtliche Funktionseinheiten des 25 Umreifungsgeräts 1 befestigt.

Mit dem Umreifungsgerät 1 kann eine in Fig. 1 nicht näher dargestellte Schlaufe eines Plastikbandes B, beispielsweise aus Polypropylen (PP) oder Polyester (PET), die zuvor um den zu verpackenden Gegenstand gelegt wurde, mittels einer 30 Spanneinrichtung 6 des Umreifungsgeräts gespannt werden. Die Spanneinrichtung weist hierzu ein Spannrad 7 auf, mit der das Band B für einen Spannvorgang erfasst werden kann. Das Spannrad 7 ist an einer schwenkbaren Wippe 8 angeordnet, die um

13

eine Wippenschwenkachse 8a geschwenkt werden kann. Das mit seiner Rotationsachse mit Abstand zur Wippenschwenkachse 8a angeordnete Spannrad 7 kann durch eine Schwenkbewegung der Wippe 8 um die Wippenschwenkachse 8a von einer Endposition mit Abstand zu einer an der Grundplatte 4 angebrachten, vorzugsweise gekrümmten, Spannplatte 9 in eine zweite Endposition überführt werden, in der das Spannrad 7 gegen die Spannplatte 9 gedrückt wird. Durch eine entsprechende motorisch angetriebene Bewegung in umgekehrten Drehsinn um die Wippenschwenkachse 8a kann das Spannrad 7 von der Spannplatte 9 entfernt und in seine Ausgangsposition zurückgeschwenkt werden, wodurch sich das zwischen dem Spannrad 7 und der Spannplatte 9 befindliche Band zur Entnahme freigegeben wird.

Im Einsatz der gezeigten Ausführungsform einer Spannvorrichtung befinden sich zwei Lagen des Umreifungsbands zwischen dem Spannrad 7 und der Spannplatte und werden durch das Spannrad 7 gegen die Spannplatte gedrückt. Durch Rotation des Spannrades 7 ist es dann möglich, die Bandschlaufe mit einer für den Verpackungszweck ausreichend hohen Bandspannung zu versehen. Der Vorgang des Spannens und die hierzu in vorteilhafter Weise ausgebildeten Spannvorrichtung und Wippe 8 werden nachfolgend noch näher erläutert.

Anschliessend kann an einer Stelle der Bandschlaufe, an der zwei Lagen des Bandes übereinander liegen, in einer an sich bekannten Weise eine Verschweissung der beiden Lagen mittels der Reibschweisseinrichtung 12 des Umreifungsgeräts erfolgen. Die Bandschlaufe kann hierdurch dauerhaft verschlossen werden. Im hier gezeigten bevorzugten Ausführungsbeispiel wird die Reibschweiss- und Trenneinrichtung 12 vom gleichen nur einen Motor M des Umreifungsgeräts angetrieben, mit dem auch alle anderen motorisch angetrieben Bewegungen ausgeführt werden. Hierzu ist in an sich bekannter Weise in der Übertragungsrichtung vom Motor M zu den Stellen, an denen die motorische Antriebsbewegung  ein im Detail nicht näher dargestellter Freilauf vorgesehen, durch den bewirkt wird, dass die Antriebsbewegung in die jeweils dafür vorgesehene Antriebsdrehrichtung auf die entsprechende Funktionseinheit des Umreifungsgeräts übertragen wird und in der jeweils dafür vorgesehenen anderen Antriebsdrehrichtung des Motors keine Übertragung erfolgt.

14

Die Reibschweisseinrichtung 12 ist hierfür mit einem lediglich stark schematisiert dargestellten Schweissschuh 13 versehen, der mittels einer Überführungseinrichtung 14 von einer Ruheposition mit Abstand zum Band in eine Schweissposition überführt

5    wird, in welcher der Schweissschuh gegen das Band gedrückt ist. Der hierbei durch mechanischen Druck auf das Umreifungsband gedrückte Schweissschuh und die gleichzeitig erfolgende oszillierende Bewegung des Schweissschuhs mit einer vorbestimmten Frequenz, schmilzt die beiden Lagen des Umreifungsbands an. Die lokal plastifizierten bzw. aufgeschmolzenen Bereiche des Bands B fliessen ineinander

10   und nach einer Abkühlung des Bandes B entsteht dann eine Verbindung zwischen den beiden Bandlagen. Soweit erforderlich, kann dann die Bandschlaufe von einer Vorratsrolle des Bandes mittels einer nicht näher dargestellten Schneideinrichtung des Umreifungsgerätes 1 abgetrennt werden.

15   Die Zustellung des Spannrads 7 in Richtung auf die Spannplatte 9, der rotative Antrieb des Spannrads 7 um die Spannachse 6a, das Anheben des Spannrads von der Spannplatte, die Zustellung der Reibschweisseinrichtung 12 mittels der Überführungseinrichtung 14 der Reibschweisseinrichtung 12 als auch der Einsatz der Reibschweisseinrichtung 12 an sich sowie die Betätigung der Schneideinrichtung

20   erfolgen unter Einsatz lediglich nur einem gemeinsamen elektrischen Motors M, der für diese Komponenten des Umreifungsgeräts jeweils eine Antriebsbewegung zur Verfügung stellt. Zur Stromversorgung des Motors M ist am Umreifungsgerät ein austauschbarer und insbesondere zur Aufladung entnehmbarer und austauschbarer Akkumulator 15 angeordnet, der zur Speicherung von elektrischer Energie dient. Die

25   Zuführung von anderer äusserer Hilfsenergie, wie beispielsweise Druckluft oder weitere Elektrizität kann vorgesehen sein, erfolgt jedoch beim Umreifungsgerät gemäss den Fig. 1 und 2 nicht.

Wie in Fig. 4 dargestellt ist, ist beim erfindungsgemässen Umreifungsgerät

30   vorgesehen, an zwei Stellen der Antriebsachse des Motors M dessen Antriebsbewegung entweder für die Spanneinrichtung 6 oder für die Reibschweisseinrichtung 12 abzugreifen. Der Motor M kann hierzu in jede der beiden

15

Drehrichtungen betrieben werden. Der Wechsel der Übertragung der Antriebsbewegung zur Spanneinrichtung 6 oder zur Reibschweisseinrichtung 12 erfolgt durch einen auf der Antriebswelle des Motors M angeordneten (und nicht näher dargestellten) Freilauf automatisch in Abhängigkeit von der Drehrichtung der

5    Antriebswelle des Motors. In der einen Drehrichtung der Antriebswelle wird die Antriebsbewegung auf die Spanneinrichtung 6 übertragen. Aufgrund des Freilaufs erfährt die Reibschweisseinrichtung 12 hierbei keine Antriebsbewegung. In der anderen Drehrichtung ist die Spanneinrichtung 6 ohne Antriebsbewegung und die Reibschweisseinrichtung 12 wird angetrieben. Etwaige manuell vorzunehmende

10   Schaltvorgänge sind zur Änderung der Übertragungsrichtung der motorischen Antriebsbewegung bei dieser Ausführungsform nicht erforderlich. Derartige Freiläufe sind im Zusammenhang mit Umreifungsvorrichtung vorbekannt, weshalb hierauf nicht näher eingegangen wird.

15   Wie ebenfalls in den Fig. 4 dargestellt ist, erfolgt die motorische Übertragung der Antriebsbewegung auf die Reibschweisseinrichtung 12 und Überführungseinrichtung 14 durch geeignete Mittel. Hierbei kann es sich beispielsweise um einen Zahnriementrieb mit einem ringförmig geschlossenen Zahnriemen handeln, der über zwei Zahnräder geführt ist. Eines der beiden Zahnräder ist auf der Antriebswelle des

20   Elektromotors M angeordnet, das andere gehört zu einem Getriebe der Reibschweisseinrichtung 12, mit dem die motorische Antriebsbewegung sowohl die Überführungseinrichtung 14 als auch den Schweissschuh 13 der Reibschweisseinrichtung 12 bewegt. Der auf zwei übereinander liegenden Lagen des Umreifungsband gedrückte Schweissschuh kann hierdurch in eine oszillierende

25   Bewegung mit vorbestimmter Frequenz und Amplitude versetzt werden, mit der die beiden Bandlagen im Bereich des Schweissschuhs lokal aufgeschmolzen und durch die nachfolgende Abkühlung miteinander verschweißt werden.

Auf der Antriebswelle des Motors befindet sich vom Motor M aus gesehen hinter dem

30   Zahnriementrieb zur Schweisseinrichtung ein Kegelrad 19, das ebenso zu einem Kegelradgetriebe der Spanneinrichtung gehört, wie ein zweites Kegelrad 20, mit dem es kämmt. Auf der gleichen Welle, auf der das zweite Kegelrad 20 angeordnet ist,

befindet sich auch ein erstes Zahnrad 21 eines weiteren Zahnriementriebs 22, der zudem über ein zweites Zahnrad 23 geführt ist. Das erste Zahnrad 21 des Zahnriementriebs 22 ist auf der Welle 24 drehfest angeordnet.

5    Auf das andere Ende der Welle 24 ist die Wippe 8 des Umreifungsgeräts aufgeschoben, die Bestandteil der Spanneinrichtung 6 ist und das Spannrad 7 als auch ein dem Spannrad 7 vorgeschaltete Getriebe, hier ein Planetengetriebe 26 trägt, wozu an der Wippe 8 geeignete Lagerstellen vorgesehen sein können. Die Wippe 8 ist auf die Welle 24 derart aufgeschoben, dass sie um die Längsachse der Welle 24
10   schwenkbar angeordnet und gelagert ist. Die Längsachse der Welle 24 ist somit gleichzeitig die Wippenschwenkachse 8a, um die die Wippe 8 schwenkbar ist.

Das Planetengetriebe 26 kann als ein- oder als mehrstufiges Planetengetriebe, insbesondere als zwei- oder dreistufiges Planetengetriebe, ausgebildet sein. Von
15   einer zum Spannrad 7 gewandten Stirnseite des Zahnrads 23 steht ein zum Planetengetriebe 26 gehörendes eingangsseitiges aussenverzahntes Sonnenrad 30 ab, dessen Drehachse identisch mit der Drehachse 6a des eingangsseitigen Zahnrads 23 ist. Auf einer Welle des Zahnrads 23, an der im Ausführungsbeispiel auch das Sonnenrad 30 ausgebildet ist, ist ein Freilauf 45, der nur eine Drehrichtung
20   des Sonnenrads 30 zulässt, nämlich die Drehrichtung, die für den Antrieb des Spannrads vorgesehen ist. Das Sonnenrad 30 ist durch ein Hohlrad 27 und durch eine zentrische Ausnehmung eines Planetenträgers 25 hindurchgeführt, die ebenfalls Bestandteil des Planetengetriebes 26 sind. Von der Eingangsseite des Planetenrads aus gesehen, ist der Planetenträger 25 auf der Achse des Planetengetriebes 26, die
25   der Spannachse 6a entspricht, hinter dem Hohlrad 27 angeordnet. Der Planetenträger könnte auch so ausgebildet sein, dass es ein Klemm-, Kupplungs- oder Stirnrad darstellt.

Das Hohlrad 27 weist an seinem äusseren Umfang einen Nocken 27c auf, der in
30   Eingriff mit einem an der Grundplatte 4 der Umreifungsvorrichtung befestigten Abstützung 46 steht. Das innenverzahnte Hohlrad 27 stützt sich hierbei derart ab, dass der Nocken 27c innerhalb seines Eingriffs in die Abstützung 46, beispielsweise

in eine Ausnehmung 46a der Abstützung, geringfügige Relativbewegungen ausführen kann. Das Hohlrad 27 weist zudem einen ringförmigen Absatz 27a auf, auf dem ein Wälzlager 28 zur Lagerung des Planetengetriebes 26 angeordnet ist.

5   Der Planetenträger 25, dessen Achse mit der Spannachse 6a fluchtet, steht mit seinen drei Planetenrädern 25b im Eingriff mit einer Innenverzahnung des eingangsseitigen Hohlrads 27 des Planetengetriebes 26. Die Planetenräder 25b des Planetenträgers 25 stehen ausserdem mit dem Sonnenrad 30 in Eingriff, von dem sie eine Antriebsbewegung aufnehmen und auf das Hohlrad 27 und entsprechend

10  untersetzt übertragen können. Bei rotationsfester Anordnung des Planetenträgers 25 kann somit eine Rotationsbewegung des Sonnenrads 30 in eine Rotationsbewegung des Hohlrads 27 umgesetzt werden. Im Ausführungsbeispiel ist eine erste Klemme 29 einer Sperr- bzw. Klemmeinrichtung als schwenkbarer Nocken ausgebildet, der mit einer Klemmfläche 25a am äusseren Umfang des Planetenträgers 25 in Kontakt

15  bringbar oder von ihr mit Abstand weggeschwenkt werden kann. Der Nocken ist hierbei so angeordnet, dass bei Kontakt des Nockens mit der Klemmfläche 25a durch eine Rotation des eingangsseitigen Planetenträgers 25 in die für den Planetenträger 25 vorgesehene Drehrichtung die Klemmwirkung weiter verstärkt wird. Durch ein Zustellen des Nockens auf die Klemmfläche 25a aufgrund eines entsprechenden

20  Schaltvorgangs kann der Planetenträger 25 gegen Rotation blockiert werden. Durch ebenfalls eines Schaltvorgangs kann der Nocken 29 von der Klemmfläche 25a entfernt und damit der Planetenträger 25 für Rotationsbewegungen freigegeben werden. Der Schaltvorgang kann hierbei eine Schwenkbewegung der Klemme 29 um eine Schaltachse 143 auslösen, der durch Betätigung einer Taste 144 ausgelöst wird.

25

Das Sonnenrad 30 ist zudem im Bereich der Rotationsachse 31 eines Hohlrads 32 angeordnet, dessen nicht verzahnte Außenfläche 32a einer zweiten Klemme 33 zugeordnet ist. Die Rotationsachse 31 ist identisch mit bzw. fluchtet mit der Spannachse 6a. Die mit der Aussenfläche 32a zusammenwirkende Klemme 33 kann

30  in prinzipiell gleicher Weise wie die erste Klemme 29 als schaltbarer Nocken ausgebildet sein, der zwischen zwei Endposition bewegt werden kann, wobei in der einen Position das Hohlrad 32 gegen Rotation blockiert und in der anderen Position

18

für Rotationsbewegungen freigegeben ist. Des Weiteren steht eine Innenverzahnung des Hohlrads 32 in Eingriff mit drei Planetenrädern 34, die an der zum Hohlrad 32 gewandten Stirnseite des nachfolgenden Planetenträgers 35 gelagert sind. Die Planetenräder 34 des Planetenträgers 35 stehen ausserdem in Eingriff mit dem

5   Sonnenrad 30 des eingangsseitigen Zahnrads 23, das in das Hohlrad 32 hineinragt.

Die Sperreinrichtung ist in der beschriebenen bevorzugten Ausführungsform derart ausgelegt, dass stets eines und nur eines der Räder 25, 32 gegen eine Rotation geklemmt und das jeweils andere Rad 25, 32 für Rotationsbewegungen frei ist. Es ist

10  somit in Abhängigkeit der Stellungen der Sperrvorrichtungen 29, 33 möglich, dass eine Rotationsbewegung des Zahnrads 23 und des Sonnenrads 30 entweder zu einer Rotation des Planetenträgers 35 um die Spannachse 6a und Rotationsachse 31 aufgrund einer Bewegung der Planetenräder 34 in der Innenverzahnung des Hohlrads 32 führt. Oder die Rotation des Sonnenrads 30 führt in Abhängigkeit der Stellungen

15  der Sperreinrichtung zu einer Rotation des Hohlrads 32. Ist der Planetenträger 25 nicht durch die Sperreinrichtung geklemmt, nimmt das drehende Sonnenrad die Planetenräder 25b derart mit, dass sich der Planetenträger 25 dreht und das Hohlrad 27 ortsfest verbleibt. Ist hingegen das Hohlrad 32 nicht geklemmt, führt eine Rotation des Sonnenrads 30 zu einer Mitnahme der Planetenräder 34, die wiederum das

20  Hohlrad 32 in eine Rotationsbewegung versetzen. Da der Widerstand gegen Rotation im weiteren Verlauf des Planetengetriebes 26 zum Spannrad 7 hin grösser ist als das zu überwindende Drehmoment, um das Hohlrad 32 in Rotation zu versetzen, dreht sich in diesem Fall vor allem das Hohlrad 32 und das Spannrad 7 rotiert zumindest im wesentlichen nicht.

25

Auf der anderen, zum Spannrad 7 gewandten, Stirnseite des Planetenträgers 35 ist drehfest an diesem ein weiteres Sonnenrad 36 angeordnet, das mit Planetenrädern 41 eines weiteren Planetenträgers 42 kämmt. Ein zum Spannrad 7 gerichtetes weiteres und mit dem Planetenträger 42 drehfest verbundenes Sonnenrad 43 ist

30  durch eine Ausnehmung des als Hohlrad ausgebildeten weiteren Planetenträgers 37 durchgeführt. Das Sonnenrad 43 steht in kämmenden Eingriff mit zum Spannrad 7 gewandten Planetenrädern 38 des weiteren Planetenträgers 37. Die Planetenräder 38

19

des zweiten Planetenträgers 37 kämmen wiederum mit einer Innenverzahnung des Spannrads 7 und treiben letzteres zu seiner Rotationsbewegung um die Spannachse 6a an. Diese Rotationsbewegung des an seiner äußeren Umfangsfläche mit einer feinen Verzahnung (nicht dargestellt) versehenen Spannrads 7 wird dazu genutzt, um

5    mit der Umfangsfläche das Band B zu erfassen und das Band der Bandschlaufe zurückzuziehen, wodurch eine Bandspannung in der Bandschlaufe erhöht wird.

Der dritte Planetenträger 37 weist auf seiner Außenfläche einen Absatz 37a auf, der durch eine Rotationsbewegung  gegen ein Anschlagelement 39 in Kontakt gebracht

10   werden kann. Das Anschlagelement 39 selbst ist nicht an der Wippe sondern an der Grundplatte 4 oder einem sonstigen Träger fixiert, der nicht mit der Wippe 8 bei deren Schwenkbewegung teilnimmt. Das Anschlagelement 39 ist somit in Bezug auf den Absatz 37a ortsfest.

15   Im Einsatz bei der Umreifung von Packgut verhält sich das Umreifungsgerät 1 wie folgt: Nachdem um das jeweilige Packgut eine Bandschlaufe mit einem handelsüblichen Kunststoffumreifungsband gelegt ist, wird dieses im Bereich des Bandendes, in dem die Bandschlaufe abschnittsweise doppellagig ist, in das Bandumreifungsgerät eingelegt und das Bandende mit einer nicht näher dargestellten

20   Bandklemme im Umreifungsgerät festgehalten. Ein sich unmittelbar an die Bandschlaufe anschließender Abschnitt des Bandes B wird doppellagig über die Spannplatte 9 der Spanneinrichtung 6 gelegt. Die Wippe 8 mit dem Spannrad 7 und dem vorgeschalteten Getriebe 26 befindet sich hierbei in ihrer oberen Endposition, in der das Spannrad 7 mit Abstand (mit seinem größten vorgesehenen Abstand) zur

25   Spannplatte 9 angeordnet ist, wodurch sich ein möglichst großer Öffnungsspalt ergibt, der ein einfaches, komfortables und damit auch ein schnelles Einlegen des Bands in die Spanneinrichtung ermöglicht. Nachfolgend wird die Wippe auf eine dem Spannrad 7 gegenüberliegende Spannplatte 9 abgesenkt und gegen das zwischen der Spannplatte 9 und dem Spannrad 7 angeordnete Band gedrückt. Sowohl diese

30   Überführungsbewegung des Spannrads als auch die Höhe der zu Beginn des Spannvorgangs vom Spannrad auf das Band ausgeübte Anpresskraft kann in der beschriebenen Ausführungsform der Erfindung durch ein oder mehrere vorgespannte

20

Federelemente 44 (nicht dargestellt) erzeugt werden. Durch Betätigen einer Taste 10 kann das Federlement freigegeben und der gesamte Umreifungsvorgang mit seinen nacheinander ausgeführten Vorgangsabschnitten „Spannen", „Verschlusserzeugung", „Schneiden", Lösen der Spannung vom Band im Bereich der Spanneinrichtung,und

5    „Anheben der Wippe" ausgelöst werden. Es ist möglich, Ausführungsformen der Erfindung vorzusehen, bei denen dann vorzugsweise kein weiterer Eingriff durch den Bediener des Umreifungsgeräts erfolgen muss. Im gezeigten Ausführungsbeispiel ist hingegen für das Ingangsetzen des Vorgang „Lösen der Spannung vom Band" eine weitere Betätigung einer weiteren Taste erforderlich, im Ausführungsbeispiel die Taste

10   144. Im bevorzugten Ausführungsbeispiel wird hierbei mit der mechanisch wirkenden Wippentaste 144 auf die Sperreinrichtung mit ihren beiden Klemmen 29, 33 eingewirkt und diese in oder ausser Eingriff mit dem Planetengetriebe geschaltet.

Nachdem das Spannrad 7 automatisch von der offenen Position in seine

15   Spannposition (vgl. Spannposition in Fig. 10 und offene Position in Fig. 11), in der es auf dem Band B aufliegt und über das Band auf die Spannplatte 9 drückt, wird die motorische Antriebsbewegung auf das Spannrad 7 übertragen. Nun wird die zweite Klemme 33 in ihre Position überführt, in der sie gegen das Hohlrad 32 drückt. Das Hohlrad 32 ist hierdurch gegen Rotationsbewegungen arretiert und gesperrt. Die erste

20   Klemme 29 ist hingegen weiterhin mit Abstand zum eingangsseitigen Planetenträger 25 positioniert und gibt das Hohlrad 27 für Rotationsbewegungen frei. Die motorische Antriebsbewegung, die aufgrund der vorgesehenen bestimmten Drehrichtung des Motors M über das Kegelradgetriebe 19, 20, 21 auf den zweiten Zahnriementrieb 22 und damit auf das Zahnrad 23 übertragen wird, gelangt von hier in der Reihenfolge

25   der nachfolgend genannten Getriebeglieder über das eingangsseitige Zahnrad 23, das Sonnenrad 30, die Planetenräder 34, das Sonnenrad 36, die Planetenräder 41, das Sonnenrad 43 und über die Planetenräder 38 auf das Spannrad 7. Das Spannrad 7 kann unter anderem durch das mehrstufige Planetengetriebe in stark untersetzter Rotationsbewegung des Motors - und damit bei Bedarf mit entsprechend hohem

30   Drehmoment - in die vorbestimmte Drehrichtung angetrieben werden.

21

Im soeben zuvor beschriebenen Betriebszustand „Spannen" des Umreifungsgeräts entsteht durch das angetriebene, sich mit dem Band in Eingriff befindliche Spannrad 7 je nach Widerstandskraft, die aus der Bandspannung resultiert und als Reaktion auf das Spannrad 7 wirkt, am Spannrad 7 eine entsprechende in entgegengesetzte

5    Richtung wirkende Gegenkraft. Diese Gegenkraft wirkt in umgekehrter Übertragungsrichtung wie die motorische Antriebsbewegung, auf sämtliche an der Übertragung der Antriebsbewegung beteiligte Getriebeglieder des mehrstufigen Planetengetriebes. Falls ein anderer Getriebetyp als ein ein- oder mehrstufiges Planetengetriebe zum Einsatz kommt, so steht auch an diesem die aus der bereits

10   aufgebrachten Bandspannung resultierende und über den Kontakt mit dem Spannrad in das jeweilige Getriebe eingeleitete Gegenkraft zur Nutzung im Sinne der vorliegenden Erfindung zur Verfügung an. Erfindungsgemäss kann diese Gegenkraft zur Verbesserung der Verfahrensbedingungen, insbesondere der Funktionssicherheit auch bei hohen aufzubringenden Bandspannungen, eingesetzt werden. Um diese

15   Gegenkraft für den nachfolgend beschriebenen Zweck zu nutzen, wäre es somit prinzipiell möglich jedes dieser Getriebeglieder hierfür einzusetzen, insbesondere an jedem dieser Getriebeglieder die genannte Gegenkraft abzugreifen und einzusetzen.

Im Ausführungsbeispiel wird der Planetenträger 37 hierfür eingesetzt. Der

20   Planetenträger 37 wird hierbei über das Anschlagelement 39 auf der Grundplatte 4 abgestützt, wodurch die ganze Spanneinrichtung 6 um die Wippenachse 8a proportional zur Widerstandskraft (Bandspannung) auf das Band gedrückt wird. Das Spannrad 7 wird somit proportional zur Bandspannung auf das Band B gedrückt. Die durch den Spannvorgang erzeugte Bandspannung wird genutzt, um in vorteilhafter

25   Weise bei stetig ansteigender Bandspannung auch die Andrückkraft des Spannrads 7 auf das Band B zu erhöhen, wodurch der an sich bei steigender Bandspannung ebenfalls steigenden Gefahr eines „Durchrutschens" bzw. eines Schlupfs des Spannrads 7 beim Spannvorgang entgegen gewirkt werden kann.

30   Der Planetenträger ist hierzu mit dem Eingriffselement 37a ausgebildet, das mit dem ortsfesten Anschlagelement 39 zusammenwirkt. Das als Nocken ausgebildete und am äusseren Umfang des Planetenträgers angeordnete und von diesem im wesentlichen

22

radial abstehende Eingriffselement stützt sich am Anschlagelement 39 ab. Wie unter anderem aus Fig. 3 hervorgeht, befindet sich das ortsfeste Anschlagelement 39 hierzu im Bereich des Kopfendes des Umreifungsgerätes. Das Anschlagelement 39 befindet sich im gezeigten Ausführungsbeispiel auf der einen Seite, nämlich dem

5 kopfseitigen Ende, der Spannachse 6a und die im wesentlichen parallel zu ihr verlaufende Wippenschwenkachse 8a auf der anderen Seite der Spannachse 6a. Die Wippe 8, an welcher der Planetenträger 37 über ein Wälzlager drehbar um die Spannachse 6a angeordnet ist, ist auch zumindest während des Spannvorgangs schwenkbar, d.h. nicht gegen Schwenkbewegungen blockiert sondern hierfür

10 freigegeben. Zudem ist der Planetenträger 37 während des Spannvorgangs um die Spannachse 6a drehbar.  Die als Reaktion auf den Spannvorgang im Band B erzeugte Bandspannung bewirkt eine der beim Spannvorgang vorgesehenen Drehrichtung des Spannrads entgegengesetzte Kraft auf das Spannrad 7. Diese Reaktionskraft wirkt vom Spannrad aus über den Planetenträger 37 auf die Wippe 8 als um die

15 Wippenschwenkachse 8a gerichtetes Drehmoment, durch das der Planetenträger 37 mit erhöter Kraft gegen das Band in Richtung auf die Spannplatte 9 gedrückt wird. Je höher hierbei die bereits in das Band eingebrachte Bandspannung ist, je höher ist das daraus und aus der weiterhin auf das Spannrad 7 wirkenden motorischen Antriebsbewegung resultierendem Drehmoment. Dieses als Reaktion entstehende

20 Drehmoment ist wiederum proportional zu der vom Spannrad 7 auf das Band B wirkenden resultierenden Andrückkraft, mit der das Band B vom Spannrad 7 gegen die Spannplatte 9 gedrückt wird. Eine aus der motorischen Antriebsbewegung auf das Spannrad 7 steigenden Bandspannung geht deshalb bei der Erfindung mit einer steigenden Andrückkraft der Spanneinrichtung auf das Band einher.

25

Nach einer Beendigung des Spannvorgangs und des sich an diesen anschließenden Schweissvorgangs zur Verschlussbildung sowie nach einem erfolgten motorisch angetriebenen Schneidvorgang durch eine nicht näher dargestellte in die Umreifungsvorrichtung integrierte, Schneidvorrichtung, soll eine komplikationsfreie

30 und schnelle Entnahme des Bands aus der Umreifungsvorrichtung möglich sein. Um dies zu erreichen, ist eine motorische Anhebebewegung des Spannrads 7 aus der Spannposition vorgesehen. Dazu wird die Taste 144 betätigt und solange die Taste

23

144 betätigt ist, bleibt auch die Wippe in der offenen Position, in der eine ausreichende Distanz zwischen der Spannplatte 9 und dem Spannrad 7 geschaffen ist. Durch Loslassen der Taste 144 wird die Wippe geschlossen, beispielsweise durch Federkraft.

5

Im Ausführungsbeispiel wird hierfür zunächst die Wirkverbindung zwischen dem Elektromotor M und dem Spannrad 7 gelöst und eine Wirkverbindung zwischen dem Elektromotor M und der Wippe 8 geschaffen. Dies wird durch Schalten der Klemmen 29, 33 erreicht. Die zuvor bestehende Klemmung des Hohlrads 32 wird dadurch aufgehoben, dass die zweite Klemme 33 von der Aussenfläche 32a des Hohlrads 32 entfernt wird und diese dadurch das Hohlrad 32 für Rotationsbewegungen freigibt. Im wesentlichen gleichzeitig oder unmittelbar danach wird die erste Klemme 29 auf die Klemmfläche 25a des Planetenträgers 25 abgesenkt und mit dieser in klemmende Anlage gebracht. Hierdurch ist der eingangsseitige Planetenträger 25 gegen eine Rotationsbewegung um die Spannachse 6a fixiert und gesperrt, entlang dem sich das gesamte Planetengetriebe befindet. Auch dieser Schaltvorgang wird durch Betätigung der Wippentaste 144 vorgenommen. Die Wippentaste 144 kann hierfür in einen anderen als den zuvor eingenommenen Schaltzustand gebracht werden, die somit insgesamt zumindest zwei unterschiedliche Schaltzustände aufweisen kann.

20

Das Spannrad 7 kann sich dadurch antriebsfrei frei drehen und hat keine Wirkverbindung zum Elektromotor M und zum Sonnenrad 30 mehr, die eine Antriebsbewegung übertragen könnte. Eine Antriebsbewegung des Elektromotors M mit der gleichen Drehrichtung wie beim Spannvorgang wird nun aufgrund der Sperrung des eingangsseitigen Planetenträgers 25 des Planetengetriebes dazu genutzt, dass die Planetenräder 25b des Stirnrads 25 bei ihrer Drehbewegung das eingangsseitige Hohlrad 27 mitnehmen. Das eingangsseitige Hohlrad 27 führt somit aufgrund der drehenden Planetenrädern 25b eine Rotationsbewegung aus. Die Anlage und Abstützung des Hohlrads 27 am Abstützelement 46 führt zu einer Schwenkbewegung des Hohlrads 27 um die Wippenachse 8a. Das aufgrund der Klemmung auch drehfest mit der Wippe 8 verbundene eingangsseitige Hohlrad 27 nimmt bei dieser Bewegung die Wippe 8 mit. Dies führt zu einer Anhebung der Wippe

24

8 und der an ihr befestigten Spanneinrichtung 6 einschliesslich des Spannrads 7. Die Drehbewegung der Wippe 8 kann durch einen Anschlag oder ein Endpositionsgeber begrenzt sein, der den Motor M nach Erreichen einer Endposition in der geöffneten Stellung der Wippe 8 abstellt und eine Arretierung der Wippe auslöst. Durch die
5   motorische Anhebebewegung der Wippe 8 entgegen der Wirkrichtung des Federelements 44 wird auch das Federelement 44 wieder mit einer vergrößerten Vorspannkraft versehen. Das Umreifungsband B kann nun aus dem Umreifungsgerät 1 entnommen werden.

10   Das Umreifungsgerät ist nun für eine nachfolgende neue Umreifung bereit, die in an sich gleicher Weise wie die zuvor beschriebene Umreifung erfolgen kann. Zum nachfolgenden Absenken der Wippe 8 nach Einführung eines neuen Abschnitts des Umreifungsbands B in die Umreifungsvorrichtung 1 muss das Federelement 44 wieder freigegeben werden, was beispielsweise über eine bedienbare Taste am
15   Umreifungsgerät erfolgen kann. Im Ausführungsbeispiel wird hierzu die zuvor betätigte Taste 144 losgelassen. Die Federkraft schwenkt dann die Wippe 8 in nun umgekehrter Schwenkrichtung auf die Spannplatte zu und klemmt für den nachfolgenden Spannvorgang das Band mit einer initialen Andrückkraft zwischen dem Spannrad 7 und der Spannplatte 9 ein. Die im weiteren Verlauf des Spannvorgangs
20   variable Andrückkraft steigt wie beschrieben an.

Die Betätigung der Spanneinrichtung 6, die Zustellung der Reibschweisseinrichtung 13 mittels einer Überführungseinrichtung der Reibschweisseinrichtung 13 als auch der Einsatz der Reibschweisseinrichtung an sich sowie die Betätigung der
25   Schneideinrichtung erfolgen unter Einsatz lediglich eines gemeinsamen elektrischen Motors 14, der für diese Komponenten jeweils eine Antriebsbewegung zur Verfügung stellt. Die hierzu vorgesehene konstruktive Lösung kann prinzipiell jener entsprechen, die in der WO2009/129634 A1 beschrieben ist, deren Offenbarungsgehalt hiermit durch Bezugnahme aufgenommen wird.
30

Vorliegend weist das tragbare mobile Umreifungsgerät 1 ein als Druckschalter ausgebildetes Betätigungselement 10 auf, das zur Inbetriebnahme des Motors

25

vorgesehen ist und nachfolgend als Spanntaste bezeichnet wird. Für das Betätigungselement 10 können mittels eines bei diesem erfindungsgemässen Ausführungsbeispiel eines im Bedien- und Anzeigefeld 25 enthaltenen Modus-Schalters drei Modi eingestellt werden. Beim ersten Modus werden durch
5  nachfolgendes Betätigen des Betätigungselements (Taste) 10, ohne dass weitere Aktivitäten eines Bedieners erforderlich sind, nacheinander und automatisiert sowohl die Spanneinrichtung 6 als auch die Reibschweisseinrichtung 13 ausgelöst. Zur Einstellung des zweiten Modus wird der nicht weiter dargestellte Modusschalter in einen zweiten Schaltmodus umgeschaltet. Der Schaltzustand des Modusschalters
10  wird mit seinen einstellbaren Modi ebenso wie der Schaltzustand des Betätigungselements 10 im Anzeigefeld dargestellt und angezeigt. In dem zweiten möglichen Modus wird dann durch Betätigen der Taste (Spanntaste) 10 nur die Spanneinrichtung 6 ausgelöst. Zur separaten Auslösung der Reibschweisseinrichtung 13 muss die Spanntaste 10 ein zweites Mal vom Bediener betätigt werden. Der dritte
15  Modus ist eine Art Halbautomatik, bei der das als Spanntaste 10 vorgesehene Betätigungselement solange zu drücken ist, bis die in Stufen voreinstellbare Spannkraft bzw. Zugspannung im Band erreicht ist. Bei diesem Modus ist es möglich, den Spannprozess durch Loslassen der Spanntaste 10 zu unterbrechen, beispielsweise um am Umreifungsgut unter das Umreifungsband Kantenschützer
20  anzubringen. Durch Drücken der Spanntaste 10 kann der Spannprozess dann wieder fortgesetzt werden. Dieser dritte Modus kann sowohl mit einem separat auszulösenden als auch mit sich einem automatisch anschliessenden Reibschweissvorgang kombiniert werden. Die Stromversorgung wird jeweils durch den als Lithium-Ionen Akku ausgebildeten Akkumulator 15 sichergestellt.
25

Bei der Ausführung einer Verschlussbildung wird, nachdem das Band als Schlaufe um das Packgut gelegt ist, hierbei in vorbestimmter Weise einlagig durch die Spanneinrichtung 6 und zweilagig durch die Verschlusseinrichtung geführt. Durch Eingriff der Spanneinrichtung 6 in die durch die Spanneinrichtung 6 geführte obere
30  Lage des Bands und durch eine Rückzugbewegung des Bandes wird die vorgesehene Bandspannung aufgebracht. Danach wird der Schweissschuh 13 in Richtung auf eine Gegenhalterfläche der Grundplatte 4 abgesenkt. Je nach eingeschaltetem

Betriebsmodus des Umreifungsgeräts 1 geschieht dies automatisch als Folge des abgeschlossenen Spannvorgangs oder aufgrund einer separaten Auslösung des Reibschweissvorgangs durch Betätigung der dafür vorgesehen Taste. Während des Reibschweissvorgangs ist das Band weiterhin zwischen dem Spannrad 7 und der Spannplatte (Spanngegenhalter) 9 eingeklemmt und wird dort während der Verschlussbildung gehalten. Die Spanneinrichtung hat während dieses Verfahrensabschnitts der Umreifungsbildung die Funktion einer Bandklemme bzw. einer Klemmeinrichtung, die mit zwei zusammenwirkenden Klemmelementen das Band zwischen sich einklemmt. Durch die Absenkung des Schweissschuhs 13 werden die beiden durch die Verschlusseinrichtung durchgeführten Bandlagen gegeneinander und gegen die Gegenhalterfläche gedrückt.

Auf der Anzeige- und Bedienfläche 25a können abwechselnd oder gleichzeitig unterschiedliche Informationen und berührungsempfindliche Betätigungs- oder Eingabeelemente dargestellt werden. Es können unterschiedliche Anzeige- und Eingabeebenen vorgesehen sein, die an- und abwählbar sind und in denen jeweils unterschiedliche Informationen, sowie Betätigungs- und Eingabeelemente darstellbar sind. Die angezeigten Elemente können insbesondere über den Zustand und Einstellungen des Umreifungsgeräts und seiner Komponenten informieren. Als Betätigungselemente können insbesondere mehrere durch Berührung auslösbare weitere Tasten der Bedienfläche 25a anzeigbar sein. Mit diesen Tasten lassen sich die zuvor beschriebenen verschiedenen Modi Manuell (MAN), Halbautomatik (SEM) und Automatik (AUTO) des Umreifungsgeräts sowie Parameter der Umreifungsvorgänge vorauswählen und einstellen. Einstellbare und angezeigte Parameter können beispielsweise die Spannkraft, die Schweisszeit sowie die Abkühlzeit sein. Die Einstellung kann durch Zugabe oder Abzug von vorgegebenen Schritten des jeweiligen Werts durch Betätigung von Plus- oder Minus-Tasten sowie durch Bestätigung des einzustellenden Werts mittels der in diesem Fall als Bestätigungstaste fungierenden Modus-Schalters erfolgen. Durch Betätigung des Modus-Schalters 17 wird der eingestellte Wert in der Steuerung gespeichert, um beim nachfolgenden Umreifungsvorgang benutzt zu werden. Ebenso kann der verwendete Bandtyp durch Auswahl aus einer  vorgegebenen Liste von Bandtypen 26 angezeigt

und ausgewählt werden. Des Weiteren können momentane Betriebszustände angezeigt werden, beispielsweise den Entladungszustand des Akkus sowie während des Spannvorgangs durch einen Fortschrittsbalken den Anteil der bereits erreichten Spannkraft, bezogen auf die eingestellte zu erreichende Spannkraft.

5

Die derart voreingestellten Werte werden vom Umreifungsgerät am Anzeigefeld angezeigt und solange bei den Umreifungsvorgängen benutzt, bis die Parameterwerte wieder verändert werden. Die Umreifungsvorgänge selbst werden durch die im Bereich des vorderen Endes des Griffs des Umreifungsgeräts 1 ergonomisch günstig

10 angeordnete Spanntaste 10 als weiteres Betätigungselement ausgelöst bzw. gestartet. Um das Band in die Spanneinrichtung einlegen zu können, ist unterhalb der Spanntaste 10 die Wippentaste 144 angeordnet, die beispielsweise und vorzugsweise als Drucktaste ausgebildet sein kann. Durch Drücken der Wippentaste 144 wird die Wippe 8 geöffnet, d.h. die Wippe wird mit ihrer Spannplatte 23 vom Spannrad 7

15 weggeschwenkt, so dass sich zwischen der Spannplatte 23 und dem Spannrad 7 ein Spalt ergibt.  Solange die Wippentaste 144 gedrückt bleibt, ist die Spannplatte 23 der Wippe mit Abstand zum Spannrad 7 angeordnet, so dass das Band zwischen der Spannplatte 23 und dem Spannrad 7 in die Spanneinrichtung eingelegt werden kann. Sobald die Wippentaste 144 losgelassen wird, schwenkt die Wippe 8 mit der

20 Spannplatte 23 in Richtung auf das Spannrad 7 zu, wodurch nun die Spannplatte 9 gegen die Unterseite des Bands und die Oberseite des Bands gegen das Spannrad 7 anliegt.

Die am Ende eines Umreifungsvorgangs unter anderem zur Entnahme des Bands aus

25 der Umreifungsvorrichtung betätigte Wippentaste 144, bewirkt aufgrund der zuvor beschriebenen Änderung bzw. Aufhebung der Wirkverbindung zwischen dem Motor und dem Spannrad auch ein Spannungslösen zwischen dem Spannrad 7 und dem Band sowie nachfolgend zu einer durch eine motorische Bewegung erzeugten Abstand zwischen Spannrad 7 und Spannplatte 9. Im Ausführungsbeispiel ist das

30 Spannungslösen eine Folge des mechanischen Schaltvorgangs der Klemmen 29, 33 am Planetengetriebe. Dieser Vorgang erfolgt bei unabhängig davon, ob die Taste 144

28

als eine separate Taste oder eine Taste ausgebildet ist, mit der auch weitere Vorgänge des Umreifungsgeräts 1 schaltbar sind.

Wird das Umreifungsgerät 1 am Griff 3 gehalten, kann mit dem Daumen der Hand, mit
5      der der Griff 3 gehalten wird, die Spanntaste 10 betätigt werden. Die an der Unterseite des Griffs 3 angeordnete Wippentaste 144 kann hierbei in ergonomisch günstiger Weise mit dem Zeigefinger betätigt werden, ohne dass hierfür ein Umgreifen erforderlich ist. In anderen erfindungsgemässen Ausführungsformen kann die Wippentaste 20 auch an der Oberseite des Umreifungsgeräts, insbesondere in
10     unmittelbarer Nähe zur Spanntaste 10, angeordnet sein, so dass mit dem Daumen der den Handgriff 3 erfassenden Hand sowohl die Spanntaste 10 als auch die Wippentaste 144 betätigbar ist. Die Spanntaste 10 kann hierbei sowohl für eine Auslösung des Spann- als auch des Schweissvorgangs zuständig sein, wobei durch Einstellung des entsprechenden Modus vorgesehen sein kann, dass ein einmaliges
15     Drücken der Spanntaste 10 sowohl den Spann- als auch den nachfolgenden Verbindungsvorgang auslöst. Durch Wahl eines anderen Betriebsmodus kann durch ein einmaliges Drücken der Spanntaste auch nur der Spannvorgang in Gang gesetzt werden. Zur Durchführung des Verbindungs- bzw. des Schweissvorgangs ist dann ein nochmaliges Drücken der Spanntaste 10 erforderlich.

20

In einer hierzu alternativen und in Fig. 1a gezeigten Ausführungsform kann am Umreifungsgerät 1, insbesondere im Bereich des Handgriffs, auch (nur) eine Kombinationstaste 10 vorgesehen sein, die zwei Betätigungsbereiche aufweist, einen für das Spannen und Schweissen und einen für die Wippenbetätigung. Eine separate
25     Wippentaste, wie sie als Wippentaste 144 im Ausführungsbeispiel von Fig. 1 vorgesehen ist, kann im Ausführungsbeispiel von Fig. 1a entfallen. Trotzdem können auch hier der Spann- und Schweissvorgang wahlweise durch nur eine Betätigung oder durch voneinander getrennte separate Betätigungsvorgänge des einen Betätigungsbereichs der Taste 10 ausgelöst werden. Der Spannvorgang kann durch
30     ein einmaliges Betätigen und der Verbindungsvorgang durch ein dem Spannvorgang nachfolgendes mehrmaliges Betätigen ausgelöst werden, insbesondere durch einen Doppelklick. Der andere Betätigungsbereich ist für die Wippenbetätigung vorgesehen.

Eine solche Kombinationstaste kann sich beispielsweise zumindest in etwa an der Stelle des Umreifungsgeräts befinden, an der in den Fig. 1 und 2 die Spanntaste 10 angeordnet ist. Die verschiedenen Betätigungsbereiche 10a, 10b der Kombinationstaste 10 können beispielsweise unterschiedliche Endbereiche der Kombinationstaste sein.

5

In einer weiteren alternativen Ausführungsform kann, insbesondere im Bereich des Handgriffs 3, für jede der drei Funktionen eine eigene Taste 10, 144, 145 vorgesehen sein. In diesem Fall kann zum Auslösen des jeweiligen Vorgangs nur jeweils eine einmalige Betätigung der jeweiligen Taste 10, 144, 145 erforderlich sein. Wie im dementsprechenden Ausführungsbeispiel von Fig. 1b gezeigt ist, ist die Taste 10 bei ihrer Betätigung dazu vorgesehen, den Spannvorgang auszulösen, die Überführungseinrichtung 14 für die Überführung der Verbindungseinrichtung in ihre Arbeitsposition sowie zurück in ihre Ruheposition auszulösen, sowie die Verbindungseinrichutng zur Erzeugung der Verbindung am Umreifungsband auszulösen.

10

15

In noch einer weiteren von mehreren weiteren Ausführungsform können mit einer separaten Taste 145 nur der Verbindungsvorgang, hier der Schweissvorgang, ausgelöst werden, während sämtliche anderen Vorgänge beim Umreifungsgerät durch nur eine weitere Taste 10 oder Taste 144 auszulösen sind, insbesondere der Spannvorgang sowie die Bewegung der Wippe und das Spannungslösen. Die Betätigung der Taste 10 oder der Taste 144 dieser Ausführungsformen können hierbei nur einmal oder auch mehrfach zu betätigen sein.

20

25

Bei sämtlichen Ausführungsformen ist es bevorzugt, wenn die dem Spann- und dem Schweissvorgang zugeordneten Tasten elektrische Schaltvorgänge auslösen, die der Steuerung zugeführt werden. Die Betätigung der Wippentaste 144 kann hingegen vorzugsweise elektromechanisch zur Wippe weitergeleitet werden und einen Schwenkvorgang der Wippe auslösen. Ebenso können ein oder mehrere zusätzliche Antriebselemente vorgesehen sein, welche den Schwenkvorgang der Wippe auslösen und durchführen und elektrisch angesteuert werden.

30

30

Sämtliche Ausgestaltungen der beschriebenen Bedienkonzepte können auch selbständige Bedeutung haben und eigenständige Erfindungen darstellen.

5   In den Fig. 5 bis 9 Ist ein weiteres Ausführungsbeispiel für ein erfindungsgemässes Umreifungsgerät dargestellt. In Bezug auf seine äußere Erscheinung kann auch dieses der Darstellung von Fig. 1 entsprechen. Auch der prinzipielle Aufbau dieser Ausführungsform des Umreifungsgeräts kann jenem der zuvor erörterten bevorzugten erfindungsgemässen Ausführungsform entsprechen. Demnach wird auch bei dieser

10   Ausführungsform lediglich ein Motor M verwendet, der die in Fig. 5 nicht gezeigte Schweisseinrichtung 12 und Trenneinrichtung einerseits in einer der beiden Motordrehrichtungen sowie die Spanneinrichtung 6 andererseits in der anderen Motordrehrichtung vorgesehen ist. Der wahlweise Antrieb von entweder der Schweisseinrichtung und Trenneinrichtung einerseits oder der Spanneinrichtung 6

15   andererseits erfolgt über einen Freilauf und unterschiedliche Drehrichtungen des Motors M.

Ebenso weist die Ausführungsform eine um eine Wippenschwenkachse 80a motorisch angetriebene schwenkbare Wippe 80 der Spanneinrichtung 86 auf. Im Unterschied zum zuvor erörterten bevorzugten Ausführungsbeispiel ist hier nicht das

20   Spannrad 87 sondern die Spannplatte 89 an der schwenkbaren Wippe 80 angeordnet, deren Wippenschwenkachse 80a parallel zur Spannachse 86a verläuft. Die motorische Antriebsbewegung mit der Drehrichtung, die für Rotationsbewegungen um die Spannachse 86a genutzt wird, wird auch bei diesem Ausführungsbeispiel zur

25   Schwenkbewegung der Wippe 80 genutzt. Die Wippenschwenkachse 80a verläuft auch bei dieser Ausführungsform im wesentlichen parallel zur Spannachse 86a , um die das Spannrad rotierbar gelagert ist. Die Rotationsbewegung des Motors wird hinter einer Stelle, an der die motorische Antriebsbewegung für die Schweisseinrichtung genutzt wird, über ein Kegelradpaar 99, 100 auf ein

30   Planetengetriebe 106 übertragen und von diesem an das Spannrad 87 weitergegeben. Mit einem auf der Welle eines eingangsseitigen Sonnenrads 110 angeordneten Freilaufs 125 wird sichergestellt, dass die Eingangsseite des

Planetengetriebes 106 nur in eine Drehrichtung sich drehen kann. Das Planetengetriebe 106 ist mit Getriebeelementen versehen, die wie beim zuvor beschriebenen bevorzugten Ausführungsbeispiel mittels einer von zwei Klemmen 29, 33 aufweisenden Sperreinrichtung wahlweise arretiert werden können, wodurch die

5   Antriebsbewegung entweder auf das Spannrad 87 oder auf die Wippe 80 übertragen werden kann.

Zum Öffnen der Spanneinrichtung 86 wird das Hohlrad 107 über die Sperrvorrichtung freigestellt, d.h. die Klemme 33 ist nicht mit dem Hohlrad 107 in klemmenden Eingriff.

10   Das Spannrad 87 kann sich dadurch ohne Wirkverbindung mit dem Motor M frei drehen. Gegebenenfalls vom soeben vorausgegangenen Spannvorgang noch vom Umreifungsband B auf das Spannrad 87 rückwirkende Bandspannung wird dadurch vom Spannrad 87 und dem dem Spannrad vorgeschalteten Getriebe 106 gelöst. Mit der Klemme 29 wird das als Planetenträger 105 ausgebildete Stirnrad gesperrt,

15   dessen Drehachse mit der Spannachse 86a, also der Rotationsachse des Spannrads 87, fluchtet. Die vom Kegelrad 100 auf das eingangsseitige Sonnenrad 110 übertragene motorische Antriebsbewegung kann aufgrund der mittels der Klemme 29 vorgenommenen lösbaren rotatorischen Arretierung des Planetenträgers 105 nicht zu einer Rotation des Planetenträgers 105 sondern zu Rotationsbewegungen der

20   Planetenräder 105b des Planetenträgers 105. Die mit diesen Planetenrädern 105b in Eingriff stehende Innenverzahnung des Hohlrads 109 versetzt letzteres in Rotationsbewegung. Wie insbesondere in Fig. 7 zu erkennen ist, steht eine Aussenverzahnung 109c des Hohlrads 109 in Eingriff mit einer Aussenverzahnung 150c eines Kreisbogensegments 150, das ortsfest auf einem Ende einer

25   Verbindungswelle 151 angeordnet ist. Die Verbindungsachse 151a der Verbindungswelle 151 verläuft parallel zur ortsfesten Spannachse 86a dieses Ausführungsbeispiels. Anstelle der beiden Aussenverzahnungen 109c, 150c könnte das Hohlrad 109 sich auch über einen Nocken an einem Abstützelement abstützen, wobei dann entweder der Nocken oder das Abstützelement weder am Hohlrad 109

30   befestigt noch beweglich ausgebildet und das andere der beiden Element am Hohlrad 109 angeordnet sein sollte.

32

Die Rotationsbewegung des Hohlrads 109 sowie der Eingriff des Hohlrads 109 in das Kreisbogensegment 150 führt zu einer Rotationsbewegung der Verbindungswelle 151 um die Verbindungsachse 151a. Ein am anderen Ende der Verbindungswelle 151 angeordnetes Stirnrad 152 greift in eine Aussenverzahnung 117c des Planetenträgers

5   117 ein und überträgt hierdurch die Rotationsbewegung um die Verbindungsachse 151a auf den Planetenträger 117. In Bezug auf die Spannachse 86a befindet sich die Verbindungsachse 151a auf der einen und die Wippenschwenkachse 80a auf der anderen Seite der Spannachse 86a, wobei sich die Wippenschwenkachse 80a auf der Seite des kopfseitigen Endes des Umreifungsgeräts befindet.

10

Der Planetenträger 117 gehört zum Antriebsstrang, der für die Antriebsbewegung des Spannrads 87 vorgesehen ist. Die Wirkverbindung dieses Antriebsstrangs zum Motor M ist aufgrund der zuvor beschriebenen Schaltstellung der Sperreinrichtung momentan unterbrochen. Damit besteht zu dem zuvor beschriebenen

15   Verfahrenszeitpunkt keine Wirkverbindung des Motors M mit dem Spannrad 87, um letzteres anzutreiben. Als Resultat der auf den Planetenträger 117 übertragenen Drehbewegung dreht sich der Planetenträger 117 um die Spannachse 86a und nimmt mit einem an seiner äusseren Umfangsfläche angeordneten Nocken 117a einen Mitnehmer 80c der Wippe 80 mit. Die in Bezug auf eine Draufsicht bogenförmige

20   Wippe 80 dreht sich hierdurch und wird geöffnet.

Die um die Wippenachse 80a drehbar gelagerte und näherungsweise die Form eines Bogenabschnitts aufweisende Wippe 80 ist mit ihrem unteren freien Ende unterhalb des Spannrads 87 angeordnet, so dass die im Bereich des freien Endes der Wippe 80

25   angeordnete Spannplatte 89 ebenfalls unmittelbar unterhalb des Spannrads 87 angeordneten werden kann. Um die Spannplatte 89 mit Abstand zum Spannrad 87 anzuordnen, wird die zuvor beschriebene motorisch angetriebene Bewegung der Wippe 80 in Drehrichtung gemäss Pfeil 112 (Fig. 6) genutzt, durch die die Wippe 80 wie beschrieben geöffnet und ein Abstand zwischen dem Spannrad 87 und der

30   Spannplatte 89 vergrössert wird. Die Öffnungsbewegung kann durch einen Anschlag begrenzt sein. Die motorisch geöffnete Wippe 80 erlaubt nun eine Entnahme der gespannten und verschlossenen Umreifungsschlinge aus dem Umreifungsgerät.

Nachdem die fertige Umreifung entnommen ist, kann das Ende einer neuen Umreifungsschlinge für einen nachfolgenden Spannvorgang zwischen die Spannplatte und das Spannrad eingeführt werden. Die Wippe 80 kann durch die Rückstellkraft des zuvor bei der Öffnungsbewegung gespannten Federelements 124 wieder an das

5 Spannrad herangeführt und mit einer für den Spannvorgang anfänglichen Andrückkraft das Band gegen das Spannrad drücken. Um die Federkraft einzusetzen und dadurch die Wippe 80 in Drehrichtung gemäss Pfeil 113 in Richtung auf das Spannrad 87 zuzubewegen, kann eine Betätigung einer Taste oder eines anderen Betätigungselements vorgesehen sein, durch welche die Federkraft zur Wirkung auf

10 die Wippe frei gegeben wird. Auch kann es sich um ein Loslassen der Taste 10 handeln.

Zum Spannen des zwischen dem Spannrad 87 und der Spannplatte 89 angeordneten Umreifungsbands B wird das Hohlrad 107 an seiner äusseren Umfangsfläche mittels

15 der Klemme 33 gegen Rotationsbewegungen geklemmt. Der Planetenträger 105 ist nicht geklemmt, kann sich somit ebenso wie die Verbindungswelle 8 drehen. Die vom Sonnenrad 30 in das auf der Spannachse 86a angeordnete Planetengetriebe 106 motorische Antriebsbewegung wird durch den Planetenträger 105 und das Hohlrad 107 hindurch auf die Planetenräder 114 des zweiten Planetenträgers 115 übertragen

20 und letzterer in Rotation versetzt. Ein in der Darstellung von Fig. 5 nicht erkennbares Sonnenrad treibt die Planetenräder 121 einer nachgeschalteten weiteren Stufe des Planetengetriebes 106 an. Auch der Planetenträger 122 dieser Stufe rotiert. Das Sonnenrad 123 der letztgenannten Stufe ist durch noch den weiteren Planetenträger 117 hindurchgeführt und treibt die Planetenräder 118 dieser weiteren Stufe an, die

25 wiederum mit einer Innenverzahnung des Spannrads 87 in Eingriff stehen. Das Spannrad 87 wird somit über das ein- oder mehrstufige Planetengetriebe 106 in Spannrichtung angetrieben und das eingelegte Band B wird gespannt.

Im zuvor beschriebenen Betriebszustand „Spannen", in dem das Spannrad 87 mit

30 dem Band B in Eingriff ist, entsteht aufgrund der Bandspannung eine vom Band B auf das rotierende Spannrad 87 in Form eines Rückstellmoments einwirkende Widerstandskraft. Deren Größe ist variabel und proportional zur Größe der

34

aufgebrachten Bandspannung. Diese Widerstandskraft wirkt entgegengesetzt zum motorischen Antriebsmoment das in den an der Übertragung der Antriebsbewegung beteiligten Getriebegliedern ansteht. Im Ausführungsbeispiel stützt sich der Planetenträger 117 mit einem Nocken 117b, der die Funktion eines Anschlags hat, an

5   der Wippe 80 ab. Der durch die motorisch Antriebsbewegung in geeigneter Drehrichtung rotierende Planetenträger 117 liegt mit seinem Nocken 117b gegen einen Mitnehmer 80b der Wippe an und dreht diese hierdurch in einer Bewegung gemäß Pfeil 113 (Fig. 6) um die Wippenachse 80a gegen das Spannrad. Gegebenfalls wird hierbei nicht tatsächlich eine merkliche Drehbewegung um die

10   Wippenachse 80a ausgeführt, sondern im wesentlichen lediglich das Drehmoment um die Wippenachse 80a erhöht. In beiden Fällen wird jedoch die Andrückkraft, mit der die Wippe 80 die Spannplatte 89 bzw. das Band gegen das Spannrad 87 drückt, erhöht. Diese Erhöhung erfolgt in der Regel nicht in einem einzigen Schritt. Die letztlich auf die motorische Antriebsbewegung und die bereits vorhandene

15   Bandspannung zurückgehende und durch Eingriff in das Spanngetriebe 106 erfolgende Erhöhung der Andrückkraft der Wippe gegen das Band findet proportional zur jeweils im Band vorhandenen und als Widerstandskraft gegen eine Aufrechterhaltung und gegen eine weitere Erhöhung der Bandspannung an der Eingriffsstelle in das Band, vom Band auf die Spannplatte 89 und auf das Spannrad

20   87 wirkende Widerstands- oder Rückstellkraft statt. Solange durch den Spannvorgang eine Erhöhung der Bandspannung stattfindet, solange steigt auch die Widerstandskraft und damit die daraus resultierende Andrückkraft.

In den Fig. 8 und 9 sind die durch die Schwenkbarkeit der Wippe zum Öffnen und

25   Schliessen einerseits sowie zur Erhöhung der Andrückkraft an das Band andererseits möglichen Endpositionen der Wippe 80 dargestellt. Wie in Fig. 8 gezeigt ist, wird in einer der beiden Endpositionen die Spannplatte 89 aufgrund eines Kontakts des Nockens 117b des Planetenträgers 117 mit einer Kontur des Mitnehmers 80b und einer Rotationsrichtung des Planetenträgers im Uhrzeigersinn (in Bezug auf die

30   Darstellung von Fig. 8) die Wippe im Gegenuhrzeigersinn um ihre Wippenschwenkachse gedreht. Der Mitnehmer 80b und der Nocken 117b wirken

35

hierbei wie ein Hebel, der ein Drehmoment im Gegenuhrzeigersinn um die Wippenschwenkachse 80a bewirkt.

Fig. 9 zeigt die Endposition der geöffneten Wippe. Hier dreht der Planetenträger 117
5   im Vergleich zur Fig. 8 in umgekehrter Drehrichtung und kommt hierdurch in Anschlag gegen den Mitnehmer 80c der Wippe 80. Der Mitnehmer 80c befindet sich in Bezug auf die Wippenschwenkachse 80a und den anderen Mitnehmer 80b auf der anderen Seite der Wippenschwenkachse 80a. In der Gebrauchslage des Umreifungsgeräts mit einer horizontalen Ausrichtung der Grundplatte, befindet sich der Mitnehmer 80b
10  oberhalb und der Mitnehmer 80c unterhalb der Wippenschwenkachse 80a. Die Wippe schwenkt hierdurch in der Darstellung von Fig. 9 im Uhrzeigersinn und schafft hierdurch einen Abstand zum Spannrad 87.

Fig. 12 zeigt eine perspektivische Teilansicht auf die Spanneinrichtung des zweiten
15  Ausführungsbeispiels, in der nur eine der beiden Klemmen dargestellt ist. Hier ist die Klemme 33 in Anlage gegen die ebene und im Querschnitt im wesentlichen exakt kreisrunde Umfangsfläche 107b des Hohlrads 107 gebracht. In Fig. 13 ist eine Schnittdarstellung durch das Hohlrad 107 und die Klemme 33 gezeigt. Mittels der Klemme 33 der Sperreinrichtung kann das Hohlrad gegen Rotationsbewegungen
20  wahlweise geklemmt oder wieder frei gegeben werden. Jede der in den Umreifungsvorrichtungen gemäss Fig. 2-11 vorgesehenen Klemmungen kann vorzugsweise entsprechend der hier beschriebenen Sperreinrichtung ausgebildet sein, es sind jedoch auch herkömmliche Sperreinrichtungen möglich. Bei der bevorzugten Klemmung gemäss der Erfindung wirken eine zumindest
25  näherungsweise ebene kreis- oder kreisbogenförmige Umfangsfläche des Rads mit einem schwenkbaren Klemmelement bzw. Klemmkörper zusammen. Die als Klemmfläche fungierende Umfangsfläche 107b des dargestellten bevorzugten Ausführungsbeispiels weist keine Rastelemente auf, mit denen ein auf einem formschlüssigen Eingriff eines Klemmelements in ein Rastelement oder eine
30  Rastausnehmung basierende Klemmung vorgesehen ist.

Das Klemmelement 33 ist um die Schalt- und Schwenkachse 143 schwenkbar gelagert, wobei die Schaltachse 143 des Klemmelements 33 parallel zur Rotationsachse des zu klemmenden Rades 107 verläuft. Die Schaltachse 143 verläuft im Bereich von einem Ende des nockenförmigen Klemmelements 33. Im Bereich des anderen Endes des Klemmelements ist eine bogenförmige Kontaktfläche 33a vorgesehen, die für einen Kontakt mit der Klemmfläche 107b des zu klemmenden Rads vorgesehen ist. Aufgrund der Kreisform der Klemmfläche 109b sowie der in der Seitenansicht Bogenform der Kontaktfläche 33a kommt bei Kontakt des Klemmelements 33 mit der Umfangsfläche 107b eine im wesentlichen linienförmige Berührung zustande, wobei diese Kontaktlinie senkrecht zur Zeichenebene von Fig. 13 verläuft.

Wie aus Fig. 13 hervorgeht ist das Klemmelement 33 in Bezug auf das zu klemmende Rad 107 derart angeordnet, dass die Kontaktlinie der Kontaktfläche 33a einen Abstand 155 zu ihrer Schwenkachse 143 aufweist, der größer ist als der Abstand der Schwenkachse 143 zur Klemmfläche 107b. Hierdurch kommt bei einer Schwenkbewegung des Klemmelements 33 von seiner Freigabeposition in eine Klemmposition bereits an einer Stelle mit der Klemmfläche 107b in Kontakt, die vor einer Verbindungsgeraden 156 der Drehachse des Rads 107 mit der Schwenkachse 143 des Klemmelements liegt. In Bezug auf die vorgesehene Drehrichtung 157 des zu klemmenden Rads 107 befindet sich die Kontaktlinie vor der (imaginären) Verbindungslinie 156. Die Rotation des Rads 107 wird gebremst und kann sich höchstens noch geringfügig weiter bewegen. Aufgrund einer weiteren Rotation gegen die dabei zunehmende Klemmwirkung verstärkt die Klemmwirkung weiter und verstärkt eine dabei zunehmende Verkeilung des Klemmelements 33 gegen das Rad 107. Aufgrund dieser geometrischen Verhältnisse kann die Klemme 33 nicht in Drehrichtung des Rads die Verbindungslinie 156 passieren, ihre Schwenkbewegung stoppt vor der Verbindungslinie 156 und drückt gegen die Klemmfläche 107b. In einer Endposition, die im wesentlichen bereits der Position des Erstkontakts mit dem Klemmelement 33 entspricht, ist das Rad 107 gegen das nockenförmige Klemmelement 33 verklemmt. Eine weitere Bewegung ist selbst bei einem beliebig hohen Drehmoment nicht mehr möglich.

In Fig. 14 sind die geometrischen Verhältnisse bei der Klemmung dargestellt. Auch hier ist die Verbindungslinie zwischen der Drehachse 86a des Rads 107 und der Schwenkachse 143 ist mit 156 bezeichnet. Die Kontaktfläche (Umfang) des Rads könnte glatt oder leicht strukturiert sein. Der Radius des Rads an der Kontaktstelle mit dem Nocken ist als 158 und der Schwenkradius des Klemmelements 33 an der Kontaktstelle mit 155 bezeichnet. Der Schwenkradius 155 an der Kontaktstelle schliesst mit der Verbindungslinie 156 einen Winkel $\alpha$, der Radius 158 des Rads 107 mit dem Schwenkradius 155 (jeweils an der Kontaktstelle) einen Winkel $\gamma$ ein. Im Ausführungsbeispiel sind die geometrischen Verhältnisse derart ausgeführt, dass in der Klemmposition, in welcher sich das Rad 107 gegen Rotationsbewegungen in der vorgesehenen Drehrichtung blockiert ist, der Winkel $\gamma$ zumindest näherungsweise 155° beträgt. In Versuchen konnten auch gute Ergebnisse erzielt werden, wenn sich ein Winkel aus einem Bereich von 130° bis 170°, insbesondere von 148° bis 163° einstellt. Der Winkel $\alpha$ sollte mit Vorteil grösser oder gleich 7° betragen. Im Ausführungsbeispiel beträgt er 9°. In anderen Ausführungsformen kann er auch aus einem Bereich von 7° bis 40° gewählt sein.

Bei den hier erörterten bevorzugten Ausführungsformen der Erfindung ist es, sofern die Keilwirkung stark genug ausgebildet ist, nicht zwingend erforderlich, dass die Position des Nockens in seiner Klemmposition durch eine von außen erfolgende Massnahme gehalten wird. Dies ergibt sich schon alleine daraus, dass das Rad 107 nur in eine Drehrichtung drehbar ist und genau diese durch die Klemme 33 lösbar blockiert ist. In bevorzugten Ausführungsformen der Erfindung wird das nockenförmige Klemmelement durch die Federkraft eines Federelements 159 in Position gehalten. Das Federelement 159 liegt hierzu oberhalb der Schaltachse 143 gegen das Klemmelement an und dreht bzw. hält das Klemmelement 29 in seiner Klemmposition. Um das Klemmelement aus seiner Klemmposition zu entfernen muss mit einem Schalter 160 die Federkraft überwunden werden. Mit dem Schalter 160 können beide Klemmen 29 und 33 gleichzeitig betätigt werden. Je nach Anordnung des Schalter/Taste kann mit einem Ziehen oder Drücken des Schalters die Federkraft überwunden und das Hohlrad 107 von der Klemme 33 freigegeben und der

38

Planetenträger 105 gesperrt werden. Bei der jeweiligen anderen Bewegung des Schalters/Taste wird über die Federkraft die Klemme 29 und der Planetenträger 105 wieder gelöst, während die Klemme 33 das Hohlrad 107 sperrt.

5    Die unterschiedlichen Bedienkonzepte für ein Umreifungsgerät, insbesondere jene in den Fig. 1, 1a, 1b gezeigte und zuvor beschriebene Bedienkonzepte, können auch für dieses Ausführungsbeispiel eines erfindungsgemässen Umreifungsgeräts vorgesehen sein.

10

**Bezugszeichenliste**

| | | | |
|---|---|---|---|
| 1 | Umreifungsvorrichtung | 29 | erste Klemme |
| 2 | Gehäuse | 29a | bogenförmige Kontaktfläche |
| 3 | Griff | 30 | Sonnenrad |
| 4 | Grundplatte | 31 | Rotationsachse Getriebe und |
| 6 | Spanneinrichtung | | Spannrad |
| 6a | Spannachse | 32 | Hohlrad |
| 7 | Spannrad | 32a | Aussenfläche |
| 8 | Wippe | 33 | zweite Klemme |
| 8a | Wippenschwenkachse | 34 | Planetenrad |
| 9 | Spannplatte | 35 | Planetenträger |
| 10 | Taste | 36 | Sonnenrad |
| 12 | Reibschweisseinrichtung | 37 | Planetenträger |
| 13 | Schweissschuh | 37a | Absatz |
| 14 | Überführungseinrichtung | 38 | Planetenrad |
| 15 | Akkumulator | 39 | Anschlagelement |
| 19 | Kegelrad | 40 | Pfeil |
| 20 | Kegelrad | 41 | Planetenrad |
| 21 | Zahnrad | 42 | Planetenträger |
| 22 | Zahnriementrieb | 43 | Sonnenrad |
| 23 | Zahnrad | 44 | Federelement (Rückstellfeder) |
| 24 | Welle | 45 | Freilauf |
| 25 | Planetenträger | 46 | Abstützung |
| 25a | Klemmfläche | 46a | Ausnehmung |
| 25b | Planetenräder | 80 | schwenkbare Wippe |
| 26 | Getriebe | 80a | Wippenschwenkachse |
| 27 | Hohlrad | 80b | Mitnehmer |
| 27a | Absatz | 80c | Mitnehmer |
| 27c | Nocken | 86 | Spanneinrichtung |
| 28 | Wälzlager | 86a | Spannachse |

| | | | | |
|---|---|---|---|---|
| 87 | Spannrad | | 123 | Sonnenrad |
| 89 | Spannplatte | | 124 | Federelement |
| 99 | Kegelrad | | 125 | Freilauf |
| 100 | Kegelrad | | 143 | Schaltachse |
| 105 | Stirnrad (Planetenträger) | | 144 | Taste |
| 105b | Planetenrad | | 150 | Kreisbogensegment |
| 106 | Getriebe | | 150c | Verzahnung |
| 107 | Hohlrad | | 151 | Verbindungswelle |
| 107b | Umfangsfläche | | 151a | Verbindungsachse |
| 109 | Hohlrad | | 155 | Abstand /Schwenkradius |
| 109b | Umfangsfläche | | 156 | Verbindungslinie |
| 109c | Aussenverzahnung | | 157 | Drehrichtung |
| 110 | Sonnenrad | | 158 | Radius |
| 112 | Pfeil | | 159 | Federelement |
| 113 | Pfeil | | 160 | Schalter |
| 114 | Planetenräder | | | |
| 115 | Planetenträger | | B | Band |
| 117 | Planetenträger | | M | Motor |
| 117b | Verzahnung | | | |
| 117a | Nocken | | | |
| 117b | Nocken | | | |
| 117c | Verzahnung | | | |
| 118 | Planetenrad | | | |
| 121 | Planetenrad | | | |
| 122 | Planetenträger | | | |

**Patentansprüche**

5    1.    Umreifungsvorrichtung zur Umreifung von Packgut mit einem Umreifungsband, die

eine Spanneinrichtung zur Aufbringung einer Bandspannung auf eine Schlaufe eines Umreifungsbandes aufweist, wobei die Spanneinrichtung mit einem rotativ um eine Spannachse antreibbarem Spannrad versehen ist, das zum Eingriff in

10    das Umreifungsband vorgesehen ist, die Spanneinrichtung ferner eine Spannplatte aufweist, wobei während eines von der Spanneinrichtung ausgeführten Spannvorgangs vorgesehen ist, dass ein ein- oder mehrlagiger Abschnitt des Umreifungsbands sich zwischen dem Spannrad und der Spannplatte befindet und sowohl mit dem Spannrad als auch mit der

15    Spannplatte in Kontakt ist,

ferner das Spannrad und/oder die Spannplatte auf einer um eine motorisch um eine Wippenachse schwenkbaren Wippe angeordnet ist, um durch eine Schwenkbewegung der Wippe einen Abstand zwischen dem Spannrad und der Spannplatte entweder zu vergrößern oder zu verringern, sowie

20    eine Verbindungseinrichtung zur Erzeugung einer dauerhaften Verbindung, insbesondere einer Schweissverbindung, an zwei übereinander liegenden Bereichen der Schlaufe des Umreifungsbandes mittels eines Verbindungselements, wie einem Schweisselements, das zur lokalen Erwärmung des Umreifungsbandes vorgesehen ist, aufweist

25    **gekennzeichnet** durch

eine bedienbare Betätigungseinrichtung der Umreifungsvorrichtung, die mit einer Taste/Schalter versehen ist, mit der ein Schaltzustand eines Getriebes der Umreifungsvorrichtung derart veränderbar ist, daß eine Antriebsbewegung der Antriebseinrichtung entweder zur Rotation des Spannrads oder zur

30    Schwenkbewegung der Wippe führt.

42

2.    Umreifungsvorrichtung nach Anspruch 1, dadurch gekennzeichnet, daß mit dem gleichen Getriebe, insbesondere einem Planetengetriebe, eine Antriebsbewegung von nur einem Motor entweder auf das Spannrad oder auf die Wippe (8) leitbar ist.

5    3.    Umreifungsvorrichtung nach Anspruch 1, dadurch gekennzeichnet, dass in einem der Schaltzustände des Getriebes die durch die Antriebseinrichtung angetriebene Schwenkbewegung des Getriebes zur Vergrösserung des Abstands zwischen dem Spannrad und der Spannplatte führt.

4.    Umreifungsvorrichtung nach Anspruch 1 oder 2, dadurch gekennzeichnet, dass

10    mit der Taste/Schalter zwei zur Einwirkung auf das Getriebe vorgesehene Schaltelemente, wie beispielsweise Klemmen, betätigbar sind, insbesondere zumindest im wesentlichen gleichzeitig betätigbar sind.

5.    Umreifungsvorrichtung nach Anspruch 4, dadurch gekennzeichnet, dass mit der Taste/Schalter Schaltelemente betätigbar sind, die zur Einwirkung auf

15    unterschiedliche Getriebeelemente des Getriebes vorgesehen sind.

6.    Umreifungsvorrichtung nach zumindest einem der vorhergehenden Ansprüche, dadurch gekennzeichnet, dass mit nur einer Taste/Schalter der Betätigungseinrichtung – und insbesondere mit nur einer Betätigung der Taste/Schalter – die zumindest zwei Schaltelemente betätigbar sind.

20    7.    Umreifungsvorrichtung nach Anspruch zumindest einem der vorhergehenden Ansprüche, dadurch gekennzeichnet, dass nach einem erfolgtem Spannvorgang des Umreifungsbands eine Betätigung der Taste/Schalter zur Reduzierung der Bandspannung des mit dem Spannrad in Eingriff stehenden Bandabschnitts führt.

25    8.    Umreifungsvorrichtung nach zumindest einem der vorhergehenden Ansprüche, dadurch gekennzeichnet, dass eine Betätigung der Taste/Schalter zur Erzeugung des Schaltzustands des Getriebes auch zur Auslösung von weiteren

Funktionen der Umreifungsvorrichtung vorgesehen ist, insbesondere zur Auslösung des Spannvorgangs und/oder zur Auslösung der Erzeugung der Verbindung am Umreifungsband.

9. Umreifungsvorrichtung nach zumindest einem der vorhergehenden Ansprüche, dadurch gekennzeichnet, dass eine Betätigung der Taste/Schalter auch zur Überführung der Verbindungseinrichtung in ihre Ruheposition und/oder in ihre Arbeitsposition vorgesehen ist.

10. Umreifungsvorrichtung nach zumindest einem der vorhergehenden Ansprüche, dadurch gekennzeichnet, dass zusätzlich zur Taste/Schalter, deren Betätigung zur Änderung des Schaltzustands des Getriebes führt, zumindest eine weitere Taste/Schalter insbesondere zur Auslösung des Spannvorgangs und/oder zur Auslösung der Erzeugung der Verbindung am Umreifungsband vorgesehen ist.

11. Umreifungsvorrichtung nach zumindest einem der vorhergehenden Ansprüche, dadurch gekennzeichnet, dass zusätzlich zur Taste/Schalter, deren Betätigung zur Änderung des Schaltzustands des Getriebes führt, und zu einer weiteren Taste/Schalter, die zur Auslösung des Spannvorgang vorgesehen ist, noch zumindest eine weitere Taste/Schalter zur Auslösung der Erzeugung der Verbindung am Umreifungsband vorgesehen ist.

12. Umreifungsvorrichtung nach dem Oberbegriff von Anspruch 1, dadurch gekennzeichnet, dass die nur eine Antriebseinrichtung, insbesondere der nur eine Motor, mit einer Betätigungseinrichtung der Umreifungsvorrichtung auslösbar ist, mit der das Spannrad antreibbar ist, mit der die Verbindungseinrichtung in ihre Arbeitsposition überführbar ist, in welcher mit der Verbindungseinrichtung  am Umreifungsband die dauerhafte Verbindung erzeugbar ist, die Energie für die Verbindungseinrichtung zur Erzeugung der dauerhaften Verbindung zur Verfügung gestellt wird, und mit der die Wippe zur Erzeugung des Abstands zwischen dem Spannrad und der Spannplatte antreibbar ist.

13.  Umreifungsvorrichtung nach Anspruch 12, gekennzeichnet durch eine Ausgestaltung der Umreifungsvorrichtung nach zumindest einem der Ansprüche 2 bis 11.

14.  Umreifungsvorrichtung nach Anspruch 12, gekennzeichnet durch nur eine Taste der Tasteneinrichtung, mit welche die nur eine Antriebseinrichtung auslösbar ist.

15.  Umreifungsvorrichtung nach Anspruch 12, dadurch gekennzeichnet, dass die nur eine Taste durch unterschiedliche Tastenbetätigungen mit mehreren Funktionen belegt ist.

16.  Umreifungsvorrichtung nach Anspruch 12, dadurch gekennzeichnet, dass die Taste bei einer einmaligen Betätigung und bei mehrmaliger Betätigung nacheinander unterschiedliche Funktionen, insbesondere unterschiedliche Antriebsbewegungen, der Umreifungsvorrichtung auslöst.

17.  Umreifungsvorrichtung nach Anspruch 12, gekennzeichnet durch eine Spanntaste, mit der die Antriebsbewegungen für das Spannrad sowie für die Verbindungseinrichtung und die Überführungseinrichtung der Verbindungseinrichtung entweder getrennt oder gemeinsam auslösbar sind, sowie durch eine Wippentaste, mit der die Antriebsbewegung für die Wippe zur Erzeugung des Abstands zwischen dem Spannrad und der Spannplatte antreibbar ist.

18.  Umreifungsvorrichtung nach zumindest einem der vorhergehenden Ansprüche, dadurch gekennzeichnet, dass durch Betätigung einer Taste/Schalter ein Spannungslösen des mit dem Spannrad in Eingriff stehenden Bandabschnitts erfolgt.

19.  Umreifungsvorrichtung nach zumindest einem der vorhergehenden Ansprüche, dadurch gekennzeichnet, dass die Sperreinrichtung zum Lösen der zuvor erfolgten Klemmung vorgesehen ist, während auf das geklemmte Rad die Bandspannung ganz oder teilweise wirkt.

Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile

1/12



**Unveränderliches Exempla**
Exemplaire invariable
**Esemplare immutabile**

1/12



Fig. 1a

Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile





Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile

2/10   4/12



Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile



Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile

4/10   6/12



Fig. 5

Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile



Fig. 5

Fig. 6

Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile



Fig. 8



Fig. 9

Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile

7/10  9/12



Fig. 10



Fig. 11

Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile



Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile





Unveränderliches Exemplar
Exemplaire invariable
Esemplare immutabile





**WIPO**

WORLD
INTELLECTUAL PROPERTY
ORGANIZATION

---

# DOCUMENT MADE AVAILABLE UNDER THE
# PATENT COOPERATION TREATY (PCT)

International application number:       **PCT/CH2014/000059**

International filing date:              **05 May 2014 (05.05.2014)**

Document type:                         **Certified copy of priority document**

Document details:          Country/Office:     **CH**
                           Number:             **443/14**
                           Filing date:        **24 March 2014 (24.03.2014)**

Date of receipt at the International Bureau:    **13 May 2014 (13.05.2014)**

Remark:   Priority document submitted or transmitted to the International Bureau in compliance with Rule
          17.1(a),(b) or (b-*bis*)

34, chemin des Colombettes
1211 Geneva 20, Switzerland
**www.wipo.int**

morningtrans.com



# TRANSLATION CERTIFICATION

Date: October 16, 2024

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- German
- French
- Italian

To:

- English (USA)

The documents are designated as:

- 00443-14

Emily Paras, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Emily Paras



Swiss Confederation
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Federal Institute of Intellectual Property
Institut Fédéral de la Propriété Intellectuelle
Istituto Federale della Proprietà Intellettuale
Institut Federai da Proprietad Intellectuala

# PCT/CH 2014/000059

**Attestation**

The enclosed files match the original technical documents of the patent application specified on the next page for Switzerland and Liechtenstein. Switzerland and the Principality of Liechtenstein form a unified protection territory. Therefore, protection can only be requested for both countries together.

**Attestation**

The enclosed files match the original technical documents of the patent application specified on the next page for Switzerland and Liechtenstein. Switzerland and the Principality of Liechtenstein form a unified protection territory. Therefore, protection can only be requested for both countries together.

**Attestation**

The enclosed files match the original technical documents of the patent application specified on the next page for Switzerland and Liechtenstein. Switzerland and the Principality of Liechtenstein form a unified protection territory. Therefore, protection can only be requested for both countries together.

Bern,   **May 5, 2014**

Patent Administration



[signature]
Cristiani, Jean-Claude

[Stamp: Federal Institute of Intellectual Property]

**Certificate of Filing for Patent Application No. 00443/14 (Article 46b(1) of the Patent Regulation)**

The Swiss Federal Institute of Intellectual Property certifies the receipt of the Swiss patent application specified below.

Title:
Strapping device.

Patent applicant:
Orgapack GmbH
Silbernstrasse 14
8953 Dietikon

Representative:
Patent Attorneys Klein & Klein
Grienbachstrasse 17
6300 Zug

Filing date: March 24, 2014

Priorities:
IB PCT/IB 2013/02132 September 24, 2013
CH 2013 0910/13 May 5, 2013
CH 2013 0911/13 May 5, 2013

Expected classes: B65B

Unalterable copy

1

# Strapping device

The invention relates to a strapping device for strapping goods with a strapping band, which comprises a tensioning mechanism for applying tension to a loop of a strapping band, where the tensioning mechanism is equipped with a tensioning wheel that can be motor-driven rotationally around a tension axis and is designed to engage with the strapping band. The tensioning mechanism also includes a tensioning plate, where during a tensioning process performed by the tensioning mechanism, it is provided that a single- or multi-layered section of the strapping band is located between the tensioning wheel and the tensioning plate and is in contact with both the tensioning wheel and the tensioning plate. Furthermore, the tensioning wheel and/or the tensioning plate are arranged on a rocker that can be motor-driven to swivel around a rocker axis, to increase or decrease the distance between the tensioning wheel and the tensioning plate through a swiveling motion of the rocker. Additionally, there is a connection mechanism for creating a permanent connection, particularly a weld, at two overlapping sections of the strapping band loop using a connecting element, such as a welding element, which is designed to locally heat the strapping band.

Such strapping devices are used for strapping goods with a plastic band. For this, a loop of the respective plastic band is placed around the goods. Usually, the plastic band is pulled from a supply roll. After the loop is fully placed around the goods, the end section of the band overlaps with a section of the band loop. The strapping device is applied to this two-layered section of the band, the band is clamped into the strapping device, tension is applied to the band loop via the tensioning mechanism, and a seal is created between the two layers of the loop through friction welding. In this process, a friction shoe that oscillates is pressed onto the band at the two ends of the band loop. The pressure and the heat generated by the movement melt the

plastic band locally for a short time. This creates a permanent bond between the two layers of the band, which can only be undone with considerable force. Then, or almost simultaneously, the loop is separated from the supply roll. In this way, the goods are strapped.

Conventional strapping devices are designed for mobile use, where the devices are transported by a user to the site of use and do not rely on external energy sources. The energy required for such strapping devices to tension a band around any packaged goods and to create the closure is usually provided by an electric accumulator or compressed air in prior known devices. This energy is used to apply tension to the band through the tensioning mechanism and to produce a closure on the strapping band. Conventional strapping devices are also intended solely for connecting weldable plastic bands.

For mobile devices, a low weight is of particular importance to minimize the physical strain on users during operation. From an ergonomic perspective, an even distribution of weight across the entire strapping device is desirable, especially to avoid concentrating weight in the head area of the device, which would result in poor handling characteristics. Additionally, the device should be as ergonomic and user-friendly as possible. In particular, the possibility of operator errors and malfunctions should be minimized.

Thus, the objective of this invention is to create a common, particularly mobile, strapping device of the type described, which ensures high operational reliability and where the intended tension in the strapping band can be applied to the band securely and as slip-free as possible.

According to the invention, this objective is achieved in a strapping device of the type

3

described through an operating mechanism of the strapping device, which is
equipped with a button/switch, with which a switching state of a gear system of the
strapping device can be changed so that a driving movement of the drive mechanism
of the strapping device leads either to the rotation of the tensioning wheel or to a
swiveling movement of the rocker. This solution has the advantage that the same
gear system can be used both for the transmission of the driving movement provided
by the drive mechanism for the tensioning wheel and for the driven movement of the
rocker. Therefore, despite the comfort of having a driven rocker, no additional
independent gear system is required. Despite the increase in comfort and operational
reliability, this does not lead to a noticeable increase in weight. On the contrary, since
the previously typical long lever for manually opening the tensioning mechanism can
be omitted, depending on the specific design of the respective preferred strapping
device according to the invention, weight reductions are even possible with this
invention. This advantage can be further enhanced in further preferred embodiments
if all the driven movements provided in the respective strapping device are powered
by just one motor of the strapping device, in particular by only one electric motor or
only one pneumatic motor.

A further embodiment of the strapping device may provide that in one of the gear
system's switching states, the driven swiveling movement of the rocker increases the
distance between the tensioning wheel and the tensioning plate.

A further embodiment of the strapping device may provide that the button/switch can
activate two switching elements intended to act on the gear system, such as clamps,
which are particularly designed to be activated at least essentially simultaneously.

4

A further embodiment of the strapping device may provide that the button/switch activates switching elements designed to act on different gear components of the gear system.

5

A further embodiment may provide that just one button/switch in the operating mechanism—and particularly with just one activation of the button/switch—can activate at least two switching elements.

10

A further embodiment may provide that after a tensioning process of the strapping band has been completed, activating the button/switch reduces the tension in the band section engaged with the tensioning wheel.

15

A further embodiment may provide that activating the button/switch to change the gear's switching state also triggers other functions of the strapping device, particularly the tensioning process and/or the creation of the connection on the strapping band.

20

A further embodiment may provide that activating the button/switch is also intended to move the connection mechanism to its rest position and/or working position.

25

A further embodiment may provide that, in addition to the button/switch that changes the gear's switching state, at least one more button/switch is provided, particularly to trigger the tensioning process and/or to create the connection on the strapping band.

30

A further embodiment may provide that, in addition to the button/switch that changes the gear's switching state, and another button/switch intended to trigger the tensioning process, at least one more button/switch is provided to trigger the creation of the connection on the strapping band.

5

According to another aspect of the invention, it also relates to a strapping device according to the preamble of claim 1, where the one drive mechanism, particularly the one motor, can be activated by an operating mechanism of the strapping device, with which the tensioning wheel can be driven, the connection mechanism can be moved into its working position where the permanent connection on the strapping band can be created, the energy for the connection mechanism to create the permanent connection is provided, and the rocker can be driven to create the distance between the tensioning wheel and the tensioning plate.

In an advantageous way, the invention can also provide that during the transmission of the motor's driving movement to the tensioning wheel, preferably as long as the tensioning wheel is engaged with the band, at least one transmission means of the strapping device transfers a driving movement to the rocker, which is at least temporarily swiveling during the tensioning process, with the driving movement being intended to exert torque on the rocker. According to the invention, the torque exerted on the rocker can be used to increase the pressing force of the tensioning mechanism against the strapping band. In a structurally simple solution, the torque applied to the rocker by the transmission means can come from a motor, whose driving torque increases the pressing force of the rocker against the band during the tensioning process. It is preferable if the motor-driven increase occurs in such a way that it happens especially during or after an increase in band tension. It is advantageous if the motor that generates the torque for the rocker is also used for other driving movements. It is particularly favorable if the motor and its driving movement are used to also drive the tensioning wheel. On the one hand, this avoids the need for another motor while still performing the function according to the invention. On the other hand, the motor torque, which typically increases with rising band tension, can be used to increase the pressing force. This allows a structurally

6

simple way to achieve variable, tension-dependent pressing of the rocker against the band. Preferably, the pressing force should be proportional to the band tension at any given time.

5

According to another aspect of the invention, which also has independent significance, torque can also be applied to the rocker, which is based on the force exerted by the band on an engagement point of the band with the tensioning mechanism. This force, which is a reaction to the tension applied to the band by the driven tensioning wheel, can be captured at a suitable location and transmitted to the rocker via transmission means. To keep the structural effort minimal, the band tension force acting on the tensioning wheel can preferably already be used on the tensioning wheel itself. This can in particular be used as the torque acting on the tensioning wheel at any given time, which is transferred from the tensioning wheel into the transmission means of the tensioning mechanism and from there to the rocker.

10

15

According to the invention, it can therefore advantageously be provided that the motor-driven movement for the tensioning mechanism, at least indirectly as a reaction, is also used to introduce torque, derived from the tensioning wheel engaged with the strapping band, into the rocker via transmission means during the strapping process. This is done by utilizing the motor-driven rotational movement of the tensioning wheel and the pivotability of the rocker during the tensioning process to increase the contact pressure of the tensioning mechanism against the band.

20

25

In a preferred embodiment of the invention, a gear system of the tensioning mechanism, which transmits the motorized driving movement to the tensioning wheel, can be part of the transmission means used to transfer the force acting on the tensioning wheel, resulting from the band tension, from the band to the rocker.

30

7

5   A further aspect of the invention can be seen in the fact that means are provided for tension-dependent variable pressing of the tensioning wheel or the tensioning plate against the strapping band. The invention thus provides for tension-dependent variable pressing of the tensioning mechanism against the strapping band during the tensioning phase.

10   In particularly advantageous embodiments of the invention, the tension in the band generated during the tensioning process is utilized in such a way that as the band tension increases, the pressing force of the tensioning wheel and/or the tensioning plate on the band is also increased, thereby counteracting the increased risk of the tensioning wheel "slipping" or experiencing slippage during the tensioning process,

15   which typically accompanies increasing band tension. Thus, as the band tension increases, the pressing force of the tensioning wheel on the band and the tensioning plate also increases. In such embodiments, the invention allows for a high pressing force on the band to be applied precisely when the band tension is already high and,

20   as a result, the risk of slippage between the tensioning wheel and the band is particularly high when attempting to increase the band tension further. By automatically increasing the pressing force—without manual intervention—the risk of slippage can be mitigated, ensuring both operational reliability and a fast strapping

25   process even at high band tensions. Since the reaction of the strapping band to the applied tension (the action) as well as transmission mechanisms are utilized, which are derived from the tensioning mechanism, especially from the tensioning wheel, and transferred to the rocker, no intervention by an operator is required to achieve the effect of the invention. The effect is advantageously achieved automatically within

30   the strapping device.

8

In a preferred embodiment of the invention, the transmission mechanisms, which advantageously establish an operative connection from the tensioning wheel to the rocker, can include a swiveling mounting of the rocker at least during the tensioning process, as well as a rotatably mounted transmission element that remains in operative connection with the tensioning wheel during the tensioning process. The reaction force of the band is preferably used as a torque and is transferred into the rotatable transmission element, such as the planetary carrier of a planetary gear system. The rotatable transmission element should be supported against an abutment element to resist rotational movement. The reaction force of the tensioning wheel can then be transmitted to the rocker through the abutment, creating an additional torque on the rocker that can be used to increase the pressing force of the rocker against the strapping band. The transmission mechanisms can advantageously be partially or fully integrated into the tensioning gear, which transfers a motor-driven or otherwise powered driving movement to the tensioning wheel at an appropriate rotational speed.

In a particularly preferred embodiment of the invention, which also has independent significance, motorized driving movements with identical rotational directions of a single motor can be used not only to drive the tensioning wheel during the tensioning of the strapping band, but also to lift the rocker. Additionally, the same driving movement can be used to variably press the tensioning wheel against the band in a tension-dependent manner. The dependency is arranged such that, as the band tension increases, the pressing force exerted by the tensioning wheel on the band also increases. Since the risk of slippage between the tensioning wheel and the band also increases with rising band tension, this measure of increasing the pressing pressure can counteract the risk of slippage. It is particularly preferred if the same motor rotation direction is used as for tensioning. The motorized driving movement during the tensioning of the band can preferably be utilized in such a way that, during

9

the tensioning process of the strapping band, the counterforce exerted by the band on the tensioning wheel, which rotates against the band tension, is used to increase the pressing pressure of the tensioning wheel in the direction of the tensioning plate.

According to a further aspect of the invention, the aim is to enable a force resulting from the band tension, which reacts back into the gear system that transmits the driving movement to the tensioning wheel, to be maintained and released with minimal structural effort and simple operability. A solution to this further aspect of the invention, which can have both a combined effect with the subject matter of claim 1 as well as independent significance, is described in claim 8. The invention thus relates to a locking mechanism for use in a strapping device, which can clamp a rotatable wheel that is intended to transmit a driving movement, particularly a gear wheel of the tensioning mechanism of the strapping device. The locking mechanism according to the invention should include at least one clamping element that can be swiveled around a pivot axis and arranged at a distance from the wheel, which can be swiveled from a release position into a locking position where it preferably comes into contact with a substantially smooth circumferential clamping surface of the wheel—without form-locking elements—with a part of an arcuate contact surface. The clamping element should have a pivot radius that is greater than the distance between the pivot axis of the clamping element and the circumferential clamping surface of the wheel, and the direction of rotation of the clamping element around the pivot axis when moving from the release position to the clamping position should be opposite to the rotation direction of the wheel to be clamped.

With such a locking mechanism, very reliable locking of rotating gear wheels can be achieved with minimal structural effort. The locking in the rotational direction of the wheel can be maintained with little force. The clamping force of the clamping element

even increases automatically if an attempt is made to rotate the wheel further by increasing the torque.

5

The locking mechanism of the invention can advantageously be used in particular to releasably lock a wheel in a gear system, which belongs to a gear that transmits a driving movement to a tensioning wheel of the tensioning mechanism of a strapping device. In this context, it can particularly be provided to clamp a wheel of a planetary

10   gear system that transmits the driving movement to the tensioning wheel. With, or at least with the aid of, a clamping mechanism of the wheel to be clamped, preferably one of at least two output directions of the gear system can be determined, particularly an output direction to the tensioning wheel, allowing the band to be tensioned.

15

It can also advantageously be arranged that, when the clamping is released, the band tension acting on the tensioning wheel and the gear system is at least partially, preferably fully, relieved. Since comparatively low release forces are required to

20   release the clamping, even at high band tension values, the invention results in particularly reliable and easy-to-use strapping devices. The low operating or actuating forces also allow the omission of a rocker lever, which was previously used in known strapping devices to generate high moments for lifting the rocker from the tensioned band. Instead of a long rocker lever, a button or switch can now be used to

25   trigger the tension release process.

Further preferred embodiments of the invention result from the claims, the description, and the drawings.

30

The invention is explained in more detail using purely schematic exemplary embodiments shown in the figures:

FIG. 1      A perspective view of a strapping device according to the invention;

FIG. 1a     Another example of a strapping device according to the invention;

FIG. 1b     Yet another example of a strapping device according to the invention;

FIG. 2      An exploded view of the tensioning mechanism of the strapping device from FIG. 1, together with the motor;

FIG. 3      A perspective view of the tensioning and sealing mechanism of the strapping device from FIG. 1;

FIG. 4      Another perspective view of the tensioning and sealing mechanism of the strapping device from FIG. 1;

FIG. 5      An exploded view of a further embodiment of the tensioning mechanism of the strapping device from FIG. 1, together with the motor;

FIG. 6      A perspective view of the tensioning and sealing mechanism of the strapping device from FIG. 1;

FIG. 7      Another perspective view of the tensioning and sealing mechanism of the strapping device from FIG. 1;

FIG. 8      A side view of the tensioning mechanism from FIG. 5, where the rocker is in a first swivel end position;

FIG. 9      A side view of the tensioning mechanism from FIG. 5, where the rocker is in a second swivel end position;

FIG. 10     A side view of the tensioning mechanism from FIG. 2, where the rocker is in a position with high pressing force against a tensioning plate;

FIG. 11     A side view of the tensioning mechanism from FIG. 2, where the rocker is in a position with less pressing force against a tensioning plate compared to FIG. 10;

FIG. 12     A perspective partial view of the tensioning and locking mechanism;

FIG. 13     A sectional view of the tensioning and locking mechanism;

FIG. 14     A schematic diagram showing the geometric relationships of a preferred

12

locking mechanism.

5 The strapping device 1 according to the invention shown in FIGS. 1 and 2, which is exclusively hand-operated, features a housing 2 that surrounds the device's mechanics, with a handle 3 integrated for the operation of the device. The strapping device is further equipped with a base plate 4, whose underside is intended to be placed on an object to be packed. All the functional units of the strapping device 1 10 are attached to the base plate 4 and to a carrier (not shown in detail) connected to the base plate.

With the strapping device 1, a loop of a plastic band B, not shown in detail in FIG. 1, 15 made for instance of polypropylene (PP) or polyester (PET), previously placed around the item to be strapped, can be tensioned using the tensioning mechanism 6 of the device. The tensioning mechanism includes a tensioning wheel 7, which can grip the band B during the tensioning process. The tensioning wheel 7 is mounted on a swiveling rocker 8, which can be pivoted around a rocker pivot axis 8a. The 20 tensioning wheel 7, which is mounted with its rotational axis at a distance from the rocker pivot axis 8a, can be moved by a swiveling motion of the rocker 8 about the rocker pivot axis 8a from an end position, where it is spaced apart from a tensioning plate 9 attached to the base plate 4 (preferably curved), to a second end position 25 where the tensioning wheel 7 is pressed against the tensioning plate 9. By a corresponding motor-driven motion in the reverse rotational direction around the rocker pivot axis 8a, the tensioning wheel 7 can be moved away from the tensioning plate 9 and swiveled back to its starting position, releasing the band located between the tensioning wheel 7 and the tensioning plate 9 for removal.
30

In the application of the shown embodiment of the tensioning mechanism, two layers of the strapping band are positioned between the tensioning wheel 7 and the

13

tensioning plate and are pressed against the tensioning plate by the tensioning wheel 7. By rotating the tensioning wheel 7, it is then possible to apply a band tension sufficient for the packaging purpose to the band loop. The tensioning process, as well as the tensioning mechanism and rocker 8, which are advantageously designed for this purpose, will be explained in more detail later.

Subsequently, at a point where two layers of the band overlap in the band loop, a sealing of the two layers can be performed using the friction welding mechanism 12 of the strapping device in a manner known in the art. This permanently seals the band loop. In the preferred embodiment shown here, the friction welding and cutting mechanism 12 is driven by the same motor M of the strapping device that also drives all other motor-driven movements. For this purpose, a freewheel mechanism is provided in a known manner in the transmission path from the motor M to the points where the motor-driven movement is applied, which ensures that the drive movement is transmitted in the intended drive direction to the corresponding functional unit of the strapping device and no transmission occurs in the other intended drive direction of the motor.

The friction welding mechanism 12 is equipped with a welding shoe 13, which is only shown in a highly schematic manner and is moved from a rest position, where it is spaced apart from the band, into a welding position by a transfer mechanism 14, where the welding shoe is pressed against the band. The mechanical pressure exerted by the welding shoe on the strapping band, combined with the simultaneous oscillating movement of the welding shoe at a predetermined frequency, melts the two layers of the strapping band. The locally plasticized or melted areas of the band B flow into each other, and after the band B cools down, a bond is formed between the two band layers. If necessary, the band loop can then be cut from a supply roll of

14

the band using a cutting mechanism of the strapping device 1, which is not shown in detail.

5

The pressing of the tensioning wheel 7 toward the tensioning plate 9, the rotational drive of the tensioning wheel 7 around the tensioning axis 6a, the lifting of the tensioning wheel from the tensioning plate, the movement of the friction welding mechanism 12 by the transfer mechanism 14 of the friction welding mechanism 12,

10 as well as the activation of the friction welding mechanism 12 itself and the operation of the cutting mechanism, are all performed using only a single shared electric motor M, which provides a drive movement for each of these components of the strapping device. To supply power to the motor M, a replaceable battery 15, which is used to store electrical energy and is replaceable and exchangeable , in particular for

15 charging, is arranged on the strapping device. The supply of other external auxiliary energy, such as compressed air or additional electricity, can be provided but is not present in the strapping device according to FIGS. 1 and 2.

20 As shown in FIG. 4, the invention provides that at two points along the motor M's drive shaft, its drive movement can be utilized either for the tensioning mechanism 6 or for the friction welding mechanism 12. The motor M can be operated in either of the two rotational directions. The transfer of the drive movement to the tensioning mechanism 6 or the friction welding mechanism 12 is performed automatically by a

25 freewheel mechanism (not shown in detail) placed on the motor M's drive shaft, depending on the rotational direction of the drive shaft. In one rotational direction of the drive shaft, the drive movement is transmitted to the tensioning mechanism 6, while the friction welding mechanism 12 does not receive any drive movement due to the freewheel. In the opposite rotational direction, the tensioning mechanism 6

30 remains idle, and the friction welding mechanism 12 is driven. No manual switching operations are required to change the direction of transmission of the motor-driven

15

movement in this embodiment. Such freewheel mechanisms are well-known in connection with strapping devices, so no further details are provided here.

5

As also shown in FIG. 4, the motor-driven transmission of the drive movement to the friction welding mechanism 12 and transfer mechanism 14 is performed by suitable means. This may, for example, involve a toothed belt drive with a ring-shaped closed toothed belt guided over two gears. One of the two gears is mounted on the drive

10    shaft of the electric motor M, while the other belongs to a gear system of the friction welding mechanism 12, which moves both the transfer mechanism 14 and the welding shoe 13 of the friction welding mechanism 12 with the motor-driven movement. This allows the welding shoe, which presses on two overlapping layers of the strapping band, to be set into an oscillating movement with a predetermined

15    frequency and amplitude, melting the two band layers in the area of the welding shoe and welding them together as the band cools.

On the motor's drive shaft, behind the toothed belt drive for the welding mechanism,

20    there is a bevel gear 19 that meshes with a second bevel gear 20, both of which belong to a bevel gear system of the tensioning mechanism. On the same shaft as the second bevel gear 20, there is also a first gear 21 of another toothed belt drive 22, which is guided over a second gear 23. The first gear 21 of the toothed belt drive

25    22 is non-rotatably mounted on the shaft 24.

The other end of the shaft 24 has the rocker 8 of the strapping device mounted on it, which is part of the tensioning mechanism 6 and carries the tensioning wheel 7 as well as a gear system located in front of the tensioning wheel 7, here a planetary

30    gear system 26, for which suitable bearings may be provided on the rocker 8. The rocker 8 is mounted on the shaft 24 in such a way that it is arranged and supported

16

to pivot around the longitudinal axis of the shaft 24. The longitudinal axis of the shaft 24 is therefore also the rocker pivot axis 8a, around which the rocker 8 can pivot.

5

The planetary gear system 26 can be designed as a single- or multi-stage planetary gear system, in particular as a two- or three-stage planetary gear system. A sun gear 30 with external teeth, belonging to the planetary gear system 26, extends from the front side of the first gear 23 facing the tensioning wheel 7. The rotational axis of the sun gear is identical to the rotational axis 6a of the first gear 23. A freewheel 45 is mounted on the shaft of the first gear 23, where the sun gear 30 is also located in this embodiment, allowing the sun gear 30 to rotate in only one direction, namely the direction intended for driving the tensioning wheel. The sun gear 30 passes through a ring gear 27 and through a central opening of a planetary carrier 25, both of which are also part of the planetary gear system 26. From the perspective of the planetary gear's input side, the planetary carrier 25 is positioned on the axis of the planetary gear system 26, which corresponds to the tensioning axis 6a, behind the ring gear 27. The planetary carrier could also be designed as a clamping, coupling, or spur gear.

10

15

20

The ring gear 27 has a cam 27c on its outer circumference, which engages with a support 46 attached to the base plate 4 of the strapping device. The internally toothed ring gear 27 is supported in such a way that the cam 27c can make slight relative movements within its engagement with the support 46, for example, in a recess 46a of the support. The ring gear 27 also has an annular shoulder 27a, on which a rolling bearing 28 for supporting the planetary gear system 26 is mounted.

25

30

The planetary carrier 25, whose axis aligns with the tensioning axis 6a, engages its three planetary gears 25b with the internal teeth of the input-side ring gear 27 of the planetary gear system 26. The planetary gears 25b of the planetary carrier 25 also

engage with the sun gear 30, from which they receive a drive movement and transmit it in a reduced ratio to the ring gear 27. When the planetary carrier 25 is fixed in place, a rotational movement of the sun gear 30 can be converted into a rotational movement of the ring gear 27. In this embodiment, a first clamp 29 of a locking or clamping mechanism is designed as a pivotable cam, which can be brought into contact with or swiveled away from a clamping surface 25a on the outer circumference of the planetary carrier 25. The cam is arranged in such a way that when it comes into contact with the clamping surface 25a, the clamping effect is enhanced by the rotation of the input-side planetary carrier 25 in the intended rotational direction for the planetary carrier 25. By moving the cam onto the clamping surface 25a through a corresponding switching operation, the planetary carrier 25 can be blocked from rotating. Through another switching operation, the cam 29 can be moved away from the clamping surface 25a, freeing the planetary carrier 25 for rotational movement. The switching operation can trigger a pivoting movement of the clamp 29 around a switching axis 143, which is triggered by pressing a button 144.

The sun gear 30 is also positioned in the area of the rotational axis 31 of a ring gear 32, whose non-toothed outer surface 32a is associated with a second clamp 33. The rotational axis 31 is identical to or aligned with the tensioning axis 6a. The clamp 33, which interacts with the outer surface 32a, can be designed in essentially the same way as the first clamp 29, as a switchable cam that can be moved between two end positions, where in one position, the ring gear 32 is blocked from rotating, and in the other position, it is free to rotate. Additionally, an internal tooth profile of the ring gear 32 engages with three planetary gears 34, which are mounted on the front side of the following planetary carrier 35, facing the ring gear 32. The planetary gears 34 of the planetary carrier 35 also engage with the sun gear 30 of the input-side gear 23, which extends into the ring gear 32.

18

The locking mechanism in the described preferred embodiment is designed in such a way that at any given time, one and only one of the wheels 25, 32 is clamped against rotation, while the other wheel 25, 32 is free to rotate. Thus, depending on the positions of the locking mechanisms 29, 33, it is possible for a rotational movement of the gear 23 and the sun gear 30 to either result in a rotation of the planetary carrier 35 around the tensioning axis 6a and rotational axis 31 due to the movement of the planetary gears 34 within the internal teeth of the ring gear 32. Alternatively, depending on the positions of the locking mechanism, the rotation of the sun gear 30 leads to the rotation of the ring gear 32. If the planetary carrier 25 is not clamped by the locking mechanism, the rotating sun gear carries the planetary gears 25b along with it, causing the planetary carrier 25 to rotate, while the ring gear 27 remains stationary. However, if the ring gear 32 is not clamped, the rotation of the sun gear 30 causes the planetary gears 34 to rotate, which in turn causes the ring gear 32 to rotate. Since the resistance to rotation along the rest of the planetary gear system 26 towards the tensioning wheel 7 is greater than the torque required to rotate the ring gear 32, the ring gear 32 primarily rotates in this case, and the tensioning wheel 7 rotates only minimally, if at all.

On the opposite side of the planetary carrier 35 facing the tensioning wheel 7, another sun gear 36 is non-rotatably mounted, which meshes with the planetary gears 41 of another planetary carrier 42. A further sun gear 43, which is also directed towards the tensioning wheel 7 and non-rotatably connected to the planetary carrier 42, passes through an opening in the additional planetary carrier 37, which is designed as a ring gear. The sun gear 43 meshes with the planetary gears 38 of the additional planetary carrier 37, which face the tensioning wheel 7. The planetary gears 38 of the second planetary carrier 37 also mesh with the internal teeth of the tensioning wheel 7, driving it into rotational movement around the tensioning axis 6a. This rotational movement of the tensioning wheel 7, which has fine teeth on its outer

circumference (not shown), is used to engage the band B and pull the looped band back, thereby increasing the band tension in the loop.

5    The third planetary carrier 37 has an outer surface with a shoulder 37a, which can come into contact with a stop element 39 through a rotational movement. The stop element 39 itself is not mounted on the rocker but is fixed to the base plate 4 or another carrier that does not participate in the rocking movement of the rocker 8. The
10   stop element 39 is thus stationary relative to the shoulder 37a.

In use, during the strapping of goods, the strapping device 1 operates as follows: Once a loop of a standard plastic strapping band has been placed around the goods, the band is inserted into the strapping device in the area where the end of the loop is double-layered, and the end of the band is held in place by a band clamp (not shown)
15   inside the strapping device. A section of the band B immediately following the loop is laid double-layered over the tensioning plate 9 of the tensioning mechanism 6. At this point, the rocker 8 with the tensioning wheel 7 and the gear system 26 positioned in front of it is in its upper end position, where the tensioning wheel 7 is at its maximum
20   distance from the tensioning plate 9, creating the largest possible opening gap, which allows for easy, convenient, and fast insertion of the band into the tensioning mechanism. The rocker is then lowered onto the tensioning plate 9 opposite the tensioning wheel 7 and pressed against the band positioned between the tensioning plate 9 and the tensioning wheel 7. Both this movement of the tensioning wheel and
25   the amount of initial pressing force exerted by the tensioning wheel on the band at the start of the tensioning process can, in the described embodiment of the invention, be generated by one or more preloaded spring elements 44 (not shown). By pressing a button 10, the spring element is released, and the entire strapping process,
30   including the sequential steps of "tensioning," "sealing," "cutting," "releasing tension from the band at the tensioning mechanism," and "lifting the rocker," is initiated. It is

20

possible to design embodiments of the invention where no further intervention by the operator of the strapping device is required at this point. In the embodiment shown, however, a further press of another button is required to initiate the "releasing tension from the band" step—in this case, the button 144. In the preferred embodiment, the rocker button 144 mechanically engages with the locking mechanism and its two clamps 29, 33, switching them into or out of engagement with the planetary gear system.

Once the tensioning wheel 7 has automatically moved from its open position to its tensioning position (see tensioning position in FIG. 10 and open position in FIG. 11), where it rests on the band B and presses the band onto the tensioning plate 9, the motor-driven movement is transmitted to the tensioning wheel 7. At this point, the second clamp 33 is engaged, pressing against the ring gear 32. As a result, the ring gear 32 is locked and prevented from rotating. The first clamp 29, however, remains in a position away from the input-side planetary carrier 25, allowing the ring gear 27 to rotate freely. The motor-driven movement, which is transmitted from the motor M through the bevel gear system 19, 20, 21 to the second toothed belt drive 22 and from there to the gear 23, is transferred in sequence through the following gear elements: the input-side gear 23, the sun gear 30, the planetary gears 34, the sun gear 36, the planetary gears 41, the sun gear 43, and finally through the planetary gears 38 to the tensioning wheel 7. The tensioning wheel 7 can then rotate, powered by the multi-stage planetary gear system, in a strongly reduced rotational movement of the motor—and, if necessary, with correspondingly high torque—in the predetermined direction.

In the previously described "tensioning" operating state of the strapping device, the driven tensioning wheel 7, which is engaged with the band, generates a corresponding counterforce on the tensioning wheel 7 in the opposite direction,

depending on the resistance force resulting from the band tension and acting as a reaction on the tensioning wheel 7. This counterforce acts in the opposite direction to the motor-driven movement and is transmitted back through all of the gear elements involved in transmitting the drive movement through the multi-stage planetary gear system. Even if a different type of gear system, other than a single- or multi-stage planetary gear system, is used, the counterforce resulting from the applied band tension and transmitted through the contact with the tensioning wheel to the gear system can still be used according to the present invention. This counterforce can be used to improve the process conditions, particularly the functional reliability, even at high band tension values. To utilize this counterforce for the purpose described below, it is theoretically possible to use any of these gear elements, especially by tapping and using the counterforce at any of these gear elements.

In the embodiment, the planetary carrier 37 is used for this purpose. The planetary carrier 37 is supported by the stop element 39 on the base plate 4, causing the entire tensioning mechanism 6 to press the band in proportion to the resistance force (band tension) around the rocker axis 8a. The tensioning wheel 7 is thus pressed onto the band B in proportion to the band tension. The band tension generated during the tensioning process is used advantageously to increase the pressing force of the tensioning wheel 7 onto the band B as the band tension steadily increases, counteracting the increasing risk of "slippage" or slipping of the tensioning wheel 7 during the tensioning process.

The planetary carrier is equipped with the engagement element 37a, which interacts with the fixed stop element 39. The engagement element, designed as a cam and arranged on the outer circumference of the planetary carrier, extends radially outward and is supported by the stop element 39. As can be seen, among other things, in FIG. 3, the fixed stop element 39 is located in the head end area of the strapping

22

device. In the shown embodiment, the stop element 39 is located on one side—namely the head end—of the tensioning axis 6a, while the rocker pivot axis 8a, which runs essentially parallel to it, is located on the other side of the tensioning axis 6a. The rocker 8, on which the planetary carrier 37 is mounted by a rolling bearing to rotate around the tensioning axis 6a, is also pivotable during the tensioning process, i.e., it is not blocked from swiveling but is instead free to pivot. Furthermore, the planetary carrier 37 is rotatable around the tensioning axis 6a during the tensioning process. The band tension generated as a reaction to the tensioning process in the band B exerts a force on the tensioning wheel 7 in the opposite direction to the direction of rotation intended for the tensioning wheel during the tensioning process. This reaction force acts from the tensioning wheel through the planetary carrier 37 onto the rocker 8 as a torque directed around the rocker pivot axis 8a, causing the planetary carrier 37 to be pressed with increased force against the band in the direction of the tensioning plate 9. The higher the band tension already applied to the band, the higher the resulting torque from the motor-driven movement on the tensioning wheel 7. This resulting torque, in turn, is proportional to the pressing force exerted by the tensioning wheel 7 on the band B, with which the band B is pressed against the tensioning plate 9 by the tensioning wheel 7. Therefore, an increase in band tension during the motor-driven movement on the tensioning wheel 7 corresponds to an increase in the pressing force exerted by the tensioning mechanism on the band.

After completing the tensioning process and the subsequent welding process to form the seal, as well as after the motor-driven cutting process by a cutting mechanism integrated into the strapping device (not shown), the band should be able to be removed from the strapping device quickly and without complications. To achieve this, a motor-driven lifting movement of the tensioning wheel 7 out of the tensioning position is provided. For this, the button 144 is pressed, and as long as the button

144 is pressed, the rocker remains in the open position, creating sufficient distance between the tensioning plate 9 and the tensioning wheel 7. By releasing the button 144, the rocker closes, for example, via spring force.

In the embodiment, the active connection between the electric motor M and the tensioning wheel 7 is first disengaged, and an active connection between the electric motor M and the rocker 8 is established. This is achieved by switching the clamps 29, 33. The previously existing clamp on the ring gear 32 is released by moving the second clamp 33 away from the outer surface 32a of the ring gear 32, freeing the ring gear 32 to rotate. Simultaneously or immediately thereafter, the first clamp 29 is lowered onto the clamping surface 25a of the planetary carrier 25 and brought into clamping engagement. As a result, the input-side planetary carrier 25 is fixed and locked against rotation around the tensioning axis 6a, along which the entire planetary gear system is positioned. This switching operation is performed by pressing the rocker button 144. The rocker button 144 can be placed in a different switching state from the previous one, meaning that it can have at least two different switching states overall.

As a result, the tensioning wheel 7 is no longer actively driven and can rotate freely, with no active connection to the electric motor M or the sun gear 30 that could transmit a drive movement. A motor-driven movement of the electric motor M in the same direction as during the tensioning process is now used—due to the locking of the input-side planetary carrier 25 of the planetary gear system—to drive the planetary gears 25b of the spur gear 25, which, in their rotational movement, engage with the input-side ring gear 27. Consequently, the input-side ring gear 27 performs a rotational movement driven by the rotating planetary gears 25b. The engagement and support of the ring gear 27 on the support element 46 result in a swiveling movement of the ring gear 27 around the rocker pivot axis 8a. The input-side ring

24

gear 27, which is also non-rotatably connected to the rocker 8 due to the clamping, moves the rocker 8 along with it during this movement. This leads to the lifting of the rocker 8 and the attached tensioning mechanism 6, including the tensioning wheel 7. The rocker 8's swiveling movement can be limited by a stop or an end-position sensor, which stops the motor M once the rocker 8 reaches its open position and triggers a locking mechanism for the rocker. Through this motor-driven lifting movement of the rocker 8, counter to the spring element 44's force, the spring element 44 is re-tensioned with increased preloading. The strapping band B can now be removed from the strapping device 1.

The strapping device is now ready for a subsequent new strapping, which can be carried out in the same way as the strapping described above. To lower the rocker 8 after inserting a new section of the strapping band B into the strapping device 1, the spring element 44 must be released again, which can be done, for example, by pressing a button on the strapping device. In the embodiment, this is achieved by releasing the previously pressed button 144. The spring force then swivels the rocker 8 in the opposite direction, towards the tensioning plate, clamping the band between the tensioning wheel 7 and the tensioning plate 9 with an initial pressing force for the subsequent tensioning process. As described, the variable pressing force increases as the tensioning process continues.

The operation of the tensioning mechanism 6, the engagement of the friction welding mechanism 13 via a delivery mechanism for the friction welding mechanism 13, as well as the operation of the welding mechanism and the cutting mechanism, are powered by a single electric motor 14, which provides the driving movement for each component. The structural solution provided for this purpose may in principle correspond to that described in WO2009/129634 A1, the disclosure of which is incorporated here by reference.

25

The portable mobile strapping device 1 is equipped with a pressure-switch operating element 10, which is intended to activate the motor and is referred to as the tension button. For this operating element 10, three modes can be set using a mode switch on the control and display panel 25 of this embodiment according to the invention. In the first mode, both the tensioning mechanism 6 and the friction welding mechanism 13 are automatically triggered in sequence by pressing the operating element (button) 10, with no further user actions required. To set the second mode, the mode switch (not further illustrated) is switched to a second mode. The switching state of the mode switch, as well as the switching state of the operating element 10, is displayed on the control panel. In the second mode, pressing the button (tension button) 10 only triggers the tensioning mechanism 6. The friction welding mechanism 13 must be separately triggered by pressing the tension button 10 a second time. The third mode is a semi-automatic mode, where the operating element provided as a tension button 10 must be held down until the pre-set tension force or pull tension in the band is reached. In this mode, the tensioning process can be paused by releasing the tension button 10, for instance, to insert corner protectors under the strapping band on the item. Pressing the tension button 10 again will resume the tensioning process. This third mode can be combined with either a separately triggered or an automatically following friction welding process. The power supply is ensured in each case by the accumulator 15, which is designed as a lithium-ion battery.

During the closure process, after the band loop is placed around the item, the band is fed single-layered through the tensioning mechanism 6 and double-layered through the welding mechanism. The required band tension is applied by the tensioning mechanism 6 gripping the upper layer of the band guided by the tensioning mechanism 6 and retracting the band. The welding shoe 13 is then lowered toward

the counterholding surface of the base plate 4. Depending on the operating mode selected for the strapping device 1, this happens either automatically after the tensioning process is complete, or by separately triggering the welding process via a designated button. During the friction welding process, the band remains clamped between the tensioning wheel 7 and the tensioning plate (tensioning counterholder) 9 and is held there during the welding. During this phase of the strapping process, the tensioning mechanism functions as a band clamp or clamping mechanism, in which two interacting clamping elements hold the band between them. By lowering the welding shoe 13, the two band layers pressed together by the welding mechanism are also pressed against the counterholding surface.

The display and control surface 25a can alternately or simultaneously display different information and touch-sensitive control or input elements. Different display and input levels can be provided, which can be selected or deselected, each showing different information, as well as control and input elements. The displayed elements can provide information about the status and settings of the strapping device and its components. In particular, a plurality of further buttons of the control panel 25a that can be triggered by touch can be displayed as operating elements. These buttons allow the pre-selection and adjustment of the previously described modes—Manual (MAN), Semi-Automatic (SEM), and Automatic (AUTO)—and the parameters of the strapping processes. Adjustable and displayed parameters may include the tension force, welding time, and cooling time. Adjustments can be made by increasing or decreasing the respective value in preset steps by pressing the plus or minus buttons and confirming the set value using the mode switch, which acts as a confirmation button in this case. Pressing the mode switch 17 saves the set value in the control system for use in the subsequent strapping operation. The type of band used can also be displayed and selected from a preset list of band types 26. Furthermore, current operating states can be displayed, such as the battery discharge level, and

27

during the tensioning process, a progress bar can show the proportion of the already achieved tension force relative to the set target tension force.

5      The preset values are displayed on the control panel and remain in use during the strapping processes until the parameter values are changed again. The strapping processes themselves are initiated or started by pressing the tension button 10, ergonomically placed at the front end of the handle of the strapping device 1, as a 10     further operating element. To insert the band into the tensioning mechanism, the rocker button 144, preferably designed as a push button, is located below the tension button 10. Pressing the rocker button 144 opens the rocker 8, meaning the rocker swings away from the tensioning wheel 7 with its tension plate 23, creating a gap 15     between the tension plate 23 and the tensioning wheel 7. As long as the rocker button 144 is pressed, the tension plate 23 remains separated from the tensioning wheel 7, allowing the band to be inserted into the tensioning mechanism between the tension plate 23 and the tensioning wheel 7. When the rocker button 144 is released, the rocker 8 swings the tension plate 23 back toward the tensioning wheel 7, so that 20     the tension plate 9 presses against the underside of the band, and the top of the band presses against the tensioning wheel 7.

The rocker button 144, which is pressed at the end of a strapping process to remove the band from the strapping device, also causes a release of tension between the 25     tensioning wheel 7 and the band due to the aforementioned change or disconnection of the active connection between the motor and the tensioning wheel. This action results in a motor-driven increase in distance between the tensioning wheel 7 and the tension plate 9. In this embodiment, the release of tension is a result of the 30     mechanical switching of the clamps 29, 33 in the planetary gear system. This process occurs regardless of whether the button 144 is designed as a separate button or as a button that can also switch other functions of the strapping device 1.

28

When the strapping device 1 is held by the handle 3, the tension button 10 can be operated with the thumb of the hand holding the handle 3. The rocker button 144, located on the underside of the handle 3, can be ergonomically pressed with the index finger, without requiring a change of grip. In other embodiments according to the invention, the rocker button 20 can be located on the upper side of the strapping device, particularly near the tension button 10, so that both the tension button 10 and the rocker button 144 can be operated by the thumb of the hand holding the handle 3. The tension button 10 can be used to trigger both the tensioning and welding processes, and depending on the mode setting, a single press of the tension button 10 can trigger both the tensioning and subsequent welding process. In another mode, pressing the tension button once may only initiate the tensioning process, and a second press of the tension button 10 would then be required to perform the welding process.

In an alternative embodiment of this invention shown in FIG. 1a, (only) one combination button 10 can be provided on the strapping device 1, particularly in the area of the handle, which has two activation areas: one for tensioning and welding, and another for operating the rocker. In this case, a separate rocker button, as shown as the rocker button 144 in the embodiment of FIG. 1, may be omitted in the embodiment of FIG. 1a. Nevertheless, the tensioning and welding processes can still be triggered by either a single operation or separate operations of one of the activation areas of the button 10. The tensioning process can be initiated by a single press, and the connection process can be triggered by multiple subsequent presses, particularly by a double-click. The other activation area is intended for operating the rocker. Such a combination button could be located approximately where the tension button 10 is placed in FIGS. 1 and 2. The different activation areas 10a, 10b of the combination button 10 can, for example, represent different end areas of the

29

combination button.

In another alternative embodiment, particularly in the area of the handle 3, separate buttons 10, 144, 145 could be provided for each of the three functions. In this case, triggering each respective process would only require a single press of the corresponding button 10, 144, 145. As shown in the corresponding embodiment in FIG. 1b, pressing button 10 is intended to trigger the tensioning process, as well as the transfer mechanism 14 to move the sealing device into its working position and back into its resting position, and to activate the sealing device to create the bond on the strapping band.

In yet another of a plurality of further embodiments, a separate button 145 can trigger only the sealing process, while all other processes in the strapping device can be triggered by just one other button 10 or button 144, particularly the tensioning process, rocker movement, and tension release. Pressing button 10 or button 144 in these embodiments can involve pressing the button either once or multiple times.

In all embodiments, it is preferred that the buttons for the tensioning and welding processes initiate electrical switching actions, which are then relayed to the control system. The operation of the rocker button 144 can, however, be preferably transmitted to the rocker electromechanically, triggering the rocker's swiveling motion. One or more additional actuating elements may also be provided to trigger and carry out the rocker's swiveling motion, which can be electrically controlled.

All versions of the described control concepts can also have independent significance and represent separate inventions.

FIGS. 5 to 9 illustrate a further embodiment of a strapping device according to the

invention. In terms of its external appearance, this device may also correspond to the illustration in FIG. 1. The basic construction of this embodiment of the strapping device can also correspond to the previously discussed preferred embodiment of the invention. Accordingly, in this embodiment, a single motor M is also used, which is intended to drive the welding mechanism 12 and the cutting mechanism, not shown in FIG. 5, in one direction of the motor's rotation and the tensioning mechanism 6 in the opposite direction of the motor's rotation. The selective driving of either the welding and cutting mechanisms on the one hand or the tensioning mechanism 6 on the other hand is achieved via a freewheel mechanism and different directions of the motor's rotation.

The embodiment also features a motor-driven, swiveling rocker 80 of the tensioning mechanism 86, pivoting around a rocker axis 80a. In contrast to the previously discussed preferred embodiment, here it is not the tensioning wheel 87 but the tensioning plate 89 that is mounted on the swiveling rocker 80, whose rocker pivot axis 80a runs parallel to the tensioning axis 86a. In this embodiment, the motor drive motion in the direction of rotation used for movements around the tensioning axis 86a is also utilized for the swiveling motion of the rocker 80. The rocker pivot axis 80a in this embodiment also runs essentially parallel to the tensioning axis 86a, around which the tensioning wheel is rotatably mounted. The motor's rotational movement, after passing a point where it is used for the welding mechanism, is transmitted via a pair of bevel gears 99, 100 to a planetary gear system 106 and from there to the tensioning wheel 87. A freewheel 125 mounted on the shaft of an input-side sun gear 110 ensures that the input side of the planetary gear system 106 can rotate in only one direction. The planetary gear system 106 is equipped with gear elements that, as in the previously described preferred embodiment, can be selectively locked by a locking mechanism with two clamps 29, 33, allowing the drive motion to be transmitted either to the tensioning wheel 87 or to the rocker 80.

31

To open the tensioning mechanism 86, the ring gear 107 is released by the locking
mechanism, meaning the clamp 33 is not engaged with the ring gear 107. This allows
the tensioning wheel 87 to rotate freely without a connection to the motor M. Any
residual band tension from the preceding tensioning process that still acts on the
tensioning wheel 87 is thus released from the tensioning wheel 87 and the gear 106
in front of it. The clamp 29 locks the face gear, which is designed as a planetary
carrier 105, and whose axis of rotation aligns with the tensioning axis 86a, i.e., the
rotational axis of the tensioning wheel 87. The motor-driven movement transmitted
from the bevel gear 100 to the input-side sun gear 110, due to the releasable
rotational locking of the planetary carrier 105 by means of the clamp 29, does not
lead to a rotation of the planetary carrier 105 but instead to rotational movements of
the planetary gears 105b of the planetary carrier 105. The internal gearing of the ring
gear 109, which meshes with these planetary gears 105b, is set into rotational
motion. As shown in FIG. 7, the external gearing 109c of the ring gear 109 engages
with an external gearing 150c of a circular arc segment 150, which is fixed at one end
of a connecting shaft 151. The connecting axis 151a of the connecting shaft 151 runs
parallel to the fixed tensioning axis 86a in this embodiment. Instead of the two
external gearings 109c, 150c, the ring gear 109 could also engage with a cam on a
support element, with either the cam or the support element not being fixed to the
ring gear 109, while the other element is arranged on the ring gear 109.

The rotational movement of the ring gear 109 and the engagement of the ring gear
109 with the circular arc segment 150 causes the connecting shaft 151 to rotate
around the connecting axis 151a. A face gear 152, mounted at the other end of the
connecting shaft 151, engages with an external gearing 117c of the planetary carrier
117, thus transmitting the rotational movement around the connecting axis 151a to

32

the planetary carrier 117. In relation to the tensioning axis 86a, the connecting axis

5

151a is on one side, and the rocker pivot axis 80a of the rocker is on the other side of

the tensioning axis 86a, with the rocker pivot axis 80a being on the head side of the

strapping device.

The planetary carrier 117 is part of the drive train intended to drive the tensioning

10

wheel 87. The drive connection between this drive train and the motor M is currently

interrupted due to the previously described switching state of the locking mechanism.

At this point in the process, there is no drive connection between the motor M and the

tensioning wheel 87 to drive the latter. As a result of the rotational movement

transmitted to the planetary carrier 117, the planetary carrier 117 rotates around the

15

tensioning axis 86a and, with a cam 117a mounted on its outer circumferential

surface, engages with a driver 80c of the rocker 80. The rocker 80, which is arcuate

in a top view, rotates and opens.

The rocker 80, pivotably mounted around the rocker axis 80a and roughly shaped

20

like a curved segment, is arranged with its lower free end below the tensioning wheel

87, so that the tensioning plate 89, located near the free end of the rocker 80, can

also be positioned directly below the tensioning wheel 87. To position the tensioning

plate 89 at a distance from the tensioning wheel 87, the motor-driven movement of

25

the rocker 80 described earlier is used, rotating in the direction of the arrow 112 (FIG.

6), causing the rocker 80 to open as described and increasing the distance between

the tensioning wheel 87 and the tensioning plate 89. The opening movement can be

limited by a stop. The motor-operated opening of the rocker 80 now allows the

30

removal of the tensioned and sealed strapping loop from the strapping device. After

the finished strapping has been removed, the end of a new strapping loop can be

inserted between the tensioning plate and the tensioning wheel for the next

tensioning process. The rocker 80 can be moved back towards the tensioning wheel by the return force of the spring element 124, which was tensioned during the opening movement, pressing the band against the tensioning wheel with an initial pressure for the tensioning process. To use the spring force and thereby move the rocker 80 in the direction of the arrow 113 towards the tensioning wheel 87, a button or other operating element can be provided to release the spring force onto the rocker. This may also involve releasing the button 10.

To tension the strapping band B, which is positioned between the tensioning wheel 87 and the tensioning plate 89, the outer circumferential surface of the ring gear 107 is clamped against rotational movements by the clamp 33. The planetary carrier 105 is not clamped, so it can rotate, as can the connecting shaft 8. The motor drive motion from the sun gear 30, which is located on the tensioning axis 86a, to the planetary gear system 106 is transmitted through the planetary carrier 105 and the ring gear 107 to the planetary gears 114 of the second planetary carrier 115, causing the latter to rotate. A sun gear not visible in the FIG. 5 illustration drives the planetary gears 121 of a subsequent stage of the planetary gear system 106. The planetary carrier 122 of this stage also rotates. The sun gear 123 of the final stage is routed through the next planetary carrier 117 and drives the planetary gears 118 of this subsequent stage, which engage with internal gearing on the tensioning wheel 87. Thus, the tensioning wheel 87 is driven in the tensioning direction through the single or multi-stage planetary gear system 106, and the inserted band B is tensioned.

In the previously described "tensioning" operating state, in which the tensioning wheel 87 engages with the band B, the band tension generates a reaction force on the rotating tensioning wheel 87 in the form of a restoring moment. The magnitude of this force is variable and proportional to the applied band tension. This reaction force

34

acts opposite to the motor drive torque, which is present in all the gear components involved in the transmission of the drive motion. In this embodiment, the planetary carrier 117 is supported by a cam 117b, which functions as a stop, against the rocker 80. The planetary carrier 117, rotating in the appropriate direction due to the motor drive, contacts its cam 117b against a driver 80b of the rocker, rotating it in the direction of the arrow 113 (FIG. 6) around the rocker axis 80a towards the tensioning wheel. In some cases, this may not involve a noticeable rotational movement around the rocker axis 80a, but primarily an increase in the torque around the rocker axis 80a. In either case, however, the pressure force with which the rocker 80 presses the tensioning plate 89, or the band, against the tensioning wheel 87 is increased. This increase usually occurs in steps. The increase in the pressing force of the rocker against the band, which ultimately results from the motor-driven movement and the already existing band tension, and occurs through engagement in the tensioning gear 106, takes place proportionally to the resistance force present in the band at the engagement point. This resistance force acts against the maintenance of the band tension and against any further increase in the band tension, pressing from the band onto the tensioning plate 89 and the tensioning wheel 87. As long as the tensioning process increases the band tension, the reaction force increases, and thus the resulting pressure force increases.

FIGS. 8 and 9 show the possible end positions of the rocker 80, both for opening and closing, as well as for increasing the pressure force on the band. As shown in FIG. 8, in one of the two end positions, the tensioning plate 89 is rotated in the counterclockwise direction around its rocker axis by a contact between the cam 117b of the planetary carrier 117 and a contour of the driver 80b, as well as by a clockwise rotational movement of the planetary carrier (with respect to the illustration in FIG. 8). The driver 80b and the cam 117b function like a lever, generating a counterclockwise

35

torque around the rocker axis 80a.

5    FIG. 9 shows the end position of the opened rocker. Here, the planetary carrier 117 rotates in the opposite direction compared to FIG. 8 and comes to a stop against the driver 80c of the rocker 80. The driver 80c is located on the opposite side of the rocker pivot axis 80a from the rocker pivot axis 80a and the other driver 80b. In the operating position of the strapping device, with a horizontal orientation of the

10   baseplate, the driver 80b is located above and the driver 80c is located below the rocker axis 80a. As a result, the rocker swivels in the clockwise direction in FIG. 9, creating a gap between the rocker and the tensioning wheel 87.

15   FIG. 12 shows a perspective partial view of the tensioning mechanism in the second embodiment, where only one of the two clamps is illustrated. Here, the clamp 33 is brought into contact with the smooth, almost perfectly circular outer surface 107b of the ring gear 107. FIG. 13 presents a cross-sectional view through the ring gear 107

20   and the clamp 33. With the clamp 33 of the locking mechanism, the ring gear can be either clamped against rotational movement or released. Each of the clamping mechanisms provided in the strapping devices according to FIGS. 2–11 can preferably be designed similarly to the locking mechanism described here, although conventional locking mechanisms are also possible. In the preferred clamping

25   mechanism according to the invention, an at least approximately flat circular or circular arc-shaped outer surface of the gear interacts with a swiveling clamping element or clamping body. The outer surface 107b, which functions as a clamping surface in the preferred embodiment shown, does not feature any detent elements

30   that would facilitate a clamping mechanism based on a form-fitting engagement of a clamping element into a detent element or detent recess.

36

The clamp element 33 is pivotally mounted around the switching and pivot axis 143, with the switching axis 143 of the clamp element 33 running parallel to the rotational axis of the gear 107 to be clamped. The switching axis 143 runs near one end of the cam-shaped clamp element 33. A curved contact surface 33a is provided at the other end of the clamp element, intended for contact with the clamping surface 107b of the gear to be clamped. Due to the circular shape of the clamping surface 109b and the curved shape of the contact surface 33a in the side view, a line-shaped contact occurs when the clamp element 33 touches the outer surface 107b, with this contact line running perpendicular to the plane of the drawing in FIG. 13.

As seen in FIG. 13, the clamp element 33 is arranged relative to the gear 107 so that the contact line of the contact surface 33a has a distance 155 from its pivot axis 143, which is greater than the distance between the pivot axis 143 and the clamping surface 107b. As a result, when the clamp element 33 moves from its release position to its clamping position, it contacts the clamping surface 107b at a point before an imaginary line 156 connecting the rotational axis of the gear 107 with the pivot axis 143 of the clamp element. With regard to the intended rotation direction 157 of the gear 107, the contact line lies ahead of the (imaginary) connecting line 156. The rotation of the gear 107 is braked and can only move slightly further. As the rotation continues against the increasing clamping effect, the clamping effect intensifies, further wedging the clamp element 33 against the gear 107. Due to this geometry, the clamp 33 cannot pass the connecting line 156 in the direction of rotation of the gear, and its swiveling movement stops before reaching the connecting line 156, pressing against the clamping surface 107b. In the final position, which is essentially the same as the initial contact position with the clamp element 33, the gear 107 is wedged against the cam-shaped clamp element 33. Any further movement, even with a high torque, is no longer possible.

37

FIG. 14 illustrates the geometric relationships in the clamping process. Here too, the connecting line between the rotational axis 86a of the gear 107 and the pivot axis 143 is designated as 156. The contact surface (circumference) of the gear could be smooth or slightly structured. The radius of the gear at the contact point with the cam is labeled 158, and the pivot radius of the clamp element 33 at the contact point is labeled 155. The pivot radius 155 at the contact point forms an angle α with the connecting line 156, and the radius 158 of gear 107 forms an angle γ with the pivot radius 155 (both at the contact point). In the example, the geometric relationships are designed so that in the clamping position, where gear 107 is blocked against rotational movement in the intended direction of rotation, the angle γ is approximately 155°. Tests have shown good results when the angle falls within a range of 130° to 170°, especially between 148° and 163°. The angle α should preferably be at least 7°. In the example, it is 9°. In other embodiments, it may be chosen from a range of 7° to 40°.

In the preferred embodiments of the invention discussed here, if the wedging effect is strong enough, it is not absolutely necessary for the position of the cam to be maintained by an external measure in its clamping position. This results from the fact that the gear 107 can rotate only in one direction, and this direction is precisely blocked by the clamp 33. In preferred embodiments of the invention, the cam-shaped clamp element is held in position by the spring force of a spring element 159. The spring element 159 presses against the clamp element above the switching axis 143, rotating or holding the clamp element 29 in its clamping position. To remove the clamp element from its clamping position, the spring force must be overcome using a switch 160. The switch 160 can operate both clamps 29 and 33 simultaneously. Depending on the arrangement of the switch/button, pulling or pressing the switch

38

can overcome the spring force, releasing the ring gear 107 from the clamp 33 and locking the planetary carrier 105. With the opposite movement of the switch/button, the clamp 29 and the planetary carrier 105 are released again by the spring force, while the clamp 33 locks the ring gear 107.

The different control concepts for a strapping device, especially those shown in FIGS. 1, 1a, 1b, and described earlier, can also be applied to this embodiment of the strapping device according to the invention.

**List of reference signs**

| | | | |
|---|---|---|---|
| 1 | Strapping device | 29 | First clamp |
| 2 | Housing | 29a | Curved contact surface |
| 3 | Handle | 30 | Sun gear |
| 4 | Base plate | 31 | Rotational axis of gear and |
| 6 | Tensioning mechanism | | Tensioning wheel |
| 6a | Tensioning axis | 32 | Ring gear |
| 7 | Tensioning wheel | 32a | Outer surface |
| 8 | Rocker | 33 | Second clamp |
| 8a | Rocker pivot axis | 34 | Planetary gear |
| 9 | Tensioning plate | 35 | Planetary carrier |
| 10 | Button | 36 | Sun gear |
| 12 | Friction welding mechanism | 37 | Planetary carrier |
| 13 | Welding shoe | 37a | Step |
| 14 | Transfer mechanism | 38 | Planetary gear |
| 15 | Accumulator | 39 | Stop element |
| 19 | Bevel gear | 40 | Arrow |
| 20 | Bevel gear | 41 | Planetary gear |
| 21 | Gear | 42 | Planetary carrier |
| 22 | Toothed belt drive | 43 | Sun gear |
| 23 | Gear | 44 | Spring element (return spring) |
| 24 | Shaft | 45 | Freewheel |
| 25 | Planetary carrier | 46 | Support |
| 25a | Clamping surface | 46a | Recess |
| 25b | Planetary gears | 80 | Swiveling rocker |
| 26 | Gear system | 80a | Rocker pivot axis |
| 27 | Ring gear | 80b | Driver |
| 27a | Step | 80c | Driver |
| 27c | Cam | 86 | Tensioning mechanism |
| 28 | Roller bearing | 86a | Tensioning axis |

40

| | | | |
|---|---|---|---|
| 87 | Tensioning wheel | 123 | Sun gear |
| 89 | Tensioning plate | 124 | Spring element |
| 99 | Bevel gear | 125 | Freewheel |
| 100 | Bevel gear | 143 | Switching axis |
| 105 | Face gear (planetary carrier) | 144 | Button |
| 105b | Planetary gear | 150 | Circular arc segment |
| 106 | Gear system | 150c | Gearing |
| 107 | Ring gear | 151 | Connecting shaft |
| 107b | Outer surface | 151a | Connecting axis |
| 109 | Ring gear | 155 | Distance / pivot radius |
| 109b | Outer surface | 156 | Connecting line |
| 109c | External gearing | 157 | Direction of rotation |
| 110 | Sun gear | 158 | Radius |
| 112 | Arrow | 159 | Spring element |
| 113 | Arrow | 160 | Switch |
| 114 | Planetary gears | | |
| 115 | Planetary carrier | B | Band |
| 117 | Planetary carrier | M | Motor |
| 117b | Gearing | | |
| 117a | Cam | | |
| 117b | Cam | | |
| 117c | Gearing | | |
| 118 | Planetary gear | | |
| 121 | Planetary gear | | |
| 122 | Planetary carrier | | |

41

**Patent claims**

5   1.   Strapping device for strapping goods with a strapping band, comprising

a tensioning mechanism for applying tension to a loop of the strapping band,

wherein the tensioning mechanism is provided with a tensioning wheel that is

rotatably driven around a tensioning axis and is designed to engage with the

strapping band, the tensioning mechanism further comprising a tensioning

10   plate, wherein during a tensioning operation performed by the tensioning

mechanism, a single or multi-layered section of the strapping band is located

between the tensioning wheel and the tensioning plate and is in contact with

both the tensioning wheel and the tensioning plate, furthermore the tensioning

wheel and/or the tensioning plate are arranged on a motor-driven rocker that is

15   pivotable around a rocker axis in order to either increase or decrease the

distance between the tensioning wheel and the tensioning plate through a

pivoting movement of the rocker, and

a connecting mechanism for creating a permanent connection, particularly a

welded connection, at two overlapping areas of the strapping band loop by

20   means of a connecting element, such as a welding element intended for the

localized heating of the strapping band, **characterized** by

an operable operating mechanism for the strapping device, which is equipped

25   with a button/switch that can change the switching state of a gear system of the

strapping device in such a way that a drive movement of the drive mechanism

leads either to the rotation of the tensioning wheel or to the pivoting movement

of the rocker.

30

2.    Strapping device according to claim 1, characterized in that the same gear system, particularly a planetary gear system, allows a drive movement from just one motor to either the tensioning wheel or the rocker (8).

5    3.    Strapping device according to claim 1, characterized in that in one of the gear system's switching states, the drive movement of the transmission, powered by the drive mechanism, increases the distance between the tensioning wheel and the tensioning plate.

10

4.    Strapping device according to claim 1 or 2, characterized in that two switching elements, such as clamps, which act on the gear, are operable by the button/switch, in particular operable at least essentially simultaneously.

15

5.    Strapping device according to claim 4, characterized in that the switching elements controlled by the button/switch act on different gear components of the transmission.

20    6.    Strapping device according to at least one of the preceding claims, characterized in that at least two switching elements are operable with only one button/switch of the operating mechanism, and in particular with just one actuation of the button/switch.

25

7.    Strapping device according to at least one of the preceding claims, characterized in that after the tensioning process of the strapping band is complete, pressing the button/switch reduces the tension of the section of the strapping band engaged with the tensioning wheel.

30

8.    Strapping device according to at least one of the preceding claims, characterized in that pressing the button/switch to generate the gear's switching

state also triggers additional functions of the strapping device, in particular triggering the tensioning process and/or the creation of the connection on the strapping band.

5   9.   Strapping device according to at least one of the preceding claims, characterized in that pressing the button/switch also transfers the connecting mechanism into either its resting position or its working position.

10   10.   Strapping device according to at least one of the preceding claims, characterized in that in addition to the button/switch that changes the gear's switching state, at least one additional button/switch is provided, in particular for triggering the tensioning process and/or the creation of the connection on the strapping band.

15

11.   Strapping device according to at least one of the preceding claims, characterized in that in addition to the button/switch that changes the gear's switching state, and another button/switch provided for triggering the tensioning process, at least one additional button/switch is provided for triggering the creation of the connection on the strapping band.

20

12.   Strapping device according to the preamble of claim 1, characterized in that the only one drive mechanism, particularly the one motor, can be activated by an operating mechanism of the strapping device, with which the tensioning wheel can be driven, the connection mechanism can be moved into its working position where the permanent connection on the strapping band can be created, the energy for the connection mechanism to create the permanent connection is provided, and the rocker can be driven to create the distance between the tensioning wheel and the tensioning plate.

25

30

44

13.   Strapping device according to claim 12, characterized by a configuration of the strapping device according to at least one of claims 2 to 11.

14.   Strapping device according to claim 12, characterized by having only one button on the button device with which the only one drive mechanism can be triggered.

15.   Strapping device according to claim 12, characterized in that the only one button is assigned multiple functions based on different button activations.

16.   Strapping device according to claim 12, characterized in that the button triggers different functions, particularly different drive movements, of the strapping device with either a single or multiple successive activations.

17.   Strapping device according to claim 12, characterized by a tension button with which the drive movements for the tensioning wheel as well as for the connecting mechanism and the transfer mechanism of the connecting mechanism can either be triggered separately or together, and by a rocker button with which the drive movement for the rocker to create the distance between the tensioning wheel and the tensioning plate can be triggered.

18.   Strapping device according to at least one of the preceding claims, characterized in that pressing a button/switch releases the tension of the section of the strapping band engaged with the tensioning wheel.

19.   Strapping device according to at least one of the preceding claims, characterized in that the locking mechanism is designed to release the previously applied clamping, while the band tension acts fully or partially on the clamped gear.

**Unalterable copy**



**Unalterable copy**



Fig. 1a

**Unalterable copy**



**Unalterable copy**



**Unalterable copy**



Unalterable copy



**Unalterable copy**



**Unalterable copy**





Fig. 8



Fig. 9

**Unalterable copy**

7/10  9/12



Fig. 10



Fig. 11

**Unalterable copy**





Unalterable copy





**Unalterable copy**







**WIPO**

WORLD
**INTELLECTUAL PROPERTY**
ORGANIZATION

**DOCUMENT MADE AVAILABLE UNDER THE
PATENT COOPERATION TREATY (PCT)**

| | | |
|---|---|---|
| International application number: | | **PCT/CH2014/000059** |
| International filing date: | | **05 May 2014 (05.05.2014)** |
| Document type: | | **Certified copy of priority document** |
| Document details: | Country/Office: | **CH** |
| | Number: | **443/14** |
| | Filing date: | **24 March 2014 (24.03.2014)** |
| Date of receipt at the International Bureau: | | **13 May 2014 (13.05.2014)** |

Remark: Priority document submitted or transmitted to the International Bureau in compliance with Rule 17.1(a),(b) or (b-*bis*)

34, chemin des Colombettes
1211 Geneva 20, Switzerland

www.wipo.int