IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL, SON & CO., LTD. and SAMUEL, SON & CO. (USA) INC. d/b/a SAMUEL PACKAGING SYSTEMS GROUP and SAMUEL STRAPPING SYSTEMS<br><br>    Defendants. | Civil Action No. 2:24-CV-00080-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiff Signode Industrial Group LLC's Motion to Strike Samuel's Twelfth Affirmative Defenses of Unclean Hands, Patent Misuse, and Other Equitable Doctrines (Dkt. No. 54). After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **DENIED**.