# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| SIGNODE INDUSTRIAL GROUP LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:24-CV-00080-JRG |
| SAMUEL, SON & CO., LTD. et al, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Signode Industrial Group LLC and Defendants Samuel, Son & Co., Ltd. et al. (collectively, the "Parties"). (Dkt. No. 62.) In the Motion, the Parties represent that they "have executed a settlement agreement that calls for dismissal after payment," and they therefore request that the Court stay the above-captioned case "for thirty (30) days so that the Parties can have payment issued and thereafter, file the appropriate dismissal papers." (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the above-captioned case is **STAYED** up to and including March 28, 2025, during which time appropriate dismissal papers shall be filed with the Court.

**So ORDERED and SIGNED this 27th day of February, 2025.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

2