IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIGNODE INDUSTRIAL GROUP LLC, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMUEL, SON & CO., LTD. et al, § <br> *Defendants*. § <br> § | CIVIL ACTION NO. 2:24-CV-00080-JRG |

## ORDER

Before the Court is the Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff Signode Industrial Group LLC ("Plaintiff") and Defendants Samuel, Son & Co., Ltd. and Samuel, Son & Co. (USA) Inc. (collectively, "Defendants" and with Plaintiff, the "Parties"). (Dkt. No. 64.) In the Stipulation, the Parties state that they "have settled this litigation and hereby file this Stipulation of Dismissal and dismiss the above-referenced action with prejudice, each Party to bear its own fees and costs." (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 12th day of March, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE